AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| KARL STAFFELD and AZAR STAFFELD<br>*Plaintiff*<br>v.<br>WELLS FARGO BANK N.A., and R & J HOLDINGS LLC<br>*Defendant* | )<br>)<br>) Case No. 4:24-cv-12811<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant R&J Holdings LLC

Date: 03/25/2025

*Attorney's signature*

George T. Blackmore (P76942)
*Printed name and bar number*
31800 Northwestern Hwy, Ste 350
Farmington Hills, MI 48334

*Address*

gblackmore@provenresource.com
*E-mail address*

(888) 789-1715
*Telephone number*

(888) 789-1715
*FAX number*