UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KARL STAFFELD, et al.,         Case No. 4:24-cv-12811

    Plaintiffs,                Hon. Shalina D. Kumar

v                              Magistrate Judge David R. Grand

WELLS FARGO BANK N.A., et al.,

    Defendants.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that I filed a copy of Defendant R & J Holdings, LLC's Motion to Dismiss (ECF No. 22) on April 1, 2025, via the CM/ECF system which will electronically serve all counsel of record. In addition, pursuant to Fed. R. Civ. P. 5(b)(2)(C), a copy was served via first-class mail, postage prepaid, and to:

KARL STAFFELD
341 Corrie Road
Ann Arbor, MI 48105

-and-

AZAR STAFFELD
341 Corrie Road
Ann Arbor, MI 48105

        /s/ George T. Blackmore
        George T. Blackmore