# STATE OF MICHIGAN
## CERTIFICATION OF VITAL RECORD

# COUNTY OF WASHTENAW
## STATE OF MICHIGAN

**D2018-03217**
Pages: 1 of 1  DCT

**STATE OF MICHIGAN**
DEPARTMENT OF COMMUNITY HEALTH
**CERTIFICATE OF DEATH**

**STATE FILE NUMBER:** 275584

| Field | Value |
|---|---|
| 1. DECEDENT'S NAME (First, Middle, Last) | Dorothea June Staffeld |
| 2. DATE OF BIRTH | June 26, 1927 |
| 3. SEX | Female |
| 4. DATE OF DEATH | November 01, 2018 |
| 5. NAME AT BIRTH OR OTHER NAME USED FOR PERSONAL BUSINESS | Dorothea June Vermillion |
| 6a. Last Birthday (Years) | 91 |
| 7a. LOCATION OF DEATH | Arbor Hospice |
| 7b. CITY, VILLAGE OR TOWNSHIP OF DEATH | Saline |
| 7c. COUNTY OF DEATH | Washtenaw |
| 8a. CURRENT RESIDENCE - STATE | Michigan |
| 8b. COUNTY | Washtenaw |
| 8c. LOCALITY | Chelsea |
| 8d. STREET AND NUMBER | 223 Pierce Lake Drive |
| 8e. ZIP CODE | 48118 |
| 9. BIRTH PLACE | Monett, Missouri |
| 10. SOCIAL SECURITY NUMBER | 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 |
| 11. DECEDENT'S EDUCATION | Associate degree |
| 12. RACE | White |
| 13. ANCESTRY | Irish |
| 13b. HISPANIC ORIGIN | No |
| 14. EVER IN THE U.S. ARMED FORCES | No |
| 15. USUAL OCCUPATION | Intelligence |
| 16. KIND OF BUSINESS OR INDUSTRY | Government |
| 17. MARITAL STATUS | Widowed |
| 18. NAME OF SURVIVING SPOUSE | |
| 19. FATHER'S NAME (First, Middle, Last) | Ovid Uriah Vermillion |
| 20. MOTHER'S NAME BEFORE FIRST MARRIED (First, Middle, Last) | Rose Mae Owens |
| 21a. INFORMANT'S NAME | Karl W. Staffeld |
| 21b. RELATIONSHIP TO DECEDENT | Son |
| 21c. MAILING ADDRESS | 341 Corrie Road, Ann Arbor, Michigan 48105 |
| 22. METHOD OF DISPOSITION | Cremation |
| 23a. PLACE OF DISPOSITION | Tri-County Cremation Services |
| 23b. LOCATION | Ypsilanti, Michigan |
| 24. SIGNATURE OF MORTUARY SCIENCE LICENSEE | Allen C. Cole |
| 25. LICENSE NUMBER | 4501006399 |
| 26. NAME AND ADDRESS OF FUNERAL FACILITY | Cole Funeral Chapel, Inc, 214 E. Middle St., Chelsea, Michigan 48118 |
| 27a. CERTIFIER | ☒ Certifying Physician — Thomas A. O'Neil, MD |
| 28a. ACTUAL OR PRESUMED TIME OF DEATH | 10:52 AM |
| 28b. PRONOUNCED DEAD | November 01, 2018 |
| 28c. TIME PRONOUNCED DEAD | 10:52 AM |
| 29. MEDICAL EXAMINER CONTACTED | No |
| 30. PLACE OF DEATH | Hospice Facility |
| 27b. DATE SIGNED | November 02, 2018 |
| 27c. LICENSE NUMBER | 4301092471 |
| 34. NAME AND ADDRESS OF CERTIFYING PHYSICIAN | Thomas A. O'Neil, MD, Arbor Hospice, 440 West Russell Street Suite 100, Saline, Michigan 48176 |
| 35b. DATE FILED | November 02, 2018 |

**36. PART I. ENTER the chain of events...**

a. Cardiovascular Disease — Approximate Interval: Years

b. Chronic Obstructive Pulmonary Disease — Years

**37. DID TOBACCO USE CONTRIBUTE TO DEATH?** ☒ Probably

**39. MANNER OF DEATH:** Natural

**40a. WAS AN AUTOPSY PERFORMED?** No

**40b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH?** Not Applicable

Time Submitted for Recording
Date 3-4 2019  Time 10:5/ AM
Lawrence Kestenbaum
Washtenaw County Clerk/Register

A922093

I, LAWRENCE KESTENBAUM, CLERK/REGISTER OF SAID COUNTY OF WASHTENAW DO HEREBY CERTIFY that the foregoing is a true and exact copy of the original document of file in my office.

DATED: 11/02/2018

**LAWRENCE KESTENBAUM**
WASHTENAW COUNTY CLERK/REGISTER

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

