

L: 5238 P: 558   6405292   D
12/28/2017 09:45 AM   Total Pages: 4
Lawrence Kestenbaum, Washtenaw Co



Receipt# 17-31031  6405292
12/28/2017 Washtenaw Co, Michigan
Real Estate Transfer Tax
Tax Stamp # 439760

County Tax: $687.50   State Tax: $4687.50

# COVENANT DEED

4

## AMERICAN TITLE COMPANY OF WASHTENAW

**The Grantor(s)** Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended
**Convey(s) Grants, Bargains, Remises, Aliens, Confirms and Warrants as to their own acts** to Dorothea V. Staffeld whose address is 2358 Loefler Rd., Chelsea, MI 48118,

the following property located in the Village of Barton Hills, Washtenaw County, Michigan:

### SEE LEGAL DESCRIPTION ATTACHED HERETO

(Address:       341 Corrie Road)
Parcel ID(s): IB-09-08-380-005

for the sum of Six Hundred Twenty Five Thousand and 00/100 ($625,000.00) Dollars,
subject to easements and building and use restrictions of record, and further subject to the lien of real property taxes not yet due and payable.  Subject to reservation of oil, gas, and mineral rights of record, if any.  The grantor covenants and agrees that the grantor has not previously done or committed or willingly suffered to be done or committed any act, matter, or thing that would cause the premises or any part of them to be charged or encumbered in title, estate, or otherwise.

Dated:  _November 16_____, 20 _17_

WASHTENAW COUNTY TREASURER
TAX CERTIFICATE NO. B440TC9 DO

Time Submitted for Recording
Date ___/___/20 __ Time __
Lawrence Kestenbaum
Washtenaw County Clerk/Register





Page 1 of 3

110148-2

Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended

BY: _H̶B̶ ̶A̶l̶v̶a̶r̶e̶z̶_ TRUSTEE
Henry E. Alvarez
Trustee

Acknowledged before me in Washtenaw County, Michigan, on _November 16_, 20_17_, by Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended.

_R. Brooks_
_____, Notary Public
County, Michigan
My Commission Expires: _____
Acting in _____County

Drafted by:
Timothy Ehlert (P80925)
825 Victors Way, Suite 100
Ann Arbor, MI 48108
Recording fee: $30.00
County transfer tax: $687.50
State transfer tax: $4,687.50
Total transfer tax: $5,375.00

R. Brooks
Notary Public, Wayne County, MI
My Commission Expires: June 21, 2018
Acting in Washtenaw County

When recorded return to and send tax bills to:
        Dorothea V. Staffeld

341 Corrie Road
Ann Arbor, MI  48105

File # 110148/P. Hathaway

Page 2 of 3

File #: 110148

## LEGAL DESCRIPTION

Land in the Village of Barton Hills, County of Washtenaw, Michigan, described as:

Commencing at an iron pipe in the South line of Section 8 at its intersection with the West line of Lot 4, Block 3, Supervisor's Plat of Barton Hills; thence North 20°12' East 198.16 feet to a concrete monument for a PLACE OF BEGINNING; thence North 20°12'00" East 217.77 feet to a concrete monument; thence North 20°12'00" East 133.73 feet to a concrete monument; thence North 35°01' East 94.97 feet to a point on a curve; thence Easterly along a curve concave Southerly having a radius of 45.99 feet and central angle of 48°42'30" 39.10 feet to a concrete monument in the Southerly right-of-way line of Corrie Road at its Westerly end; thence North 83°49'0" East 120.00 feet along the South line of Corrie Road to a concrete monument; thence South 6°00' West 250.00 feet to a concrete monument; thence South 28°11'10" West 227.14 feet to a concrete monument; thence North 87°02'42" West 193.40 feet to the PLACE OF BEGINNING, being a part of parcel one of Lot 4 in Block 3 of Supervisor's Plat of Barton Hills, as recorded in Liber 9 of Plats, Pages 58, 59, and 60, Washtenaw County Records.

Described for tax purposes as follows:
Land in the Village of Barton Hills, County of Washtenaw, State of Michigan;  Commencing at the Southwest corner of Lot 4, Block 3, of Supervisor's Plat of Barton Hills, thence North 20°12' East 268.84 feet for the PLACE OF BEGINNING, thence North 20°12' East 351.50 feet, thence North 35°01' East 94.97 feet, thence Northeasterly 39.10 feet in the arc of a curve to the right with a radius of 44.99 feet, through a central angle of 48°42'30", the chord of which bears North 59°22'30" East 37.92 feet, thence North 83°49' East 120 feet; thence South 6° West 250 feet; thence South 28°11'30" West 227.14 feet, thence North 87°02'40" West 193.4 feet to the PLACE OF BEGINNING.  Being a part of Lot 4, Block 3, Supervisor's Plat of Barton Hills.

## PRIVATE ROAD NOTICE

Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended, whose address is 341 Corrie Rd., Ann Arbor, MI 48105, give(s) notice to .

Dorothea V. Staffeld, whose address is 2358 Loefler Rd., Chelsea, MI 48118, that the property located in the Village of Barton Hills, Washtenaw County, Michigan, described as set forth in the covenant deed to which this notice is attached, abuts a road which has not been accepted as public. The road is private and is not required to be maintained by the Board of County Road Commissioners or any other public body.

Dated: _November 16_, 20 _17_

Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended

BY: _H.E. Alvarez   TRUSTEE_
  Henry E. Alvarez
  Trustee

Acknowledged before me in Washtenaw County, Michigan, on _November 16_, 20 _17_, by Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended.

_R. Brooks_
  , Notary Public
  County, Michigan

My Commission Expires: _____

Receipt of the above Private Road Disclosure is hereby acknowledged:

_Dorothea V Staffeld_
Dorothea V. Staffeld

R. Brooks
Notary Public, Wayne County, MI
My Commission Expires: June 21, 2018
Acting in Washtenaw County

Dated: _11 – 16 – 17_
file #110148

# Reinhart

## SELLER'S STATEMENT

| | |
|---|---|
| Settlement Date: | December 15, 2017 |
| Buyer: | Dorothea V. Staffeld |
| Seller: | The Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended |
| Property: | 341 Corrie Road |
| | Ann Arbor, MI 48105 |

### CREDITS

| | | | |
|---|---|---|---:|
| Sale Price of Property | | | 625,000.00 |
| Summer Tax Proration | 12/15/17 to 07/01/18 | | 4,692.24 |
| Winter Tax Proration | 12/15/17 to 12/01/18 | | 3,774.86 |
| Village Tax Proration | 12/15/17 to 07/01/18 | | 1,799.12 |
| Association Dues Proration | 12/15/17 to 03/31/18 | $ 350.26 | 103.13 |

**Total Credits to Seller**          **TOTAL CREDITS**   $ 635,369.51

### DEBITS

| | | |
|---|---|---:|
| Utility Escrow | to American Title Company of Washtenaw | 300.00 |
| Title - Document Preparation | to Timothy Ehlert, Title Attorney | 50.00 |
| Title - Owner's Title Insurance | to American Title Company of Washtenaw | 2,275.75 |
| Commission | to The Charles Reinhart Company | 15,500.00 |
| Commission | to Encore Associates | 15,500.00 |
| Transaction Fee | to The Charles Reinhart Company | 295.00 |
| Association Dues | to Barton Hills Maintenance Corporation | 350.26 |
| 2017 Winter Tax | to Ann Arbor Township | 3,928.73 |
| Transfer Tax - County | to Washtenaw County Register of Deeds | 687.50 |
| Transfer Tax - State | to Washtenaw County Register of Deeds | 4,687.50 |
| Recording Charge - Certificate of Trust | to Washtenaw County Register of Deeds | 30.00 |

**Less Total Reductions to Amount Due Seller**          **TOTAL DEBITS**   $ 43,604.74

### BALANCE

**To Seller**          $ 591,764.77

(110148.PFD/110148/34)

SELLER'S STATEMENT - **Continued**

APPROVED:

THE CHARLES REINHART COMPANY

By: David W. Lutton

Henry E. Alvarez, Trustee of the Alice B. Dobson
Declaration of Trust dated May 30, 1991, as amended

BY: _____  as agent
Henry E. Alvarez
Trustee

(110148.PFD/110148/34)

# Reinhart

## BUYER'S STATEMENT

| | |
|---|---|
| Settlement Date: | December 15, 2017 |
| Buyer: | Dorothea V. Staffeld |
| Seller: | The Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended |
| Property: | 341 Corrie Road |
| | Ann Arbor, MI 48105 |

### DEBITS

| | | | |
|---|---|---|---:|
| Sale Price of Property | | | 625,000.00 |
| Summer Tax Proration | 12/15/17 to 07/01/18 | | 4,692.24 |
| Winter Tax Proration | 12/15/17 to 12/01/18 | | 3,774.86 |
| Village Tax Proration | 12/15/17 to 07/01/18 | | 1,799.28 |
| Association Dues Proration | 12/15/17 to 03/31/18 | $ 350.26 | 103.13 |
| Processing Fees | | to Marketplace Home Mortgage, LLC | 495.00 |
| Underwriting Fees | | to Marketplace Home Mortgage, LLC | 500.00 |
| Appraisal Fee | | to Guideline AMC | 475.00 |
| Credit Report | | to CREDIT PLUS | 72.00 |
| Title - Closing Fee | | to American Title Company of Washtenaw | 550.00 |
| Title - Lender's Title Insurance | | to American Title Company of Washtenaw | 1,081.85 |
| Recording Fees | | to Washtenaw County Register of Deeds | 60.00 |
| Tax Certificate | | to Washtenaw County Register of Deeds | 5.00 |
| Homeowner's Insurance Premium | | to State Farm | 1,223.00 |
| Prepaid Interest | | to Marketplace Home Mortgage, LLC | 851.19 |
| **Gross Amount Due From Borrower** | | **TOTAL DEBITS** | **$ 640,682.55** |

### CREDITS

| | |
|---|---:|
| Lender Credits | 1,590.38 |
| Deposit | 10,000.00 |
| Loan Amount | 424,100.00 |
| Upfront Processing Fee | 495.00 |
| **Less Total Credits to Borrower**         **TOTAL CREDITS** | **$ 436,185.38** |

### BALANCE

| | |
|---|---:|
| From Borrower: | **$ 204,497.17** |

(110148.PFD/110148/34)

BORROWER'S STATEMENT  -  Continued

APPROVED:                              THE CHARLES REINHART COMPANY

_____              _____
Dorothea V. Staffeld                   By:  David W. Lutton

(110148.PFD/110148/34)

## DUE DATE TAX PRORATION
### as of 12/15/17

Seller:            The Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended
Purchaser:         Dorothea V. Staffeld
Property:          341 Corrie Road
Settlement Date:   12/15/17
Tax Parcel #(s):   IB-09-08-380-005


<u>Summer Tax</u>

8,616.60 ÷ 360 days = $ 23.93 x 196.00 days to 07/01/2018 =      $ 4,692.24


<u>Winter Tax</u>

3,928.73 ÷ 360 days = $ 10.91 x 346.00 days to 12/01/18 =       $ 3,774.86


<u>Village Tax</u>

3,304.30 ÷ 360 days = $ 9.18 x 196.00 days to 07/01/18 =        $ 1,799.28


                                          Total:      $ 10,266.38



### *American Title*
Company of Washtenaw

825 Victors Way, Ste. 100
Ann Arbor, MI 48108
Phone: 734.996.0036 ● fax: 734.662.9604

**Association Dues Status**

**Property Address:** 341 Corrie Road Ann Arbor, MI 48105
**Account name:** The Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended
**Buyer:** Karl W. Staffeld & Dorothea V. Staffeld
**Closing Date:**

- The dues are $350.26 (1.06 mils)

- The billing cycle for this amount is from 11/30/17 - 04/01/18

- The dues regarding subject property are paid through 04/01/18

- Dues are owing in the amount of $0.00

- Remit dues owing to:
    Barton Hills Maintenance Corporation
    199 Barton Shore Drive, Ann Arbor MI 48105.

- Transfer Fees: N/A

Additional instructions to closing agent:

_____
_____
_____

- Name of Person Completing this form: Henry E. Alvarez, Trustee
- Position within Association:
- Contact Info (Phone & or E-mail) _____

**Paul Hathaway**
**Phone: 734-996-0036 ~ Email: PHathaway@ATitle.biz or Fax: 734-662-9604**

# CERTIFICATE OF TRUST EXISTENCE AND AUTHORITY

Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended hereby certifies as to the following:

1. That Henry E. Alvarez, Trustee, whose address is 2320 Washtenaw Ave., Ann Arbor, MI 48104, is the current Trustee of The Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended and that said trust remains in full force and effect.

2. That part of said trust property consists of the real estate located at 341 Corrie Road, Ann Arbor, MI, the Legal Description of which is attached hereto.

3. That pursuant to the terms of the trust, the trustee named in this certificate has the power to sell and convey any and all real estate contained in the trust.

4. That the sale of said real estate to and Dorothea V. Staffeld, Joint Tenants does not violate the terms of the trust.

5. That the trust has not been revoked, modified, or amended in any manner that would cause the representations contained in the certificate of trust to be incorrect.

6. That the trustee identified in this certificate is the only signature required for the sale of said property.

Dated _November 16, 2017_

Page **1** of **3**

Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended

BY: _H E Alvarez  TRUSTEE_
    Henry E. Alvarez
    Trustee

Acknowledged before me in Washtenaw County, Michigan this 16th day of _November_, 20 17, by
Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended.

_R. Brooks_
                                            Notary Public
_____County, Michigan
My commission expires:

This document was drafted by and when recorded return to:
Henry E. Alvarez, Trustee

_____

_____

                        R. Brooks
                Notary Public, Wayne County, MI
            My Commission Expires: June 21, 2018
                Acting in Washtenaw County

Page 2 of 3

## LEGAL DESCRIPTION

Land in the Village of Barton Hills, County of Washtenaw, Michigan, described as:

Commencing at an iron pipe in the South line of Section 8 at its intersection with the West line of Lot 4, Block 3, Supervisor's Plat of Barton Hills; thence North 20°12' East 198.16 feet to a concrete monument for a PLACE OF BEGINNING; thence North 20°12'00" East 217.77 feet to a concrete monument; thence North 20°12'00" East 133.73 feet to a concrete monument; thence North 35°01' East 94.97 feet to a point on a curve; thence Easterly along a curve concave Southerly having a radius of 45.99 feet and central angle of 48°42'30" 39.10 feet to a concrete monument in the Southerly right-of-way line of Corrie Road at its Westerly end; thence North 83°49'0" East 120.00 feet along the South line of Corrie Road to a concrete monument; thence South 6°00' West 250.00 feet to a concrete monument; thence South 28°11'10" West 227.14 feet to a concrete monument; thence North 87°02'42" West 193.40 feet to the PLACE OF BEGINNING, being a part of parcel one of Lot 4 in Block 3 of Supervisor's Plat of Barton Hills, as recorded in Liber 9 of Plats, Pages 58, 59, and 60, Washtenaw County Records.

Described for tax purposes as follows:
Land in the Village of Barton Hills, County of Washtenaw, State of Michigan;  Commencing at the Southwest corner of Lot 4, Block 3, of Supervisor's Plat of Barton Hills, thence North 20°12' East 268.84 feet for the PLACE OF BEGINNING, thence North 20°12' East 351.50 feet, thence North 35°01' East 94.97 feet, thence Northeasterly 39.10 feet in the arc of a curve to the right with a radius of 44.99 feet, through a central angle of 48°42'30", the chord of which bears North 59°22'30" East 37.92 feet, thence North 83°49' East 120 feet; thence South 6° West 250 feet; thence South 28°11'30" West 227.14 feet, thence North 87°02'40" West 193.4 feet to the PLACE OF BEGINNING.  Being a part of Lot 4, Block 3, Supervisor's Plat of Barton Hills.

Parcel ID(s): IB-09-08-380-005

**COVENANT DEED**

## AMERICAN TITLE COMPANY OF WASHTENAW

**The Grantor(s)** Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended
**Convey(s) Grants, Bargains, Remises, Aliens, Confirms and Warrants as to their own acts to** Dorothea V. Staffeld whose address is 2358 Loefler Rd., Chelsea, MI 48118,

the following property located in the Village of Barton Hills, Washtenaw County, Michigan:

### SEE LEGAL DESCRIPTION ATTACHED HERETO

(Address:        341 Corrie Road)
Parcel ID(s): IB-09-08-380-005

for the sum of Six Hundred Twenty Five Thousand and 00/100 ($625,000.00) Dollars,
subject to easements and building and use restrictions of record, and further subject to the lien of real property taxes not yet due and payable.  Subject to reservation of oil, gas, and mineral rights of record, if any.  The grantor covenants and agrees that the grantor has not previously done or committed or willingly suffered to be done or committed any act, matter, or thing that would cause the premises or any part of them to be charged or encumbered in title, estate, or otherwise.

Dated: _November 16_____, 20_17_

Page 1 of 3

Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended

BY: _____ *TRUSTEE*
    Henry E. Alvarez
    Trustee

Acknowledged before me in Washtenaw County, Michigan, on _November 16_, 20_17_, by Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended.

                    _____
                    , Notary Public
                    County, Michigan
My Commission Expires: _____
      Acting in _____County

Drafted by:
Timothy Ehlert (P80925)
825 Victors Way, Suite 100
Ann Arbor, MI 48108
Recording fee: $30.00
County transfer tax: $687.50
State transfer tax: $4,687.50
Total transfer tax: $5,375.00

                        R. Brooks
              Notary Public, Wayne County, MI
          My Commission Expires: June 21, 2018
             Acting in Washtenaw County

When recorded return to and send tax bills to:
        :  Dorothea V. Staffeld
341 Corrie Road
Ann Arbor, MI 48105

File # 110148/P. Hathaway

File #: 110148

## LEGAL DESCRIPTION

Land in the Village of Barton Hills, County of Washtenaw, Michigan, described as:

Commencing at an iron pipe in the South line of Section 8 at its intersection with the West line of Lot 4, Block 3, Supervisor's Plat of Barton Hills; thence North 20°12' East 198.16 feet to a concrete monument for a PLACE OF BEGINNING; thence North 20°12'00" East 217.77 feet to a concrete monument; thence North 20°12'00" East 133.73 feet to a concrete monument; thence North 35°01' East 94.97 feet to a point on a curve; thence Easterly along a curve concave Southerly having a radius of 45.99 feet and central angle of 48°42'30" 39.10 feet to a concrete monument in the Southerly right-of-way line of Corrie Road at its Westerly end; thence North 83°49'0" East 120.00 feet along the South line of Corrie Road to a concrete monument; thence South 6°00' West 250.00 feet to a concrete monument; thence South 28°11'10" West 227.14 feet to a concrete monument; thence North 87°02'42" West 193.40 feet to the PLACE OF BEGINNING, being a part of parcel one of Lot 4 in Block 3 of Supervisor's Plat of Barton Hills, as recorded in Liber 9 of Plats, Pages 58, 59, and 60, Washtenaw County Records.

Described for tax purposes as follows:
Land in the Village of Barton Hills, County of Washtenaw, State of Michigan;  Commencing at the Southwest corner of Lot 4, Block 3, of Supervisor's Plat of Barton Hills, thence North 20°12' East 268.84 feet for the PLACE OF BEGINNING, thence North 20°12' East 351.50 feet, thence North 35°01' East 94.97 feet, thence Northeasterly 39.10 feet in the arc of a curve to the right with a radius of 44.99 feet, through a central angle of 48°42'30", the chord of which bears North 59°22'30" East 37.92 feet, thence North 83°49' East 120 feet; thence South 6° West 250 feet; thence South 28°11'30" West 227.14 feet, thence North 87°02'40" West 193.4 feet to the PLACE OF BEGINNING.  Being a part of Lot 4, Block 3, Supervisor's Plat of Barton Hills.

## PRIVATE ROAD NOTICE

Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended, whose address is 341 Corrie Rd., Ann Arbor, MI 48105, give(s) notice to :

Dorothea V. Staffeld, whose address is 2358 Loefler Rd., Chelsea, MI 48118, that the property located in the Village of Barton Hills, Washtenaw County, Michigan, described as set forth in the covenant deed to which this notice is attached, abuts a road which has not been accepted as public. The road is private and is not required to be maintained by the Board of County Road Commissioners or any other public body.

Dated: _November 16, 20__17__

Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended

BY: _H E Alvarez    Trustee_
    Henry E. Alvarez
    Trustee

Acknowledged before me in Washtenaw County, Michigan, on _November 16_____, 20_17_, by Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended.

                     _R. Brooks_____
                           , Notary Public
                          County, Michigan
           My Commission Expires: _____

Receipt of the above Private Road Disclosure is hereby acknowledged:

_Dorothea V Staffeld_____
Dorothea V. Staffeld

Dated: _11-16-17_____
file #110148

                       . R. Brooks
             Notary Public, Wayne County, MI
         My Commission Expires: June 21, 2018
            Acting in Washtenaw County

## BILL OF SALE

Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended, ("Seller") hereby sell(s) and transfer(s) to Karl W. Staffeld and Dorothea V. Staffeld, ("Buyer") all of the following personal property now on the premises commonly known as 341 Corrie Road, Ann Arbor, MI 48105:

- *Range/Oven, Double Oven, Refrigerator, Disposal, Dishwasher, Trash Compactor, Standby Generator, and Garage Door Opener and Remote(s)*

Seller warrants Seller has the right to sell the above personal property and agrees to warrant and defend the sale of the above personal property against the claims and demands of all persons whatsoever.

Dated: November 16, 2017

_____        _____
Seller                                                                   Seller

_____        _____
Seller                                                                   Seller

_____        _____
Seller                                                                   Seller

Acknowledged before me in Washtenaw County, Michigan, on _November 16_, 2017, by Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended.

_____
_____, Notary Public
_____County, Michigan
My Commission Expires: _____

File #:  110148

R. Brooks
Notary Public, Wayne County, MI
My Commission Expires: June 21, 2018
Acting in Washtenaw County

## CONTINGENCY REMOVAL

In reference to the sales agreement between Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended (Seller) and Karl W. Staffeld and Dorothea V. Staffeld (Purchaser), and all subsequent addenda to that agreement, for the property commonly known as 341 Corrie Road, we the undersigned, hereby acknowledge that all contingencies on the obligations of purchaser and seller to close pursuant to said agreement have been removed, satisfied or waived.

| Seller _____ Date | Purchaser _____ Date 12-15-17 |
|---|---|
| Seller _____ Date | Purchaser _____ Date |
| Seller _____ Date | Purchaser _____ Date |
| Seller _____ Date | Purchaser _____ Date |
| Seller _____ Date | Purchaser _____ Date |

# AMERICAN TITLE COMPANY OF WASHTENAW

## TITLE AFFIDAVIT

STATE OF MICHIGAN
COUNTY OF WASHTENAW

FILE NO. 110148

Before me, the undersigned authority, personally appeared Henry E. Alvarez, Trustee, who, on behalf of The Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended being duly sworn according to law, depose(s) and say(s) as follows (as used in this Affidavit, the term "Affiant" shall include The Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended and all parties executing this Affidavit):

1.  That Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended is/are the owner of, and has/have agreed to sell to Karl W. Staffeld and Dorothea V. Staffeld property situated in the County of Washtenaw, State of Michigan and described in Commitment No.110148.

2.  That Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended has/have been in full, continuous, open, exclusive, peaceable and undisputed possession of said property since the time of vesting of title to said property in Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended; that there are no parties who have any interest or right to claim an interest in said property other than Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended; and that there are no facts known to Affiant(s) which could give rise to a claim being asserted against said property.

3.  That, other than as shown in Item 1, Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended has/have not entered into any agreement, contract, commitment or option for the sale, lease or mortgage of the property, or any agreement, contract, commitment or option which otherwise affects said property.

4.  That there are no taxes, liens or assessments which are due or about to become due or which have attached or could attach to said property.

5.  That The Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended is/are not a foreign entity as defined in the Internal Revenue Code and regulations.

6.  That, if title to said property is being held by a corporation, partnership, trust or other legal entity, such entity is in good standing under applicable laws and the contemplated sale or mortgage of said property by said entity is pursuant to proper authority.

7.  That there are no actions or proceedings now pending in any State or Federal Court to which Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended is a party, including, but not limited to, proceedings in bankruptcy, receivership or insolvency.

8.  That there are no judgments, mortgages, encumbrances or liens of any nature affecting said property, other than shown on American Title Company of Washtenaw Commitment No. 110148.

9.  That there have been no improvements, repairs, additions or alterations performed upon said property within the past 125 days. That Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended has not entered into any agreement or contract with any party for the furnishing of any labor, services or material in connection with any improvements, repairs, additions or alterations within the referenced time period; and that there are no parties who have any claim or right to a lien for services, labor, or material in connection with any improvements, repairs, additions or alterations to said property.

10. That, to the knowledge of Affiant(s), Commitment No. 110148 of American Title Company of Washtenaw correctly and accurately reflects the status of the title to said property.

11. That there are no unrecorded easements, leases, agreements, or rights-of-way, which encumber the property.

Affiant (s) recognizes that American Title Company of Washtenaw will rely on the statements in this Affidavit and Affiant(s) makes this affidavit for the purpose of inducing American Title Company of Washtenaw to issue its policy or policies of title insurance in the above referenced transaction.

Page 1 of 2

Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended

BY: _____

    Henry E. Alvarez
    Trustee

Subscribed and sworn to before me this 16th day of _____November_____ , 20 17 .

_____ , Notary Public

_____ County, Michigan

My Commission Expires:

R. Brooks
Notary Public, Wayne County, MI
My Commission Expires: June 21, 2018
Acting in Washtenaw County

Page 2 of 2

Michigan Department of Treasury
2766 (Rev. 01-16)

L-4260

# Property Transfer Affidavit

This form is issued under authority of P.A. 415 of 1994. Filing is mandatory.

This form must be filed whenever real estate or some types of personal property are transferred (even if you are not recording a deed). The Affidavit must be filed by the new owner with the assessor for the city or township where the property is located within 45 days of the transfer. The information on this form is NOT CONFIDENTIAL.

| 1. Street Address of Property <br> 341 Corrie Road | 2. County <br> Washtenaw | 3. Date of Transfer (or land contract signed) <br> 12/15/17 |
|---|---|---|

| 4. Location of Real Estate (Check appropriate field and enter name in the space below.) | 5. Purchase Price of Real Estate |
|---|---|
| ☐ City   ☐ Township   ☒ Village <br><br> Barton Hills | 625,000.00 |
| | 6. Seller's (Transferor) Name <br> The Alice B. Dobson Declaration of Trust dated May 30, 19 |

| 7. Property Identification Number (PIN). If you don't have a PIN, attach legal description. | 8. Buyer's (Transferee) Name and Mailing Address |
|---|---|
| PIN. This number ranges from 10 to 25 digits. It usually includes hyphens and sometimes includes letters. It is on the property tax bill and on the assessment notice. <br><br> IB-09-08-380-005 | Karl W. Staffeld and Dorothea V. Staffeld <br> 341 Corrie Road, Ann Arbor, MI  48105 |
| | 9. Buyer's (Transferee) Telephone Number |

Items 10 - 15 are optional. However, by completing them you may avoid further correspondence.

| 10. Type of Transfer. Transfers include deeds, land contracts, transfers involving trusts or wills, certain long-term leases and interest in a business. See page 2 for list. |
|---|
| ☐ Land Contract   ☐ Lease   ☐ Deed   ☐ Other (specify) _____ |

| 11. Was property purchased from a financial institution? <br> ☐ Yes   ☐ No | 12. Is the transfer between related persons? <br> ☐ Yes   ☐ No | 13. Amount of Down Payment |
|---|---|---|

| 14. If you financed the purchase, did you pay market rate of interest? <br> ☐ Yes   ☐ No | 15. Amount Financed (Borrowed) |
|---|---|

## EXEMPTIONS

Certain types of transfers are exempt from uncapping. If you believe this transfer is exempt, indicate below the type of exemption you are claiming. If you claim an exemption, your assessor may request more information to support your claim.

☐ Transfer from one spouse to the other spouse

☐ Change in ownership solely to exclude or include a spouse

☐ Transfer between certain family members *(see page 2)

☐ Transfer of that portion of a property subject to a life lease or life estate (until the life lease or life estate expires)

☐ Transfer to effect the foreclosure or forfeiture of real property

☐ Transfer by redemption from a tax sale

☐ Transfer into a trust where the settlor or the settlor's spouse conveys property to the trust and is also the sole beneficiary of the trust

☐ Transfer resulting from a court order unless the order specifies a monetary payment

☐ Transfer creating or ending a joint tenancy if at least one person is an original owner of the property (or his/her spouse)

☐ Transfer to establish or release a security interest (collateral)

☐ Transfer of real estate through normal public trading of stocks

☐ Transfer between entities under common control or among members of an affiliated group

☐ Transfer resulting from transactions that qualify as a tax-free reorganization

☐ Transfer of qualified agricultural property when the property remains qualified agricultural property and affidavit has been filed.

☐ Transfer of qualified forest property when the property remains qualified forest property and affidavit has been filed.

☐ Transfer of land with qualified conservation easement (land only - not improvements)

☐ Other, specify: _____

## CERTIFICATION

I certify that the information above is true and complete to the best of my knowledge.

| Printed Name <br> Dorothea V. Staffeld | |
|---|---|
| Signature <br> *[signature]* | Date <br> 12/15/17 |
| Name and title, if signer is other than the owner | Daytime Phone Number | E-mail Address |

We, the above signed, request that American Title Company of Washtenaw mail this original affidavit on our behalf. We understand that we are still responsible for penalties if it is not received by the assessor within the specified time period.

# American Title Company of Washtenaw

825 Victors Way, Suite 100, Ann Arbor, MI 48108
(734) 996-0036 • Fax (734) 662-9604

**ESTOPPEL CERTIFICATE**                                    FILE NO. 110148

The undersigned mortgagors acknowledge that incident to the closing of the mortgage to be insured the mortgagee caused the full sum of $424,100.00 to be paid to the undersigned or for the benefit of and by the direction of the undersigned.

The undersigned further certify that, unless otherwise indicated below, the property is owned and occupied exclusively by them on the date hereof.

THE UNDERSIGNED FURTHER CERTIFY THAT THEY ARE 18 YEARS OF AGE OR OVER.

Dated

Dorothea V. Staffeld

## ORDER TO ISSUE POLICY

Re:           Dorothea V. Staffeld
Property:     341 Corrie Road

Please issue your Title Insurance Policy pursuant to the above numbered commitment.

Please check:

_____ After recording of the attached:
_____ Deed
_____ Mortgage discharge


Please mail the Owner's Title Policy to:
        341 Corrie Road
        Ann Arbor, MI 48105

Please mail the Mortgage Title Policy to:

        Marketplace Home Mortgage, LLC
        7380 Frances Avenue S., Suite 200
        Edina, MN 55435


_____
        Applicant

Other Instructions:_____



# AMERICAN TITLE
## COMPANY OF WASHTENAW

825 Victors Way, Suite 100, Ann Arbor, MI 48108
americantitle@atitle.biz
Phone: 734-996-0036

## AFTER CLOSING

____ Take Property Transfer Affidavit and Principal Residence Exemption Affidavit to the assessor for your municipality. **(Must be done within 45 days to avoid a fine)**

____ Check with your municipality in 30 days to verify they have updated their system with your name and that you are 100% homestead (if applicable).

Your municipality is:

Village of Barton Hills
3792 Pontiac Trail
Ann Arbor, MI 48105
(734) 222-5209
bhvclerk@comcast.net

## NOTES

SELLER'S STATEMENT - Continued

APPROVED:                                    THE CHARLES REINHART COMPANY

Henry E. Alvarez, Trustee of the Alice B. Dobson
Declaration of Trust dated May 30, 1991, as amended

                                             By:  David W. Lutton

BY:
     Henry E. Alvarez
     Trustee

# Reinhart

## SELLER'S STATEMENT

**Settlement Date:** December 15, 2017
**Buyer:** Dorothea V. Staffeld
**Seller:** The Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended
**Property:** 341 Corrie Road
Ann Arbor, MI 48105

### CREDITS

| | | | |
|---|---|---|---|
| Sale Price of Property | | | 625,000.00 |
| Summer Tax Proration | 12/15/17 to 07/01/18 | | 4,692.24 |
| Winter Tax Proration | 12/15/17 to 12/01/18 | | 3,774.86 |
| Village Tax Proration | 12/15/17 to 07/01/18 | | 1,799.28 |
| Association Dues Proration | 12/15/17 to 03/31/18 | $ 350.26 | 103.13 |

**Total Credits to Seller**     **TOTAL CREDITS**     $ 635,369.51

### DEBITS

| | | |
|---|---|---|
| Utility Escrow | to American Title Company of Washtenaw | 300.00 |
| Title - Document Preparation | to Timothy Ehlert, Title Attorney | 50.00 |
| Title - Owner's Title Insurance | to American Title Company of Washtenaw | 2,275.75 |
| Commission | to The Charles Reinhart Company | 15,500.00 |
| Commission | to Encore Associates | 15,500.00 |
| Transaction Fee | to The Charles Reinhart Compsny | 295.00 |
| Association Dues | to Barton Hills Maintenance Corporation | 350.26 |
| 2017 Winter Tax | to Ann Arbor Township | 3,928.73 |
| Transfer Tax - County | to Washtenaw County Register of Deeds | 687.50 |
| Transfer Tax - State | to Washtenaw County Register of Deeds | 4,687.50 |
| Recording Charge - Certificate of Trust | to Washtenaw County Register of Deeds | 30.00 |

**Less Total Reductions to Amount Due Seller**     **TOTAL DEBITS**     $ 43,604.74

### BALANCE

**To Seller**     $ 591,764.77

# Reinhart

## BUYER'S STATEMENT

| | |
|---|---|
| Settlement Date: | December 15, 2017 |
| Buyer: | Dorothea V. Staffeld |
| Seller: | The Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended |
| Property: | 341 Corrie Road |
| | Ann Arbor, MI 48105 |

### DEBITS

| | | | |
|---|---|---|---:|
| Sale Price of Property | | | 625,000.00 |
| Summer Tax Proration | 12/15/17 to 07/01/18 | | 4,692.24 |
| Winter Tax Proration | 12/15/17 to 12/01/18 | | 3,774.86 |
| Village Tax Proration | 12/15/17 to 07/01/18 | | 1,799.28 |
| Association Dues Proration | 12/15/17 to 03/31/18 | $ 350.26 | 103.13 |
| Processing Fees | | to Marketplace Home Mortgage, LLC | 495.00 |
| Underwriting Fees | | to Marketplace Home Mortgage, LLC | 500.00 |
| Appraisal Fee | | to Guideline AMC | 475.00 |
| Credit Report | | to CREDIT PLUS | 72.00 |
| Title - Closing Fee | | to American Title Company of Washtenaw | 550.00 |
| Title - Lender's Title Insurance | | to American Title Company of Washtenaw | 1,081.85 |
| Recording Fees | | to Washtenaw County Register of Deeds | 60.00 |
| Tax Certificate | | to Washtenaw County Register of Deeds | 5.00 |
| Homeowner's Insurance Premium | | to State Farm | 1,223.00 |
| Prepaid Interest | | to Marketplace Home Mortgage, LLC | 851.19 |

**Gross Amount Due From Borrower**          **TOTAL DEBITS**          $ 640,682.55

### CREDITS

| | |
|---|---:|
| Lender Credits | 1,590.38 |
| Deposit | 10,000.00 |
| Loan Amount | 424,100.00 |
| Upfront Processing Fee | 495.00 |

**Less Total Credits to Borrower**          **TOTAL CREDITS**          $ 436,185.38

### BALANCE

**From Borrower:**          $ 204,497.17

(11014RPFD/110148/34)

BORROWER'S STATEMENT  - Continued

APPROVED:                          THE CHARLES REINHART COMPANY

_____           _____
Dorothea V. Staffeld              By:  David W. Lutton

DUE DATE TAX PRORATION
as of 12/15/17

| | |
|---|---|
| Seller: | The Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended |
| Purchaser: | Dorothea V. Staffeld |
| Property: | 341 Corrie Road |
| Settlement Date: | 12/15/17 |
| Tax Parcel #(s): | IB-09-08-380-005 |

**Summer Tax**

8,616.60 ÷ 360 days = $ 23.93 x 196.00 days to 07/01/2018 =      $ 4,692.24

**Winter Tax**

3,928.73 ÷ 360 days = $ 10.91 x 346.00 days to 12/01/18 =      $ 3,774.86

**Village Tax**

3,304.30 ÷ 360 days = $ 9.18 x 196.00 days to 07/01/18 =      $ 1,799.28

Total:      $ 10,266.38



**American Title**
Company of Washtenaw

825 Victors Way, Ste. 100
Ann Arbor, MI 48108
Phone: 734.996.0036 ● fax: 734.662.9604

**Association Dues Status**

**Property Address:** 341 Corrie Road Ann Arbor, MI 48105
**Account name:** The Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended
**Buyer:** Karl W. Staffeld & Dorothea V. Staffeld
**Closing Date:**

- The dues are $350.26 (1.06 mils)

- The billing cycle for this amount is from 11/30/17 - 04/01/18

- The dues regarding subject property are paid through 04/01/18

- Dues are owing in the amount of $0.00

- Remit dues owing to:
    Barton Hills Maintenance Corporation
    199 Barton Shore Drive, Ann Arbor MI 48105.

- Transfer Fees: N/A

Additional instructions to closing agent:

_____

_____

- Name of Person Completing this form: Henry E. Alvarez, Trustee
- Position within Association:
- Contact Info (Phone & or E-mail) _____

**Paul Hathaway**
**Phone: 734-996-0036 ~ Email: PHathaway@ATitle.biz or Fax: 734-662-9604**

# CERTIFICATE OF TRUST EXISTENCE AND AUTHORITY

Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended hereby certifies as to the following:

1. That Henry E. Alvarez, Trustee, whose address is 2320 Washtenaw Ave., Ann Arbor, MI 48104, is the current Trustee of The Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended and that said trust remains in full force and effect.

2. That part of said trust property consists of the real estate located at 341 Corrie Road, Ann Arbor, MI, the Legal Description of which is attached hereto.

3. That pursuant to the terms of the trust, the trustee named in this certificate has the power to sell and convey any and all real estate contained in the trust.

4. That the sale of said real estate to and Dorothea V. Staffeld, Joint Tenants does not violate the terms of the trust.

5. That the trust has not been revoked, modified, or amended in any manner that would cause the representations contained in the certificate of trust to be incorrect.

6. That the trustee identified in this certificate is the only signature required for the sale of said property.

Dated____November 16, 2017____

Page **1** of **3**

Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended

BY: _H̶̶̶Z̶̶̶ ̶̶̶ᾱl̶v̶a̶r̶e̶z̶ ̶̶̶ ̶̶̶ ̶̶Ꞇʀᴜꜱᴛᴇᴇ_
 Henry E. Alvarez
 Trustee

Acknowledged before me in Washtenaw County, Michigan this _16th_ day of _November_____, 20_17_, by
Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended.

_R. Brooks_____
                              Notary Public
_____County, Michigan
My commission expires:

This document was drafted by and when recorded return to:
Henry E. Alvarez, Trustee

_____

_____

R. Brooks
Notary Public, Wayne County, MI
My Commission Expires: June 21, 2018
Acting in Washtenaw County

# LEGAL DESCRIPTION

Land in the Village of Barton Hills, County of Washtenaw, Michigan, described as:

Commencing at an iron pipe in the South line of Section 8 at its intersection with the West line of Lot 4, Block 3, Supervisor's Plat of Barton Hills; thence North 20°12' East 198.16 feet to a concrete monument for a PLACE OF BEGINNING; thence North 20°12'00" East 217.77 feet to a concrete monument; thence North 20°12'00" East 133.73 feet to a concrete monument; thence North 35°01' East 94.97 feet to a point on a curve; thence Easterly along a curve concave Southerly having a radius of 45.99 feet and central angle of 48°42'30" 39.10 feet to a concrete monument in the Southerly right-of-way line of Corrie Road at its Westerly end; thence North 83°49'0" East 120.00 feet along the South line of Corrie Road to a concrete monument; thence South 6°00' West 250.00 feet to a concrete monument; thence South 28°11'10" West 227.14 feet to a concrete monument; thence North 87°02'42" West 193.40 feet to the PLACE OF BEGINNING, being a part of parcel one of Lot 4 in Block 3 of Supervisor's Plat of Barton Hills, as recorded in Liber 9 of Plats, Pages 58, 59, and 60, Washtenaw County Records.

Described for tax purposes as follows:
Land in the Village of Barton Hills, County of Washtenaw, State of Michigan;  Commencing at the Southwest corner of Lot 4, Block 3, of Supervisor's Plat of Barton Hills, thence North 20°12' East 268.84 feet for the PLACE OF BEGINNING, thence North 20°12' East 351.50 feet, thence North 35°01' East 94.97 feet, thence Northeasterly 39.10 feet in the arc of a curve to the right with a radius of 44.99 feet, through a central angle of 48°42'30", the chord of which bears North 59°22'30" East 37.92 feet, thence North 83°49' East 120 feet; thence South 6° West 250 feet; thence South 28°11'30" West 227.14 feet, thence North 87°02'40" West 193.4 feet to the PLACE OF BEGINNING.  Being a part of Lot 4, Block 3, Supervisor's Plat of Barton Hills.

Parcel ID(s): IB-09-08-380-005

**COVENANT DEED**

## AMERICAN TITLE COMPANY OF WASHTENAW

**The Grantor(s)** Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended
**Convey(s) Grants, Bargains, Remises, Aliens, Confirms and Warrants as to their own acts** to Dorothea V. Staffeld whose address is 2358 Loefler Rd., Chelsea, MI 48118,

the following property located in the Village of Barton Hills, Washtenaw County, Michigan:

## SEE LEGAL DESCRIPTION ATTACHED HERETO

(Address:       341 Corrie Road)
Parcel ID(s): IB-09-08-380-005

for the sum of Six Hundred Twenty Five Thousand and 00/100 ($625,000.00) Dollars,
subject to easements and building and use restrictions of record, and further subject to the lien of real property taxes not yet due and payable.  Subject to reservation of oil, gas, and mineral rights of record, if any.  The grantor covenants and agrees that the grantor has not previously done or committed or willingly suffered to be done or committed any act, matter, or thing that would cause the premises or any part of them to be charged or encumbered in title, estate, or otherwise.

Dated: _November 16_____, 20_17_

Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended

BY: _Henry E. Alvarez_ TRUSTEE

Henry E. Alvarez
Trustee

Acknowledged before me in Washtenaw County, Michigan, on _November 16_, 20 _17_, by Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended.

_R. Brooks_
, Notary Public
County, Michigan
My Commission Expires: _____
Acting in _____ County

Drafted by:
Timothy Ehlert (P80925)
825 Victors Way, Suite 100
Ann Arbor, MI 48108
Recording fee: $30.00
County transfer tax: $687.50
State transfer tax: $4,687.50
Total transfer tax: $5,375.00

R. Brooks
Notary Public, Wayne County, MI
My Commission Expires: June 21, 2018
Acting in Washtenaw County

When recorded return to and send tax bills to:
:   Dorothea V. Staffeld
341 Corrie Road
Ann Arbor, MI  48105

File # 110148/P. Hathaway

File #: 110148

## LEGAL DESCRIPTION

Land in the Village of Barton Hills, County of Washtenaw, Michigan, described as:

Commencing at an iron pipe in the South line of Section 8 at its intersection with the West line of Lot 4, Block 3, Supervisor's Plat of Barton Hills; thence North 20°12' East 198.16 feet to a concrete monument for a PLACE OF BEGINNING; thence North 20°12'00" East 217.77 feet to a concrete monument; thence North 20°12'00" East 133.73 feet to a concrete monument; thence North 35°01' East 94.97 feet to a point on a curve; thence Easterly along a curve concave Southerly having a radius of 45.99 feet and central angle of 48°42'30" 39.10 feet to a concrete monument in the Southerly right-of-way line of Corrie Road at its Westerly end; thence North 83°49'0" East 120.00 feet along the South line of Corrie Road to a concrete monument; thence South 6°00' West 250.00 feet to a concrete monument; thence South 28°11'10" West 227.14 feet to a concrete monument; thence North 87°02'42" West 193.40 feet to the PLACE OF BEGINNING, being a part of parcel one of Lot 4 in Block 3 of Supervisor's Plat of Barton Hills, as recorded in Liber 9 of Plats, Pages 58, 59, and 60, Washtenaw County Records.

Described for tax purposes as follows:
Land in the Village of Barton Hills, County of Washtenaw, State of Michigan;  Commencing at the Southwest corner of Lot 4, Block 3, of Supervisor's Plat of Barton Hills, thence North 20°12' East 268.84 feet for the PLACE OF BEGINNING, thence North 20°12' East 351.50 feet, thence North 35°01' East 94.97 feet, thence Northeasterly 39.10 feet in the arc of a curve to the right with a radius of 44.99 feet, through a central angle of 48°42'30", the chord of which bears North 59°22'30" East 37.92 feet, thence North 83°49' East 120 feet; thence South 6° West 250 feet; thence South 28°11'30" West 227.14 feet, thence North 87°02'40" West 193.4 feet to the PLACE OF BEGINNING.  Being a part of Lot 4, Block 3, Supervisor's Plat of Barton Hills.

## PRIVATE ROAD NOTICE

Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended, whose address is 341 Corrie Rd., Ann Arbor, MI 48105, give(s) notice to ;

Dorothea V. Staffeld, whose address is 2358 Loefler Rd., Chelsea, MI 48118, that the property located in the Village of Barton Hills, Washtenaw County, Michigan, described as set forth in the covenant deed to which this notice is attached, abuts a road which has not been accepted as public. The road is private and is not required to be maintained by the Board of County Road Commissioners or any other public body.

Dated: _November 16, 2017_

Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended

BY: _HE Alvarez  Trustee_
    Henry E. Alvarez
    Trustee

Acknowledged before me in Washtenaw County, Michigan, on _November 16_, 20_17_, by Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended.

_R. Brooks_
, Notary Public
County, Michigan
My Commission Expires: _____

Receipt of the above Private Road Disclosure is hereby acknowledged:

R. Brooks
Notary Public, Wayne County, MI
My Commission Expires: June 21, 2018
Acting in Washtenaw County

_Dorothea V. Staffeld_
Dorothea V. Staffeld

Dated: _11-16-17_
file #110148

## BILL OF SALE

Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended, ("Seller") hereby sell(s) and transfer(s) to Karl W. Staffeld and Dorothea V. Staffeld, ("Buyer") all of the following personal property now on the premises commonly known as 341 Corrie Road, Ann Arbor, MI 48105:

- *Range/Oven, Double Oven, Refrigerator, Disposal, Dishwasher, Trash Compactor, Standby Generator, and Garage Door Opener and Remote(s)*

Seller warrants Seller has the right to sell the above personal property and agrees to warrant and defend the sale of the above personal property against the claims and demands of all persons whatsoever.

Dated: ___November 16___, 2017

_____  
Seller

_____  
Seller

_____  
Seller

_____  
Seller

_____  
Seller

_____  
Seller

Acknowledged before me in Washtenaw County, Michigan, on ___November 16___, 2017, by Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended.

_____  
, Notary Public  
_____County, Michigan  
My Commission Expires: _____

File #:  110148

R. Brooks  
Notary Public, Wayne County, MI  
My Commission Expires: June 21, 2018  
Acting in Washtenaw County

## CONTINGENCY REMOVAL

In reference to the sales agreement between Henry E. Alvarez, Trustee of the Alice B.

Dobson Declaration of Trust dated May 30, 1991, as amended (Seller) and Karl W.

Staffeld and Dorothea V. Staffeld (Purchaser), and all subsequent addenda to that

agreement, for the property commonly known as 341 Corrie Road, we the undersigned,

hereby acknowledge that all contingencies on the obligations of purchaser and seller to

close pursuant to said agreement have been removed, satisfied or waived.

| | | |
|---|---|---|
| Seller _____ Date | | Purchaser _____ 12-15-17 Date |
| Seller _____ Date | | Purchaser _____ Date |
| Seller _____ Date | | Purchaser _____ Date |
| Seller _____ Date | | Purchaser _____ Date |
| Seller _____ Date | | Purchaser _____ Date |

# AMERICAN TITLE COMPANY OF WASHTENAW

## TITLE AFFIDAVIT

STATE OF MICHIGAN
COUNTY OF WASHTENAW

FILE NO. 110148

Before me, the undersigned authority, personally appeared Henry E. Alvarez, Trustee, who, on behalf of The Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended being duly sworn according to law, depose(s) and say(s) as follows (as used in this Affidavit, the term "Affiant" shall include The Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended and all parties executing this Affidavit):

1.  That Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended is/are the owner of, and has/have agreed to sell to Karl W. Staffeld and Dorothea V. Staffeld property situated in the County of Washtenaw, State of Michigan and described in Commitment No.110148.

2.  That Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended has/have been in full, continuous, open, exclusive, peaceable and undisputed possession of said property since the time of vesting of title to said property in Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended; that there are no parties who have any interest or right to claim an interest in said property other than Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended; and that there are no facts known to Affiant(s) which could give rise to a claim being asserted against said property.

3.  That, other than as shown in Item 1, Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended has/have not entered into any agreement, contract, commitment or option for the sale, lease or mortgage of the property, or any agreement, contract, commitment or option which otherwise affects said property.

4.  That there are no taxes, liens or assessments which are due or about to become due or which have attached or could attach to said property.

5.  That The Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended is/are not a foreign entity as defined in the Internal Revenue Code and regulations.

6.  That, if title to said property is being held by a corporation, partnership, trust or other legal entity, such entity is in good standing under applicable laws and the contemplated sale or mortgage of said property by said entity is pursuant to proper authority.

7.  That there are no actions or proceedings now pending in any State or Federal Court to which Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended is a party, including, but not limited to, proceedings in bankruptcy, receivership or insolvency.

8.  That there are no judgments, mortgages, encumbrances or liens of any nature affecting said property, other than shown on American Title Company of Washtenaw Commitment No. 110148.

9.  That there have been no improvements, repairs, additions or alterations performed upon said property within the past 125 days. That Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended has not entered into any agreement or contract with any party for the furnishing of any labor, services or material in connection with any improvements, repairs, additions or alterations within the referenced time period; and that there are no parties who have any claim or right to a lien for services, labor, or material in connection with any improvements, repairs, additions or alterations to said property.

10. That, to the knowledge of Affiant(s), Commitment No. 110148 of American Title Company of Washtenaw correctly and accurately reflects the status of the title to said property.

11. That there are no unrecorded easements, leases, agreements, or rights-of-way, which encumber the property.

Affiant (s) recognizes that American Title Company of Washtenaw will rely on the statements in this Affidavit and Affiant(s) makes this affidavit for the purpose of inducing American Title Company of Washtenaw to issue its policy or policies of title insurance in the above referenced transaction.

Page 1 of 2

Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended

BY: _H E Alvarez_

Henry E. Alvarez
Trustee

Subscribed and sworn to before me this 16ᵗʰ day of _November_, 20 17.

_R Brooks_
, Notary Public

_____ County, Michigan

My Commission Expires:

R. Brooks
Notary Public, Wayne County, MI
My Commission Expires: June 21, 2018
Acting in Washtenaw County

Michigan Department of Treasury
2766 (Rev. 01-16)

**L-4260**

# Property Transfer Affidavit

This form is issued under authority of P.A. 415 of 1994. Filing is mandatory.

This form must be filed whenever real estate or some types of personal property are transferred (even if you are not recording a deed). The Affidavit must be filed by the new owner with the assessor for the city or township where the property is located within 45 days of the transfer. The information on this form is NOT CONFIDENTIAL.

| 1. Street Address of Property<br>341 Corrie Road | 2. County<br>Washtenaw | 3. Date of Transfer (or land contract signed)<br>12/15/17 |
|---|---|---|

| 4. Location of Real Estate (Check appropriate field and enter name in the space below.)<br>☐ City    ☐ Township    ☒ Village<br>Barton Hills | 5. Purchase Price of Real Estate<br>625,000.00 |
|---|---|
| | 6. Seller's (Transferor) Name<br>The Alice B. Dobson Declaration of Trust dated May 30, 1... |

| 7. Property Identification Number (PIN). If you don't have a PIN, attach legal description.<br><br>PIN. This number ranges from 10 to 25 digits. It usually includes hyphens and sometimes includes letters. It is on the property tax bill and on the assessment notice.<br><br>IB-09-08-380-005 | 8. Buyer's (Transferee) Name and Mailing Address<br>Karl W. Staffeld and Dorothea V. Staffeld<br>341 Corrie Road, Ann Arbor, MI 48105<br>9. Buyer's (Transferee) Telephone Number |
|---|---|

**Items 10 - 15 are optional. However, by completing them you may avoid further correspondence.**

| 10. Type of Transfer. Transfers include deeds, land contracts, transfers involving trusts or wills, certain long-term leases and interest in a business. See page 2 for list. |
|---|
| ☐ Land Contract    ☐ Lease    ☐ Deed    ☐ Other (specify) |

| 11. Was property purchased from a financial institution?<br>☐ Yes    ☐ No | 12. Is the transfer between related persons?<br>☐ Yes    ☐ No | 13. Amount of Down Payment |
|---|---|---|

| 14. If you financed the purchase, did you pay market rate of interest?<br>☐ Yes    ☐ No | 15. Amount Financed (Borrowed) |
|---|---|

## EXEMPTIONS

Certain types of transfers are exempt from uncapping. If you believe this transfer is exempt, indicate below the type of exemption you are claiming. If you claim an exemption, your assessor may request more information to support your claim.

☐ Transfer from one spouse to the other spouse

☐ Change in ownership solely to exclude or include a spouse

☐ Transfer between certain family members *(see page 2)

☐ Transfer of that portion of a property subject to a life lease or life estate (until the life lease or life estate expires)

☐ Transfer to effect the foreclosure or forfeiture of real property

☐ Transfer by redemption from a tax sale

☐ Transfer into a trust where the settlor or the settlor's spouse conveys property to the trust and is also the sole beneficiary of the trust

☐ Transfer resulting from a court order unless the order specifies a monetary payment

☐ Transfer creating or ending a joint tenancy if at least one person is an original owner of the property (or his/her spouse)

☐ Transfer to establish or release a security interest (collateral)

☐ Transfer of real estate through normal public trading of stocks

☐ Transfer between entities under common control or among members of an affiliated group

☐ Transfer resulting from transactions that qualify as a tax-free reorganization

☐ Transfer of qualified agricultural property when the property remains qualified agricultural property and affidavit has been filed.

☐ Transfer of qualified forest property when the property remains qualified forest property and affidavit has been filed.

☐ Transfer of land with qualified conservation easement (land only - not improvements)

☐ Other, specify: _____

## CERTIFICATION

*I certify that the information above is true and complete to the best of my knowledge.*

| Printed Name<br>*Dorothea V. Staffeld* | |
|---|---|
| Signature<br>*Dorothea V. Staffeld* | Date<br>12/15/17 |
| Name and title, if signer is other than the owner | Daytime Phone Number | E-mail Address |

I/We, the above signed, request that American Title Company of Washtenaw mail this original affidavit on our behalf. We understand that we are still responsible for penalties if it is not received by the assessor within the specified time period.

# American Title Company of Washtenaw

825 Victors Way, Suite 100, Ann Arbor, MI 48108
(734) 996-0036 • Fax (734) 662-9604

ESTOPPEL CERTIFICATE                                            FILE NO. 110148

The undersigned mortgagors acknowledge that incident to the closing of the mortgage to be insured the mortgagee caused the full sum of $424,100.00 to be paid to the undersigned or for the benefit of and by the direction of the undersigned.

The undersigned further certify that, unless otherwise indicated below, the property is owned and occupied exclusively by them on the date hereof.

THE UNDERSIGNED FURTHER CERTIFY THAT THEY ARE 18 YEARS OF AGE OR OVER.

Dated

_____
Dorothea V. Staffeld

## ORDER TO ISSUE POLICY

Re:              Dorothea V. Staffeld
Property:        341 Corrie Road

Please issue your Title Insurance Policy pursuant to the above numbered commitment.

Please check:

_____ After recording of the attached:
_____ Deed
_____ Mortgage discharge

Please mail the Owner's Title Policy to:
        341 Corrie Road
        Ann Arbor, MI 48105

Please mail the Mortgage Title Policy to:

        Marketplace Home Mortgage, LLC
        7380 Frances Avenue S., Suite 200
        Edina, MN 55435

        _____
        Applicant

Other Instructions:_____
_____

# Reinhart

## SELLER'S STATEMENT

Settlement Date:      December 15, 2017
Buyer:                Dorothea V. Staffeld
Seller:               The Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended
Property:             341 Corrie Road
                      Ann Arbor, MI 48105

### CREDITS

| | | | |
|---|---|---|---:|
| Sale Price of Property | | | 625,000.00 |
| Summer Tax Proration | 12/15/17 to 07/01/18 | | 4,692.24 |
| Winter Tax Proration | 12/15/17 to 12/01/18 | | 3,774.86 |
| Village Tax Proration | 12/15/17 to 07/01/18 | | 1,799.28 |
| Association Dues Proration | 12/15/17 to 03/31/18 | $ 350.26 | 103.13 |

**Total Credits to Seller**                **TOTAL CREDITS**   $ 635,369.51

### DEBITS

| | | |
|---|---|---:|
| Utility Escrow | to American Title Company of Washtenaw | 300.00 |
| Title - Document Preparation | to Timothy Ehlert, Title Attorney | 50.00 |
| Title - Owner's Title Insurance | to American Title Company of Washtenaw | 2,275.75 |
| Commission | to The Charles Reinhart Company | 15,500.00 |
| Commission | to Encore Associates | 15,500.00 |
| Transaction Fee | to The Charles Reinhart Compsny | 295.00 |
| Association Dues | to Barton Hills Maintenance Corporation | 350.26 |
| 2017 Winter Tax | to Ann Arbor Township | 3,928.73 |
| Transfer Tax - County | to Washtenaw County Register of Deeds | 687.50 |
| Transfer Tax - State | to Washtenaw County Register of Deeds | 4,687.50 |
| Recording Charge - Certificate of Trust | to Washtenaw County Register of Deeds | 30.00 |

**Less Total Reductions to Amount Due Seller**        **TOTAL DEBITS**   $ 43,604.74

### BALANCE

**To Seller**                                             $ 591,764.77

(110148.PFD/110148/34)

SELLER'S STATEMENT  -  Continued

APPROVED:                                        THE CHARLES REINHART COMPANY

Henry E. Alvarez, Trustee of the Alice B. Dobson
Declaration of Trust dated May 30, 1991, as amended        By:  David W. Lutton

BY:
     Henry E. Alvarez
     Trustee

{110148.PFD/110148/34}

# Reinhart

## BUYER'S STATEMENT

Settlement Date:     December 15, 2017
Buyer:     Dorothea V. Staffeld
Seller:     The Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended
Property:     341 Corrie Road
              Ann Arbor, MI 48105

### DEBITS

| | | | |
|---|---|---|---:|
| Sale Price of Property | | | 625,000.00 |
| Summer Tax Proration | 12/15/17 to 07/01/18 | | 4,692.24 |
| Winter Tax Proration | 12/15/17 to 12/01/18 | | 3,774.86 |
| Village Tax Proration | 12/15/17 to 07/01/18 | | 1,799.28 |
| Association Dues Proration | 12/15/17 to 03/31/18  $ 350.26 | | 103.13 |
| Processing Fees | | to Marketplace Home Mortgage, LLC | 495.00 |
| Underwriting Fees | | to Marketplace Home Mortgage, LLC | 500.00 |
| Appraisal Fee | | to Guideline AMC | 475.00 |
| Credit Report | | to CREDIT PLUS | 72.00 |
| Title - Closing Fee | | to American Title Company of Washtenaw | 550.00 |
| Title - Lender's Title Insurance | | to American Title Company of Washtenaw | 1,081.85 |
| Recording Fees | | to Washtenaw County Register of Deeds | 60.00 |
| Tax Certificate | | to Washtenaw County Register of Deeds | 5.00 |
| Homeowner's Insurance Premium | | to State Farm | 1,223.00 |
| Prepaid Interest | | to Marketplace Home Mortgage, LLC | 851.19 |

**Gross Amount Due From Borrower**            **TOTAL DEBITS**     $ 640,682.55

### CREDITS

| | |
|---|---:|
| Lender Credits | 1,590.38 |
| Deposit | 10,000.00 |
| Loan Amount | 424,100.00 |
| Upfront Processing Fee | 495.00 |

**Less Total Credits to Borrower**            **TOTAL CREDITS**     $ 436,185.38

### BALANCE

       **From Borrower:**                                      $ 204,497.17

**BORROWER'S STATEMENT  -  Continued**

APPROVED:                                THE CHARLES REINHART COMPANY

_Dorothea V. Staffeld_                    _David W. Lutton_

Dorothea V. Staffeld                     By:  David W. Lutton

(110148.PFD/110148/34)

## DUE DATE TAX PRORATION
### as of 12/15/17

| | |
|---|---|
| Seller: | The Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended |
| Purchaser: | Dorothea V. Staffeld |
| Property: | 341 Corrie Road |
| Settlement Date: | 12/15/17 |
| Tax Parcel #(s): | IB-09-08-380-005 |

**Summer Tax**

8,616.60 ÷ 360 days = $ 23.93 x 196.00 days to 07/01/2018 =      $ 4,692.24

**Winter Tax**

3,928.73 ÷ 360 days = $ 10.91 x 346.00 days to 12/01/18 =      $ 3,774.86

**Village Tax**

3,304.30 ÷ 360 days = $ 9.18 x 196.00 days to 07/01/18 =      $ 1,799.28

                                                Total:      $ 10,266.38



*American Title*
Company of Washtenaw

825 Victors Way, Ste. 100
Ann Arbor, MI 48108
Phone: 734.996.0036 ● fax: 734.662.9604

### Association Dues Status

**Property Address:** 341 Corrie Road Ann Arbor, MI 48105
**Account name:** The Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended
**Buyer:** Karl W. Staffeld & Dorothea V. Staffeld
**Closing Date:**

- The dues are $350.26 (1.06 mils)

- The billing cycle for this amount is from 11/30/17 - 04/01/18

- The dues regarding subject property are paid through 04/01/18

- Dues are owing in the amount of $0.00

- Remit dues owing to:
  Barton Hills Maintenance Corporation
  199 Barton Shore Drive, Ann Arbor MI 48105.

- Transfer Fees: N/A

Additional instructions to closing agent:

_____
_____
_____

- Name of Person Completing this form: Henry E. Alvarez, Trustee
- Position within Association:
- Contact Info (Phone & or E-mail) _____

**Paul Hathaway**
**Phone: 734-996-0036 ~ Email: PHathaway@ATitle.biz or Fax: 734-662-9604**

# CERTIFICATE OF TRUST EXISTENCE AND AUTHORITY

Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended hereby certifies as to the following:

1. That Henry E. Alvarez, Trustee, whose address is 2320 Washtenaw Ave., Ann Arbor, MI 48104, is the current Trustee of The Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended and that said trust remains in full force and effect.

2. That part of said trust property consists of the real estate located at 341 Corrie Road, Ann Arbor, MI, the Legal Description of which is attached hereto.

3. That pursuant to the terms of the trust, the trustee named in this certificate has the power to sell and convey any and all real estate contained in the trust.

4. That the sale of said real estate to and Dorothea V. Staffeld, Joint Tenants does not violate the terms of the trust.

5. That the trust has not been revoked, modified, or amended in any manner that would cause the representations contained in the certificate of trust to be incorrect.

6. That the trustee identified in this certificate is the only signature required for the sale of said property.

Dated _November 16, 2017_

Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended

BY: _H.E. Alvarez Trustee_
    Henry E. Alvarez
    Trustee

Acknowledged before me in Washtenaw County, Michigan this 16th day of _November_ , 20 17 , by
Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended.

               _R. Brooks_
                     Notary Public
                  _____County, Michigan
                My commission expires:

This document was drafted by and when recorded return to:
Henry E. Alvarez, Trustee

_____

_____

                    R. Brooks
            Notary Public, Wayne County, MI
         My Commission Expires: June 21, 2018
            Acting in Washtenaw County

Page **2** of **3**

## LEGAL DESCRIPTION

Land in the Village of Barton Hills, County of Washtenaw, Michigan, described as:

Commencing at an iron pipe in the South line of Section 8 at its intersection with the West line of Lot 4, Block 3, Supervisor's Plat of Barton Hills; thence North 20°12' East 198.16 feet to a concrete monument for a PLACE OF BEGINNING; thence North 20°12'00" East 217.77 feet to a concrete monument; thence North 20°12'00" East 133.73 feet to a concrete monument; thence North 35°01' East 94.97 feet to a point on a curve; thence Easterly along a curve concave Southerly having a radius of 45.99 feet and central angle of 48°42'30" 39.10 feet to a concrete monument in the Southerly right-of-way line of Corrie Road at its Westerly end; thence North 83°49'0" East 120.00 feet along the South line of Corrie Road to a concrete monument; thence South 6°00' West 250.00 feet to a concrete monument; thence South 28°11'10" West 227.14 feet to a concrete monument; thence North 87°02'42" West 193.40 feet to the PLACE OF BEGINNING, being a part of parcel one of Lot 4 in Block 3 of Supervisor's Plat of Barton Hills, as recorded in Liber 9 of Plats, Pages 58, 59, and 60, Washtenaw County Records.

Described for tax purposes as follows:
Land in the Village of Barton Hills, County of Washtenaw, State of Michigan;  Commencing at the Southwest corner of Lot 4, Block 3, of Supervisor's Plat of Barton Hills, thence North 20°12' East 268.84 feet for the PLACE OF BEGINNING, thence North 20°12' East 351.50 feet, thence North 35°01' East 94.97 feet, thence Northeasterly 39.10 feet in the arc of a curve to the right with a radius of 44.99 feet, through a central angle of 48°42'30", the chord of which bears North 59°22'30" East 37.92 feet, thence North 83°49' East 120 feet; thence South 6° West 250 feet; thence South 28°11'30" West 227.14 feet, thence North 87°02'40" West 193.4 feet to the PLACE OF BEGINNING.  Being a part of Lot 4, Block 3, Supervisor's Plat of Barton Hills.

Parcel ID(s): IB-09-08-380-005

Page **3** of **3**

**COVENANT DEED**

### AMERICAN TITLE COMPANY OF WASHTENAW

**The Grantor(s)** Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended
**Convey(s) Grants, Bargains, Remises, Aliens, Confirms and Warrants as to their own acts** to Dorothea V. Staffeld whose address is 2358 Loefler Rd., Chelsea, MI 48118,

the following property located in the Village of Barton Hills, Washtenaw County, Michigan:

### SEE LEGAL DESCRIPTION ATTACHED HERETO

(Address:        341 Corrie Road)
Parcel ID(s): IB-09-08-380-005

for the sum of Six Hundred Twenty Five Thousand and 00/100 ($625,000.00) Dollars,
subject to easements and building and use restrictions of record, and further subject to the lien of real property taxes not yet due and payable.  Subject to reservation of oil, gas, and mineral rights of record, if any.  The grantor covenants and agrees that the grantor has not previously done or committed or willingly suffered to be done or committed any act, matter, or thing that would cause the premises or any part of them to be charged or encumbered in title, estate, or otherwise.

Dated: _November 16_, 20 _17_

Page 1 of 3

Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended

BY: _H̶.̶ ̶A̶l̶v̶a̶r̶e̶z̶_ TRUSTEE
Henry E. Alvarez
Trustee

Acknowledged before me in Washtenaw County, Michigan, on _November 16_, 20_17_, by Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended.

_R. Brooks_
, Notary Public
County, Michigan
My Commission Expires: _____
Acting in _____County

Drafted by:
Timothy Ehlert (P80925)
825 Victors Way, Suite 100
Ann Arbor, MI 48108
Recording fee: $30.00
County transfer tax: $687.50
State transfer tax: $4,687.50
Total transfer tax: $5,375.00

R. Brooks
Notary Public, Wayne County, MI
My Commission Expires: June 21, 2018
Acting in Washtenaw County

When recorded return to and send tax bills to:
          · Dorothea V. Staffeld

341 Corrie Road
Ann Arbor, MI  48105

File # 110148/P. Hathaway

File #: 110148

## LEGAL DESCRIPTION

Land in the Village of Barton Hills, County of Washtenaw, Michigan, described as:

Commencing at an iron pipe in the South line of Section 8 at its intersection with the West line of Lot 4, Block 3, Supervisor's Plat of Barton Hills; thence North 20°12' East 198.16 feet to a concrete monument for a PLACE OF BEGINNING; thence North 20°12'00" East 217.77 feet to a concrete monument; thence North 20°12'00" East 133.73 feet to a concrete monument; thence North 35°01' East 94.97 feet to a point on a curve; thence Easterly along a curve concave Southerly having a radius of 45.99 feet and central angle of 48°42'30" 39.10 feet to a concrete monument in the Southerly right-of-way line of Corrie Road at its Westerly end; thence North 83°49'0" East 120.00 feet along the South line of Corrie Road to a concrete monument; thence South 6°00' West 250.00 feet to a concrete monument; thence South 28°11'10" West 227.14 feet to a concrete monument; thence North 87°02'42" West 193.40 feet to the PLACE OF BEGINNING, being a part of parcel one of Lot 4 in Block 3 of Supervisor's Plat of Barton Hills, as recorded in Liber 9 of Plats, Pages 58, 59, and 60, Washtenaw County Records.

Described for tax purposes as follows:
Land in the Village of Barton Hills, County of Washtenaw, State of Michigan;  Commencing at the Southwest corner of Lot 4, Block 3, of Supervisor's Plat of Barton Hills, thence North 20°12' East 268.84 feet for the PLACE OF BEGINNING, thence North 20°12' East 351.50 feet, thence North 35°01' East 94.97 feet, thence Northeasterly 39.10 feet in the arc of a curve to the right with a radius of 44.99 feet, through a central angle of 48°42'30", the chord of which bears North 59°22'30" East 37.92 feet, thence North 83°49' East 120 feet; thence South 6° West 250 feet; thence South 28°11'30" West 227.14 feet, thence North 87°02'40" West 193.4 feet to the PLACE OF BEGINNING.  Being a part of Lot 4, Block 3, Supervisor's Plat of Barton Hills.

## PRIVATE ROAD NOTICE

Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended, whose address is 341 Corrie Rd., Ann Arbor, MI 48105, give(s) notice to :          .

Dorothea V. Staffeld, whose address is 2358 Loefler Rd., Chelsea, MI 48118, that the property located in the Village of Barton Hills, Washtenaw County, Michigan, described as set forth in the covenant deed to which this notice is attached, abuts a road which has not been accepted as public. The road is private and is not required to be maintained by the Board of County Road Commissioners or any other public body.

Dated: _Movember 16, 2017_

Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended

BY: _H E Alvarez   Trustee_
    Henry E. Alvarez
    Trustee

Acknowledged before me in Washtenaw County, Michigan, on _November 16_____, 20_17_, by Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended.

_R. Brooks_
                , Notary Public
                County, Michigan
My Commission Expires: _____

Receipt of the above Private Road Disclosure is hereby acknowledged:

_Dorothea V. Staffeld_
Dorothea V. Staffeld

                        R. Brooks
           Notary Public, Wayne County, MI
       My Commission Expires: June 21, 2018
          Acting in Washtenaw County

Dated: _11-16-17_
file #110148

## BILL OF SALE

Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended, ("Seller") hereby sell(s) and transfer(s) to Karl W. Staffeld and Dorothea V. Staffeld, ("Buyer") all of the following personal property now on the premises commonly known as 341 Corrie Road, Ann Arbor, MI 48105:

- *Range/Oven, Double Oven, Refrigerator, Disposal, Dishwasher, Trash Compactor, Standby Generator, and Garage Door Opener and Remote(s)*

Seller warrants Seller has the right to sell the above personal property and agrees to warrant and defend the sale of the above personal property against the claims and demands of all persons whatsoever.

Dated: November 16, 2017

_____        _____
Seller                                                          Seller

_____        _____
Seller                                                          Seller

_____        _____
Seller                                                          Seller


Acknowledged before me in Washtenaw County, Michigan, on _November 16_, 2017, by Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended.

_____
_____, Notary Public
_____County, Michigan
My Commission Expires: _____

File #:  110148
R. Brooks
Notary Public, Wayne County, MI
My Commission Expires: June 21, 2018
Acting in Washtenaw County

## CONTINGENCY REMOVAL

In reference to the sales agreement between Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended (Seller) and Karl W. Staffeld and Dorothea V. Staffeld (Purchaser), and all subsequent addenda to that agreement, for the property commonly known as 341 Corrie Road, we the undersigned, hereby acknowledge that all contingencies on the obligations of purchaser and seller to close pursuant to said agreement have been removed, satisfied or waived.

| | | | |
|---|---|---|---|
| Seller | Date | Purchaser | Date |
| Seller | Date | Purchaser | Date |
| Seller | Date | Purchaser | Date |
| Seller | Date | Purchaser | Date |
| Seller | Date | Purchaser | Date |

## CONTINGENCY REMOVAL

In reference to the sales agreement between Henry E. Alvarez, Trustee of the Alice B.

Dobson Declaration of Trust dated May 30, 1991, as amended (Seller) and Karl W.

Staffeld and Dorothea V. Staffeld (Purchaser), and all subsequent addenda to that

agreement, for the property commonly known as 341 Corrie Road, we the undersigned,

hereby acknowledge that all contingencies on the obligations of purchaser and seller to

close pursuant to said agreement have been removed, satisfied or waived.

| | | |
|---|---|---|
| Seller | Date | Purchaser                        Date |
| Seller | Date | Purchaser                        Date |
| Seller | Date | Purchaser                        Date |
| Seller | Date | Purchaser                        Date |
| Seller | Date | Purchaser                        Date |

# AMERICAN TITLE COMPANY OF WASHTENAW

### TITLE AFFIDAVIT

STATE OF MICHIGAN
COUNTY OF WASHTENAW

FILE NO. 110148

Before me, the undersigned authority, personally appeared Henry E. Alvarez, Trustee, who, on behalf of The Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended being duly sworn according to law, depose(s) and say(s) as follows (as used in this Affidavit, the term "Affiant" shall include The Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended and all parties executing this Affidavit):

1. That Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended is/are the owner of, and has/have agreed to sell to Karl W. Staffeld and Dorothea V. Staffeld property situated in the County of Washtenaw, State of Michigan and described in Commitment No.110148.
2. That Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended has/have been in full, continuous, open, exclusive, peaceable and undisputed possession of said property since the time of vesting of title to said property in Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended; that there are no parties who have any interest or right to claim an interest in said property other than Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended; and that there are no facts known to Affiant(s) which could give rise to a claim being asserted against said property.
3. That, other than as shown in Item 1, Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended has/have not entered into any agreement, contract, commitment or option for the sale, lease or mortgage of the property, or any agreement, contract, commitment or option which otherwise affects said property.
4. That there are no taxes, liens or assessments which are due or about to become due or which have attached or could attach to said property.
5. That The Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended is/are not a foreign entity as defined in the Internal Revenue Code and regulations.
6. That, if title to said property is being held by a corporation, partnership, trust or other legal entity, such entity is in good standing under applicable laws and the contemplated sale or mortgage of said property by said entity is pursuant to proper authority.
7. That there are no actions or proceedings now pending in any State or Federal Court to which Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended is a party, including, but not limited to, proceedings in bankruptcy, receivership or insolvency.
8. That there are no judgments, mortgages, encumbrances or liens of any nature affecting said property, other than shown on American Title Company of Washtenaw Commitment No. 110148.
9. That there have been no improvements, repairs, additions or alterations performed upon said property within the past 125 days. That Henry E. Alvarez, Trustee of the Alice B. Dobson Declaration of Trust dated May 30, 1991, as amended has not entered into any agreement or contract with any party for the furnishing of any labor, services or material in connection with any improvements, repairs, additions or alterations within the referenced time period; and that there are no parties who have any claim or right to a lien for services, labor, or material in connection with any improvements, repairs, additions or alterations to said property.
10. That, to the knowledge of Affiant(s), Commitment No. 110148 of American Title Company of Washtenaw correctly and accurately reflects the status of the title to said property.
11. That there are no unrecorded easements, leases, agreements, or rights-of-way, which encumber the property.

Affiant (s) recognizes that American Title Company of Washtenaw will rely on the statements in this Affidavit and Affiant(s) makes this affidavit for the purpose of inducing American Title Company of Washtenaw to issue its policy or policies of title insurance in the above referenced transaction.

Page 1 of 2