JIS Code: COA

| 14A-1 | STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY<br>☐ IN THE COURT OF APPEALS | CLAIM OF APPEAL | CIRCUIT<br>DISTRICT<br>PROBATE | CASE NO.<br>251C0573 |
|---|---|---|---|---|

**Court address**
4133 Washtenaw Avenue, Ann Arbor, MI 48108

**Court telephone no.**
734-973-4545

| Plaintiff's/Petitioner's name(s) and address(es) | ☐ Appellant<br>☑ Appellee | | Defendant's/Respondent's name(s) and address(es) | ☑ Appellant<br>☐ Appellee |
|---|---|---|---|---|
| R & J Group Holdings, LLC<br>9930 Whittier Street<br>Detroit, MI 48224 | | v | Azar Sadeghi-Staffeld, Ghazal Staffeld a/k/a<br>Ghazal Jones and all other occupants<br>341 Corrie Rd.<br>Ann Arbor, MI 48105     (734) 929-6969 | |

Plaintiff's attorney, bar no., address, and telephone no.

Anthony G. Mammina (P37684)
Mammina & Ajlouny, P.C.
370 E. Maple Road, Suite 230
Birmingham, MI 48009     (248) 642-1330

Defendant's attorney, bar no., address, and telephone no.

In the matter of  Order of Possession for 341 Corrie Rd., ann Arbor, MI 48105

Other interested party(ies) of probate matter

1. **Azar Sadeghi-Staffeld and Ghazal Staffeld a/k/a Ghazal Jones** claims an appeal from a final judgment or final order entered on
   Name
   **April 8, 2025** in the **14A-1 District** Court of the State of Michigan,
   Date                                         Court name and number or county
   by   ☑ district judge    ☐ circuit judge    ☐ probate judge    ☐ district court magistrate

   **Honorable Judge J. Cedric Simpson**                                  .
   Name of judge or district court magistrate                       Bar no.

2. Bond on appeal is   ☐ filed.   ☐ attached.   ☐ waived.   ☑ not required.
3. ☑ a. The transcript has been ordered.
   ☐ b. The transcript has been filed.
   ☐ c. No record was made.

We are within the statutory 10 day appeal period to this order.
We are petitioning to reserve time with the Court.

Approved, SCAO
Form MC 55, Rev. 9/23
MCL 15.240, MCL 710.65, MCR 4.401(D), MCR 7.104(C),
MCR 7.108(C)(3), MCR 7.204(D)
Page 1 of 2

Distribute form to:
Court of Appeals/Circuit court
Trial court
Appellee
Appellant

SRA

Claim of Appeal (9/23)  
Page 2 of 2

Case No. 251C0573

☑ 4. THIS CASE INVOLVES
- ☐ a. A CONTEST AS TO THE CUSTODY OF A MINOR CHILD.
- ☐ b. AN ADULT OR MINOR GUARDIANSHIP UNDER THE ESTATES AND PROTECTED INDIVIDUALS CODE OR UNDER THE MENTAL HEALTH CODE.
- ☐ c. AN INVOLUNTARY MENTAL HEALTH TREATMENT CASE UNDER THE MENTAL HEALTH CODE.
- ☑ d. A RULING THAT A PROVISION OF THE MICHIGAN CONSTITUTION, A MICHIGAN STATUTE, A RULE OR REGULATION INCLUDED IN THE MICHIGAN ADMINISTRATIVE CODE, OR ANY OTHER ACTION OF THE LEGISLATIVE OR EXECUTIVE BRANCH OF STATE GOVERNMENT IS INVALID.
- ☐ e. AN ADOPTION ORDER UNDER CHAPTER X OF THE PROBATE CODE.
- ☐ f. A FREEDOM OF INFORMATION ACT ISSUE.

04/17/2025  
Date

_[signature]_  
Appellant/Attorney signature

**PROOF OF SERVICE**

I certify that copies of this claim of appeal and bond (if required) were served on

| Name | on Date | by | personal service | first-class mail |
|---|---|---|---|---|
| Karl Staffeld | 04/17/2025 | by | ☐ personal service. | ☑ first-class mail. |
|  |  | by | ☐ personal service. | ☐ first-class mail. |
|  |  | by | ☐ personal service. | ☐ first-class mail. |

04/17/2025  
Date

_[signature]_ Karl Staffeld  
Signature