| Approved, SCAO | Original - Court<br>1st copy - Defendant | | 2nd copy - Defendant<br>3rd copy - Plaintiff |
|---|---|---|---|
| STATE OF MICHIGAN<br>14A-1   JUDICIAL DISTRICT | JUDGMENT<br>LANDLORD-TENANT | | CASE NO.<br>251C0573 |

**Court address**
4133 Washtenaw Ave., Ann Arbor, MI 48108

**Court telephone no.**
734-973-4545

**Plaintiff**
R & J Group Holdings, LLC

v

**Defendant**
Azar Sadeghi-Staffeld, Ghazal Staffeld aka Ghazal Jones
and all other occupants

**THE COURT FINDS:**

by ☒ hearing   ☐ default*   ☐ consent**

Anthony G. Mammina (P37684)
Mammina & Ajlouny, P.C.
370 E. Maple Road, Ste. 230
Birmingham, MI 48009
248-642-1330

Plaintiff/Attorney   ☐ Personal service

☐ The court determines a valid waiver of rights exists and the terms of the consent judgment are fair.

**POSSESSION JUDGMENT**

☐ 1. The plaintiff has a right to recover possession of the property.
☐ 2. There is now due to the plaintiff for nonpayment of rent and other money due under the lease:
   a. Rent to retain possession  $ _____
   b. Other money due............ $ _____
   c. Costs............................. $ _____
   d. Total ............................. $ _____
☐ 3. The defendant has a right to retain possession.

Azar Sadeghi-Staffeld, Ghazal Staffeld a/k/a Ghazal Jones
and all other occupants
341 Corrie Road
Ann Arbor, MI 48105
734-929-6969

Defendant/Attorney   ☐ Personal service

**IT IS ORDERED:**

☒ 4. ☐ a. The plaintiff can apply for an order evicting the defendant if the defendant does not pay the plaintiff or the court the amount due in item 2d above or does not move out on or before _____ Date

☒ b. The plaintiff can apply for an order evicting the defendant if the defendant does not move out on or before
   Date _April 30th, 2025_

☐ c. An immediate order of eviction shall be entered pursuant to MCL 600.5744(3).

☒ 5. The defendant may be liable for money damages after moving if additional rent is owed or if there is damage to the property.

☐ 6. Acceptance of partial payment of the total amount due in item 2d above  ☐ will  ☐ will not  prevent the court from issuing an order evicting the defendant.

☒ 7. No money judgment is entered at this time.

**MONEY JUDGMENT**

☐ 8. A possession judgment was previously entered.
☐ 9. A money judgment, which will earn interest at statutory rates, is entered as follows:

Damages $ ___
Costs $ ___
Total $ ___

10. **THE COURT FURTHER ORDERS:** _Defendants' Counter Plaintiff's_
① _Counter-claim is Dismissed and ② Motions Are Denied. Escrow of $500 Released to Plaintiffs_
Date _4/8/2025_   Judge _____   Bar no.

YOU ARE ADVISED that you may file a motion for a new trial, a motion to set aside a default judgment, or an appeal and appeal bond, which must comply with all court rules and must be filed in court by _4/18/2025_  You may want legal help.

☐ MCR 4.201(J) was explained to the parties.
*For a defendant on active military duty, default judgment shall not be entered except as provided by the Servicemembers Civil Relief Act.

**CERTIFICATE OF MAILING:** I certify that on this date I served a copy of this judgment on the parties or their attorneys by first-class mail addressed to their last-known addresses as defined in MCR 2.107(C)(3).

Date _4.8.25_   Deputy clerk _KC_

**Approved:**
Date _4/8/2025_   Plaintiff/Attorney _____
Date _____   Defendant/Attorney _____

DC 105  (11/23)   **JUDGMENT, LANDLORD-TENANT**   MCL 600.5744, MCR 4.201(L)