| STATE OF MICHIGAN<br>14A1 JUDICIAL DISTRICT | REGISTER OF ACTIONS | CASE NO: **251C0573**   LT<br>STATUS: DISP |
|---|---|---|
| Court Address 4133 WASHTENAW AVE<br>ANN ARBOR   MI   48108 | JUDGE OF RECORD: SIMPSON,J. CEDRIC, | Court Telephone<br>734-973-4545<br>P-39536 |

```
P01    PLAINTIFF                       (DISP)       Primary Attorney
       R & J GROUP HOLDINGS//                       P-37684
                                                    MAMMINA,ANTHONY G.,
                                                    370 E MAPLE RD STE 230
                                                    BIRMINGHAM      MI 48009
                                                    248-642-1330 0000

D01    DEFENDANT                       (DISP)
       SADEGHI-STAFFELD/AZAR/
       341 CORRIE RD.
       ANN ARBOR      MI 48105

D02    DEFENDANT                       (DISP)
       STAFFELD/GHAZAL/
  (AKA) JONES/GHAZAL/
       341 CORRIE RD.
       ANN ARBOR      MI 48105
```

DISPOSITION:     DISMISSED                    JUDGMENT FOR          JUDGMENT BY
                 {} WITH PREJUDICE            {} PLAINTIFF          {} DEFAULT        {} TRIAL
DATE:            {} WITHOUT PREJUDICE         {} DEFENDANT          {} CONSENT        {} NO CAUSE

FEES/COSTS:   FILING    SERVICE    JURY    TRIAL    WITNESS    ATTORNEY    OTHER

JUDGMENT AMOUNT:    FEES/COSTS  +  DAMAGES  +  INTEREST  =  TOTAL

---

**TRUST HISTORY:**

| PTY | RCPT DT | NO. | ACTION | TYPE | CHECK | AMOUNT | STAT | CLRK |
|---|---|---|---|---|---|---|---|---|
| D01 | 3/20/25 | D222894 | 3/20/25 | TRUST/ESCROW | | 5,000.00 | OPEN | AJB |
| | | | TOTAL OPEN BALANCE ALL RECORDS (TRST) | | | 5,000.00 | | |

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | | INITIALS |
|---|---|---|---|
| 02/07/25 | | | |
| P01 | SUMM & COMP TERMINATION OF TENANCY FILED | $55.00 | KCA |
| 02/10/25 | | | |
| D01 | SUMM & COMP ISSUED (WCSD    ) | | KCA |
| D02 | SUMM & COMP ISSUED (WCSD    ) | | KCA |
| P01 | 2ND MAILING REQUESTED | | KCA |
| D01 | 2ND MAILING MAILED | $26.00 | KCA |
| D02 | 2ND MAILING MAILED | | KCA |
| ALL | HEARING TERMINATION OF TENANCY SCHEDULED | | KCA |
|  | 02/21/25 10:00A   SIMPSON,J. CEDRI P-39536 | | KCA |
|  | P01 PREV. NAME: | | KCA |
|  | R $ J GROUP HOLDINGS// | | KCA |

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | | INITIALS |
|---|---|---|---|
| 02/11/25 | | | |
| | FILING FEE PAID | $55.00  RCPT # D442436 | KCA |
| | LT 2ND MAIL PAID | $26.00  RCPT # D442436 | KCA |
| | CHECK TENDERED 40922 | | KCA |
| | CREDIT CARD TENDERED | | KCA |
| 02/15/25 | | | |
| D01 | SUMM & COMP POSTED - SERVED | $49.10 | KCA |
| D02 | SUMM & COMP POSTED - SERVED | $49.10 | KCA |
| 02/18/25 | | | |
| | MOTION FEE PAID | $20.00  RCPT # D152155 | JKB |
| | CREDIT CARD TENDERED | | JKB |
| | D01 FILED PETITION TO STAY PROCEEDINGS | | JKB |
| | SENT TO JUDGE FOR REVIEW | | JKB |
| 02/19/25 | | | |
| | *** FILE RET'D TO CLERK'S OFFICE | | ANN |
| 02/21/25 | | | |
| ALL | HEARING TERMINATION OF TENANCY SCHEDULED | | ARB |
| | | 02/28/25 03:00P  SIMPSON,J. CEDRI P-39536 | ARB |
| ALL | HEARING CER9448-EMILY HARTWICK HELD | | ARB |
| ALL | NOTICE TO APPEAR ISSUED | | ARB |
| 02/27/25 | | | |
| | DEF/COUNTER PLTF'S ANSWER TO PLTF/COUNTER-DEF | | JKB |
| | COMPLAINT TO RECOVER POSSESSION OF PROPERTY | | JKB |
| | FILED. | | JKB |
| | (COPIES TO SERVE DEF'S ANSWER TO RANA MATA & | | JKB |
| | JERRY WATHA PLACED IN WCSD BOX FOR SERVICE) | | JKB |
| | - PROOF OF SERVICE FILED REGARDING DEF'S ANSWR | | JKB |
| | SERVED TO PLTF ATTY | | JKB |
| 02/28/25 | | | |
| | PLTF/COUNTER-DEFTS FILED ANSWER TO | | KCA |
| | DEFTS/COUNTER-PLTF AFFIRMATIVE DEFENSES | | KCA |
| | PLTF/COUNTER-DEFT FILED ANSWETR TO DEFT/ | | KCA |
| | COUNTER -PLTF COUNTER CLAIM | | KCA |
| | PLTF/COUNTER-DEFTS AFFIRMATIVE DEFENSES FILED | | KCA |
| | AMMENDED COMPLAINT FILED | | KCA |
| ALL | HEARING TERMINATION OF TENANCY SCHEDULED | | KCA |
| | | 03/14/25 01:00P  SIMPSON,J. CEDRI P-39536 | KCA |
| ALL | HEARING CER9448-EMILY HARTWICK HELD | | KCA |
| | DEFT/COUNTER PLTF ANSWER STRUCK | | KCA |
| | DEFT/COUNTER PLTF MOTN TO DISMISS IS STRUCK | | KCA |
| | DEFTS/COUNTER PLTF AFFIRMATIVE DEF. IS STRUCK | | KCA |
| | DEFTS/COUNTER PLTF COUNTER CLAIM IS STRUCK | | KCA |
| | DEFTS/COUNTER PLTF JURY DEMAND IS STRUCK | | KCA |
| | ALL BECAUSE IMPROPERLY FILED.CASE CAPTION IS | | KCA |
| | INCORRECT | | KCA |
| 03/03/25 | | | |
| ALL | NOTICE TO APPEAR ISSUED | | KCA |
| 03/05/25 | | | |
| | PLTF/COUNTER DEFTS ANSWER TO DEFTS/COUNTER | | KCA |
| | PLTFS MOTION TO DISMISS COMPAINT TO RECOVER | | KCA |
| | POSSESSION OF PROPERTY FILED | | KCA |
| | FILE SENT TO CHAMBERS FOR REVIEW | | KCA |
| 03/06/25 | | | |
| | Mail transaction opened and logged. | | ASO |
| | PROOF OF SERVICE FILED | | KCA |

```
R & J GROUP HOLDINGS// v  SADEGHI-STAFFELD/AZAR/    CASE#: 251C0573        PAGE:  3

 DATE                      ACTIONS, JUDGMENTS, CASE NOTES                  INITIALS

03/07/25
  P01       MOTION FILED
            MOTION AND ORDER FOR ESCROW FILED BY PLTF                         KCA
            MOTION FEE PAID           $20.00   RCPT # D222743                 KCA
            CHECK TENDERED 40940                                              AJB
            Mail transaction reconciled - via program.                        AJB
            *** MTN/ORDER FOR ESCROW FILED BY PLTF ATTY                       KLJ
                AND SIGNED BY THE JUDGE.  FILE RET'D TO                       ANN
                CLERK'S OFFICE FOR PROCESSING.                                ANN
  P01       ORDER FOR ESCROW ENTERED                                          ANN
            FILE TO SENIOR                                                    KCA
03/14/25                                                                      KCA
            MOTION FEE PAID           $20.00   RCPT # D152263
            CREDIT CARD TENDERED                                              AAD
  P01       DISMISSAL WITH PREJUDICE FILED                                    AAD
            ANSWER AND MOTION TO DISMISS FILED BY PLTF                        AAD
            ZOOM REQUEST FILED                                                AAD
            ALL PAPERWORK SENT TO CHAMBERS                                    AAD
  ALL       HEARING TERMINATION OF TENANCY SCHEDULED                          AAD
                          03/21/25 02:00P   SIMPSON,J. CEDRI P-39536          KCA
  ALL       HEARING CER9448-EMILY HARTWICK HELD                               KCA
  ALL       NOTICE TO APPEAR ISSUED                                           KCA
  ALL       COMMENTS:                                                         KCA
  ALL          IN-PERSON                                                      KCA
  P01       PROOF FILED                                                       KCA
03/17/25                                                                      SJT
            ZOOM REQUEST FOR 3-21 FILED
            LETTER AND TRIP INFO  FILED                                       KCA
            MOTION FOR ADJOURNMENT FILED WITH PROOF OF                        KCA
            FLIGHT INFORMATION                                                AAD
            MOTION FEE PAID           $20.00   RCPT # D152279                 AAD
            CREDIT CARD TENDERED                                              AAD
03/18/25                                                                      AAD
            *** ORDER REGARDING DEF'S EX-PARTE MOTION TO
                ADJ P/T SIGNED BY THE JUDGE.                                  ANN
                3/21/25 PT IS CANCELED                                        ANN
                SET FOR NJT ON 04/08/25 @ 9 AM                                ANN
                FILE RET'D TO CLERK'S OFFICE FOR FILING                       ANN
03/19/25                                                                      ANN
  ALL       HEARING TERMINATION OF TENANCY ADJOURNED
                          03/21/25 02:00P   SIMPSON,J. CEDRI P-39536          KCA
  ALL       BENCH TRIAL SCHEDULED   04/08/25 09:00A  SIMPSON,J. CEDRI P-39536 KCA
  ALL       NOTICE TO APPEAR ISSUED                                           KCA
  ALL       COMMENTS:                                                         KCA
  ALL          IN-PERSON                                                      KCA
            DEF FILED SUMMONS FOR CROSS COMPLAINT                             KCA
            DEF FILED PETITION TO STAY THE PROCEEDINGS                        AAD
            DEF FILED ANSWER AND MOTION TO DISMISS                            AAD
            DEF FILED COUNTERCLAIM                                            AAD
            DEF FILED ANSWER TO PLTF/COUNTER DEFTS                            AAD
            COMPLAINT TO RECOVER POSSESSION OF PROPERTY                       AAD
            DEF FILED AFFIRMATIVE DEFENSES                                    AAD
            DEF FILED MOTION TO DISMISS PLTF/COUNTER DEFT                     AAD
            COMPLAINT TO RECOVER POSSESSION OF PROPERTY                       AAD
            DEF FILED AMENDED CIVIL ACTION COMPLAINT AND                      AAD
                                                                              AAD
```

```
R & J GROUP HOLDINGS// v  SADEGHI-STAFFELD/AZAR/    CASE#: 251C0573      PAGE:  4
    DATE                  ACTIONS, JUDGMENTS, CASE NOTES                 INITIALS
  03/19/25
              JURY DEMAND
  03/20/25                                                                  AAD

              MOTION FEE PAID           $20.00    RCPT # D152301            AAD
              JURY DEM FEE PAID         $50.00    RCPT # D152301            AAD
              CREDIT CARD TENDERED                                          AAD
              TRUST POSTED            $5000.00    RCPT # D222894            AAD
              CASH TENDERED                                                 AJB
              *** FILED RET'D TO CLERK'S OFFICE FOR                         AJB
                  PROCESSING                                                ANN
  04/03/25                                                                  ANN

              PLTF/COUNTER DEFTS BRIEF IN SUPPORT OF ITS
              OPPOSITION TO DEFTS/COUNTER-PLTFS MOTION FILED                KCA
              PLTF/COUNTER-DEFTS ANSWER TO DEFT/COUNTER-PLTF                KCA
              COUNTER CLAIM FILED                                           KCA
              PLTF/COUNTER-DEFTS AFFIRIMATIVE DEFENSES FILED                KCA
              PLTF/COUNTER-DEFTS ANSWER TO DEFTS/COUNTER-PLF                KCA
              CROSS COMPLAINT FILED                                         KCA
              PLTF/COUNTER-DEFTS AFFIRMATIVE DEFENSES FILED                 KCA
              PLTF/COUNTER-DEFTS RESPONSE TO                                KCA
              DEFT/COUNTER-PLTFS PETITION TO STAY PROCEEDING                KCA
              FILED                                                         KCA
              PLTF/COUNTER-DEFT REPLY AND RESPONSE TO                       KCA
              DEFT/COUNTER-PLTF ANSWER AND MOTION TO DISMISS                KCA
              FILED                                                         KCA
              PLTF/COUNTER-DEFTS RESPONSE IN OPPOSITION TO                  KCA
              DEFT/COUNTER-PLTF MOTION TO DISMISS COMPLAINT                 KCA
              TO RECOVER POSSESSION OF PROPERTY FILED                       KCA
  04/08/25                                                                  KCA

              PROOF OF SERVICE FILED
  D01         JUDGMENT BY JUDGE/MAGISTRATE ENTERED (POSSESS)                KCA
  ALL         HEARING CER9448-EMILY HARTWICK HELD                           KCA
              ORDER TO FOLLOW                                               KCA
  D02         JUDGMENT BY JUDGE/MAGISTRATE ENTERED (POSSESS)                KCA
  ALL         HEARING SCHEDULED     05/20/25 09:00A  SIMPSON,J. CEDRI P-39536  KCA
              (ESCROW )                                                     KCA
              WRIT- 4/30/25
  ALL         NOTICE TO APPEAR ISSUED                                       KCA
  ALL         COMMENTS:                                                     KCA
  ALL             IN-PERSON                                                 KCA
              *** JUDGMENT SIGNED BY JUDGE; WRIT DATE 4/30                  KCA
                  ORIGINAL TO CLERK'S OFFICE FOR PROCESSING                 ANN
  ALL         JUDGMENT MAILED                                               ANN
  04/17/25                                                                  KCA

              CLAIM OF APPEAL FILED BY DEFTS                                KCA
  04/21/25

              *** ORDER FOR BOND ON CLAIM OF APPEAL SIGNED
                  BY THE JUDGE AND SENT TO THE CLERK'S                      ANN
                  OFFICE W/FILE FOR PROCESSING                              ANN
              CLAIM OF APPEAL SIGNED AND MAILED TO ALL                      ANN
              PARTIES                                                       KCA
                                                                            KCA


             ***** END OF REGISTER OF ACTIONS *****  04/23/25 11:13
```