```
      14A-1 DISTRICT COURT
       ANN ARBOR, MI 48108
      734-973-4545 FAX 734-973-4693
251C0573    D01
04/23/25 11:46    02 CIVIL        MN
CASH TRANSCTN             KCA A D152710
SADEGHI-STAFFELD/AZAR/            AMT PAID
TRUST               5,000.00       5,000.00
TOTALS:             5,000.00       5,000.00

CASH TENDERED                      5,000.00
TOTAL PAID:                        5,000.00
```