STATE OF MICHIGAN
IN THE DISTRICT COURT FOR THE 14A-1 JUDICIAL DISTRICT

R & J GROUP HOLDINGS, LLC,

    Plaintiff,

v.

AZAR SADEGHI-STAFFELD & GHAZAL STAFFELD,

    Defendants.

Case No. 251-0573 LT
Hon. J. Cedric Simpson

---

| | |
|---|---|
| Anthony G. Mammina (P37684)<br>Mammina & Ajlouny, P.C.<br>Attorney for Plaintiff<br>370 E. Maple Road, Suite 230<br>Birmingham, Michigan 48009<br>(248) 642-1330 | Azar Sadeghi-Staffeld & Ghazal Staffeld<br>Pro Per Defendants<br>341 Corrie Road<br>Ann Arbor, Michigan 48105<br>(734) 929-6969 |

## ORDER FOR BOND ON CLAIM OF APPEAL

At a session of said Court, held in the Township of Pittsfield,
County of Washtenaw, State of Michigan
on **April 21, 2025**

PRESENT: Hon. J. Cedric Simpson
District Court Judge

This matter having come before the Court upon the Defendant's filing of a claim of appeal, and the Court otherwise being fully advised in the premises:

IT IS ORDERED that bond on appeal shall be set as follows:

1. Defendant shall post escrow for the month of April in the amount of $5,000 dollars within 7 days of the signing of this order.

2. Monthly rent shall be posted into court escrow in the the amount of $5,000 dollars on May 1, 2025, and then shall continue on the 1st of every month thereafter while the appeal is pending.

IT IS SO ORDERED.

*/s/ J. Cedric Simpson*
Hon. J. Cedric Simpson

1