```
                        STATE OF MICHIGAN

        14A-1 JUDICIAL DISTRICT COURT (ANN ARBOR, MICHIGAN)



R & J GROUP HOLDINGS,

            Plaintiff,

v                                          File No. 251C0573 LT

AZAR SADEGHI-STAFFELD

and

GHAZAL STAFFLED,

            Defendants.
_____/


                   TERMINATION OF TENANCY HEARING

       BEFORE THE HONORABLE J. CEDRIC SIMPSON, DISTRICT JUDGE

           Ann Arbor, Michigan – Friday, February 21, 2025



APPEARANCES:

For the Plaintiff:       MR. ANTHONY G. MAMMINA (P37684)
                         Mammina & Ajlouny PC
                         370 E. Maple Road, Suite 230
                         Birmingham, Michigan  48009
                         (248) 642-1330

Appearing in Pro Per:    MS. AZAR SADEGHI-STAFFELD
                         341 Corrie Road
                         Ann Arbor, Michigan  48105
                         (734) 929-6969

RECORDED AND
TRANSCRIBED BY:          Ms. Emily Hartwick, CER 9448
                         Certified Electronic Recorder
                         (734) 973-4516
```

1

TABLE OF CONTENTS

<u>PAGE</u>

<u>WITNESSES:     PLAINTIFF</u>

NONE

<u>WITNESSES:     DEFENDANT</u>

NONE

<u>EXHIBITS:</u>                                           <u>MARKED</u>              <u>ADMITTED</u>

NONE

```
CLERK NOTE
***** Any discrepancy where the audio for the participants was
unclear due to electronic failure or distortion, or to the speaker
not being picked up by the microphone is marked as
[indiscernible].
```

```
 1                    Ann Arbor, Michigan
 2                    Friday, February 21, 2025 – 10:43 a.m.
 3                    THE COURT:  R and J Group --
 4                    Or is that what it's supposed to be?
 5                    R dollar sign J Group Holdings versus Azar -- it's
 6      Sadeghi-Stanfield (sic) and Ghazal Stanfield (sic).
 7                    MR. MAMMINA:  Ready, your Honor.
 8                    Good morning, Anthony Mammina appearing on behalf
 9      of Plaintiff R and J Group Holdings LLC.
10                    THE COURT:  You got either party here?
11                    MS. HARTWICK:  The -- yes.
12                    MS. SADEGHI-STAFFELD:  And good morning, your
13      Honor.  My name is Azar Staffeld.
14                    THE COURT:  All right.
15                    And this is a termination?
16                    MR. MAMMINA:  Yes.
17                    Post -- post lease term termination.  We're not
18      seeking to terminate for non-payment, your Honor, just
19      because the lease has in fact terminated.
20                    THE COURT:  The lease has expired.
21                    All right.
22                    MR. MAMMINA:  Yes.
23                    THE COURT:  All right.
24                    Ma'am, what's your position on --
25                    MS. SADEGHI-STAFFELD:  Yes?
```

1  THE COURT: -- that? They're seeking to terminate
2  your tenancy. Your lease has expired.
3  UNIDENTIFIED SPEAKER: Bless you.
4  MS. SADEGHI-STAFFELD: Good morning, your Honor.
5  This is not a landlord tenant case, your Honor.
6  This is an owner of record versus the real owners of property
7  which is -- are us.
8  THE COURT: Pardon?
9  MS. SADEGHI-STAFFELD: We are the real owners of
10 the property. This property was wrongfully foreclosed.
11 This property -- I petition for a stay because our
12 case against Wells Fargo is pending in federal court, and we
13 want your Honor to issue the stay because we also notified
14 Mr. Mammina that, if in fact them that are violating their
15 contract, because this was not a tenancy. This was a lease
16 with option to buy.
17 We have been notifying them that we are ready to
18 purchase the property since it has been two liens gone on the
19 property. Our mortgage is ready. Our down payment is ready.
20 And then they cannot remove the liens, your Honor.
21 And the liens are one -- from Ann Arbor Township.
22 So, unless R and J Group remove the lien, we cannot -- we
23 cannot proceed with our mortgage to purchase the property,
24 and this was our Plan B to begin with. Our Plan A is -- our
25 case pending in federal court for wrongful --

1  UNIDENTIFIED SPEAKER: Foreclosure.

2  MS. SADEGHI-STAFFELD: -- foreclosure.

3  So, I want to petition for a stay before this
4  Honorable Court.

5  THE COURT: Well, I'm not gonna (sic) grant a stay
6  if that's what you're asking for. However, you say there's
7  an action that's pending in federal court?

8  MS. SADEGHI-STAFFELD: Correct.

9  THE COURT: Counsel, you know anything about that?

10  MR. MAMMINA: No. As a matter of fact, I do know
11  something about that, your Honor. What they're claiming is
12  that there was a foreclosure started by Wells Fargo and Wells
13  Fargo failed to honor. They're claiming -- we don't believe
14  that's the case and the -- the pleadings -- [indiscernible] -
15  - failed to do the necessary post-default work out as
16  required by some of the Covid statutes relating to defaults
17  and mortgage defaults.

18  It has nothing to do with us. We are not a party
19  to that suit. We haven't been served with -- as a matter of
20  fact, I've been advised by your office -- or the clerk in the
21  court that Ms. Staffeld, who incidentally is a Juris
22  Doctorate, as I'm told by her and a PhD and other advanced
23  degrees. So, she's not uninformed here, your Honor.

24  This is in fact a lease with an option to purchase.
25  It is what it is, and I provided a copy --

```
 1                    MS. SADEGHI-STAFFLED:  Wells Fargo --
 2                    MR. MAMMINA:  It's not -- she does not own the
 3     property.  My client is the record owner of the property.  We
 4     agreed to lease it back to her.  She was the former owner.
 5     She lost it in the foreclosure which is the subject of the
 6     federal action that involves Wells -- Wells Fargo.  Not my
 7     client in any regard.
 8                    THE COURT:  Well, hold on a second.
 9                    So --
10                    MS. SADEGHI-STAFFELD:  We'll get the
11     [indiscernible] from --
12                    THE COURT:  Hold on.
13                    So, that I'm trying to follow this.  Wells Fargo
14     foreclosed on the defendants in this case?  Your client --
15                    MR. MAMMINA: Correct.
16                    THE COURT:  -- is the purchaser from that
17     foreclosure?
18                    MR. MAMMINA:  Yes, your Honor.
19                    THE COURT:  And she's challenging the foreclosure
20     in federal court?
21                    All right.  Here's what I'm gonna (sic) do, folks.
22                    I'm gonna (sic) adjourn this out one week to the
23     28th, 2025, at 1:00 p.m. --
24                    MS. HARTWICK:  At 3:00 p.m.
25                    THE COURT:  At 3:00 p.m., excuse me.
```

```
 1              Ma'am, you are to file an answer to this complaint
 2    along with information regarding that -- the federal lawsuit.
 3              I understand that Plaintiffs in this case aren't a
 4    party to that, but I'd like to at least take a look at that
 5    before issuing any ruling on this case.
 6              So, you'll need to file an answer.  It should
 7    include, not only references to that federal lawsuit, but it
 8    -- I'd like a copy of the complaint and answer also on that.
 9              MS. SADEGHI-STAFFELD:  Absolutely, your Honor.
10              THE COURT:  All right.
11              MR. MAMMINA:  Thank you, your Honor.
12              MS. SADEGHI-STAFFELD:  Can you -- can you extend
13    that one week to two weeks?
14              THE COURT:  You have any objection to that,
15    Counsel?
16              MR. MAMMINA:  I certainly do, your Honor.  But --
17              THE COURT:  Okay.
18              MR. MAMMINA:  -- of course it's --
19              THE COURT:  Then I'll do what the stat -- we'll go
20    one week out, folks.
21              Twenty-eighth --
22              MR. MAMMINA:  Thank you, so much.
23              THE COURT:  -- 3:00 p.m.
24              Thank you.
25              MR. MAMMINA:  Thank you, Judge, have a nice day.
```

1             (At 10:49 a.m., proceedings concluded)

I certify that this transcript, consisting of 10 pages is a complete, true, and correct transcript of the Termination of Tenancy Hearing and testimony taken in the case of the *R & J Group Holdings vs Azar Sadeghi-Staffeld and Ghazal Staffeld*, file number 251C0573 LT on Friday, February 21, 2025.

Date: April 23, 2025           *Emily L. L. Hartwick*
                               Emily Hartwick, CER 9448
                               Certified Electronic Recorder
                               14A-1 District Court
                               4133 Washtenaw Avenue
                               Ann Arbor, Michigan  48108
                               (734) 973-4516


**\*\*\*\* THIS COPY IS NOT CERTIFIED WITHOUT**
**A LIVE SIGNATURE FROM THE TRANSCRIBING**
**C.E.R LISTED ABOVE \*\*\*\***

10