```
                        STATE OF MICHIGAN

         14A-1 JUDICIAL DISTRICT COURT (ANN ARBOR, MICHIGAN)


R & J GROUP HOLDINGS,

              Plaintiff,

v                                            File No. 251C0573 LT

AZAR SADEGHI-STAFFELD

and

GHAZAL STAFFLED,

              Defendants.
_____/


                   TERMINATION OF TENANCY HEARING

         BEFORE THE HONORABLE J. CEDRIC SIMPSON, DISTRICT JUDGE

            Ann Arbor, Michigan – Friday, February 28, 2025



APPEARANCES:

For the Plaintiff:        MR. ANTHONY G. MAMMINA (P37684)
                          Mammina & Ajlouny PC
                          370 E. Maple Road, Suite 230
                          Birmingham, Michigan  48009
                          (248) 642-1330

Appearing in Pro Per:     MS. AZAR SADEGHI-STAFFELD
                          341 Corrie Road
                          Ann Arbor, Michigan  48105
                          (734) 929-6969

RECORDED AND
TRANSCRIBED BY:           Ms. Emily Hartwick, CER 9448
                          Certified Electronic Recorder
                          (734) 973-4516
```

1

TABLE OF CONTENTS

PAGE

WITNESSES:     PLAINTIFF

NONE

WITNESSES:     DEFENDANT

NONE

EXHIBITS:                                  MARKED          ADMITTED

NONE

```
CLERK NOTE
***** Any discrepancy where the audio for the participants was
unclear due to electronic failure or distortion, or to the speaker
not being picked up by the microphone is marked as
[indiscernible].
```

```
 1                         Ann Arbor, Michigan
 2                         Friday, February 28, 2025 - 3:27 p.m.
 3                         THE COURT:  R dollar sign J Group Holdings versus
 4         Azar Sadeghi-Staffeld.
 5                         So --
 6                         MR. MAMMINA:  Ready, your Honor.
 7                         MS. SADEGHI-STAFFELD:  Good afternoon, your Honor.
 8                         THE COURT:  All right.
 9                         And where are we on this?
10                         MS. SADEGHI-STAFFELD:  May I pass to the Bailiff to
11         hand this to you?
12                         THE COURT:  What -- what is it?
13                         MS. SADEGHI-STAFFELD:  This is the petition for
14         joinder before federal court -- we filed, your Honor.
15                         THE COURT:  The petition for joinder?
16                         MS. SADEGHI-STAFFELD:  Yes.
17                         We amended the complaint, and we added R and J
18         Holding to our federal complaint -- and [indiscernible]
19         court.
20                         THE COURT:  No.
21                         Have you seen that?
22                         MR. MAMMINA:  I have not, your Honor.
23                         THE COURT:  Well, you can't just give me things and
24         expect the Court to take 'em (sic) without showing opposing
25         counsel.
```

```
 1                MS. SADEGHI-STAFFELD:  Okay.
 2                I have a copy for him.  He refused to accept it.
 3                MS. MAMMINA:  Your Honor, she hasn't tendered it to
 4     me.
 5                Also, for what it's worth, yesterday at about 11
 6     o'clock in the morning, the defendant served upon my office a
 7     ream of pleadings.  Responses, motions to stay, motions to
 8     dismiss, and so on.  And I did my best --
 9                THE COURT:  For what case?
10                For this one?
11                MR. MAMMINA:  For this case.
12                We're not a part of that federal case and she is
13     doing the classic attempting to turn this into a federal case
14     when in fact it's just a summary proceedings action, your
15     Honor.
16                MS. SADEGHI-STAFFELD:  Absolutely not, sir.
17                MR. MAMMINA:  And I did -- also give her copies of
18     everything I filed by overnight mail and today.  I handed it
19     to her a while ago and she gave it back to me.
20                I'm not gonna (sic) fight over it, but they served
21     me with a series of motions.  I had to respond --
22                THE COURT:  I don't have any motions.
23                MS. SADEGHI-STAFFELD:  Yes, your Honor.  The
24     package in front of you has a motion to dismiss, has petition
25     for a stay, has answer to the complaint --
```

5

1           THE COURT: Okay.
2           MS. SADEGHI-STAFFELD: -- and has a counter-
3    complaint.
4           THE COURT: You filed these today?
5           Yeah.
6           MS. SADEGHI-STAFFELD: No --
7           THE COURT: Today.
8           MS. SADEGHI-STAFFELD: -- we filed it yesterday,
9    your Honor. You only gave us a week to answer. Remember,
10   your Honor?
11          MR. MAMMINA: Your Honor, you gave her a week --
12          THE COURT: Oh. Ma'am, I remember everything I do.
13   Do not try to address me that way.
14          I will have a memory that will throw you in
15   circles. So, don't come at me like that, because if you come
16   at me like that, you're gonna (sic) get hurt.
17          MS. SADEGHI-STAFFELD: I just --
18          THE COURT: Counsel, what were you saying?
19          MR. MAMMINA: Your Honor, I was saying that, as I
20   recall -- and I wouldn't challenge your memory, you may as
21   well. When we were -- appeared and she asked for the
22   opportunity to present some reference to this federal case.
23          THE COURT: Yes.
24          MR. MAMMINA: You said, you may -- we're gonna
25   (sic) adjourn this until next Friday at three, and you can

6

|   |   |
|---|---|
| 1 | deliver to me a copy of that federal case so that I can look |
| 2 | at it. |
| 3 | THE COURT: Right. |
| 4 | MR. MAMMINA: Not file a whole host of other |
| 5 | pleadings and other matters at the last minute. |
| 6 | I mean that's -- that was tough for me to handle, |
| 7 | but I got it out, Judge. |
| 8 | THE COURT: Well -- |
| 9 | MS. SADEGHI-STAFFELD: The copy of federal |
| 10 | pleadings is part of that package that was delivered -- hand |
| 11 | delivered to this gentleman, and to the Court, your Honor. |
| 12 | MR. MAMMINA: We have nothing to do with that |
| 13 | federal case, your Honor, at this point. |
| 14 | She has a case against Wells Fargo who is a prior |
| 15 | mortgage -- mortgagee in the case. We have nothing to do |
| 16 | with it whatsoever. We're the deed holder of the property. |
| 17 | THE COURT: There's also -- there's also been a -- |
| 18 | parties added? |
| 19 | MR. MAMMINA: They counter-claimed against us |
| 20 | yesterday at 11 o'clock in the morning and filed several |
| 21 | motions. No parties have been added to this case, but she |
| 22 | says she wants to add us to that federal case -- |
| 23 | THE COURT: Well, the caption is is (sic) changed. |
| 24 | MS. SADEGHI-STAFFELD: Correct. |
| 25 | THE COURT: Can't just change the caption. |

```
 1                MR. MAMMINA:  Well, we haven't been served as -- I
 2   got the documents --
 3                THE COURT:  Counsel, I get it.  I'm just saying,
 4   this caption that I have on your documents, is not the
 5   caption of this case.
 6                MS. SADEGHI-STAFFELD:  I'm sorry?
 7                THE COURT:  The caption here -- who is Karl
 8   Staffeld?
 9                MS. SADEGHI-STAFFELD:  Karl Staffeld is here, he's,
10   my husband.
11                THE COURT:  I don't care if he's here.  He's not --
12   he wasn't a party to this case.  Was he?
13                MR. MAMMINA:  No.
14                MS. SADEGHI-STAFFELD:  It says all residents, of
15   the house, and he's a resident of the house.
16                THE COURT:  You can't just change the caption.
17                MS. SADEGHI-STAFFELD:  What do you suggest I do,
18   your Honor?
19                THE COURT:  You don't wanna (sic) hear that.
20                I suggest maybe you get an attorney, because I just
21   don't --
22                MR. MAMMINA:  She is an attorney, your Honor.
23                THE COURT:  Well, that's even more alarming.
24                The cap -- I don't even know what to do with this
25   because the caption has changed.  Right?
```

```
 1                MS. SADEGHI-STAFFELD:  Yes.
 2                THE COURT:  The -- you served motions, and
 3     apparently there's a counter-complaint that the other side,
 4     or whoever it was supposed to add, doesn't have an
 5     opportunity to answer.  I don't even know if there's been a
 6     summons issued for these other parties.  I --
 7                MS. SADEGHI-STAFFELD:  Yes, there has.
 8                THE COURT:  Are you an attorney?
 9                MS. SADEGHI-STAFFELD:  I'm not a bar license holder
10     attorney.  I went to law school.
11                THE COURT:  Counsel, you filed an amended
12     complaint.  Correct?
13                MR. MAMMINA:  I did, your Honor.
14                THE COURT:  Correct?
15                MR. MAMMINA:  I did, your Honor.
16                THE COURT:  All right.
17                MS. SADEGHI-STAFFELD:  We have not received that.
18                MR. MAMMINA:  I gave it to her --
19                MS. SADEGHI-STAFFLED:  No, we have not received it.
20                MR. MAMMINA:  I gave you the packet and you gave it
21     back to me --
22                MS. SADEGHI-STAFFELD:  When -- when was that, sir?
23                MR. MAMMINA:  Just now.  I gave it to your husband
24     --
25                MS. SADEGHI-STAFFELD:  You gave it to me --
```

1  THE COURT: If you two wanna (sic) have your own
2  darn conversation, you can do it outside. You don't need me
3  here.
4  MR. MAMMINA: I apologize, your Honor.
5  THE COURT: I'm not gonna (sic) be a third wheel on
6  a date in my courtroom.
7  MR. MAMMINA: I'm sorry, your Honor. Very sorry.
8  I did give her all of those pleadings and the
9  amended complaint in a white envelope --
10 THE COURT: Did he --
11 MR. MAMMINA: -- but she gave it back to me.
12 THE COURT: Did he give ya (sic) an envelope and
13 then you give it back?
14 MS. SADEGHI-STAFFELD: Yes, because --
15 THE COURT: Why?
16 MS. SADEGHI-STAFFELD: Because I tried to give him
17 the joinder and he gave it back.
18 MR. MAMMINA: She never handed it -- anything --
19 THE COURT: This is like --
20 MR. MAMMINA: -- to me.
21 THE COURT: This is like kindergarten.
22 I'll tell you what. I'm gonna (sic) accept the
23 first amended complaint.
24 Counsel, you can serve it on her in whatever way
25 you wish, in terms of either you can do it by email, or you

10

1    can serve it by first-class mail.  If she won't take it, she
2    won't take it.
3         This -- the -- what you filed, which is -- starts
4    out entitled, Plaintiff Defendant's Answer to the Counter --
5    you're gonna (sic) have to re-file this.  I'm striking this
6    pleading.  You can't just change the caption.
7         Wow.  Guess we're done.
8         And so, I'll give you a week to get that out.  I
9    realize it delays the proceedings but I -- I don't think I
10   can do anything else, 'cause (sic) I don't know why these
11   parties are running around in this case that you just added
12   to this as --
13        The Petition to Stay is filed on be -- this is
14   crazy.  You're gonna (sic) have to start over.  I'm striking
15   all of that that (sic) you filed.  And you're gonna (sic)
16   have to just do it right.
17        I'll take yours; you serve it, they'll have to
18   answer.  And then we'll go from there.
19        I don't know that putting it out to next week is
20   gonna (sic) any good, so I'm gonna (sic) put it out to the
21   14th.
22             MR. MAMMINA:  Thank you, your Honor.
23        I would ask the Court if it may?  She hasn't paid
24   rent -- they haven't paid rent since November.  The rent for
25   November, December, and January, is $5,000.00 a month and the

11

```
 1    rent for -- for February and March is $5,500.00 a month.
 2                I would ask that you ask them to escrow --
 3                THE COURT:  What is the current monthly amount of
 4    rent?
 5                MR. MAMMINA:  It's -- there's a hold over
 6    provision.  But we'll accept the normal rent, your Honor.
 7                THE COURT:  Of $5,000.00?
 8                MR. MAMMINA:  Five thousand for --
 9                THE COURT:  I'm gonna (sic) order -- I'm gonna
10    (sic) order escrow --
11                MS. SADEGHI-STAFFELD:  Escrow.  We will pay it in
12    escrow, your Honor.  But not to them, because they have to
13    sell the property to us.
14                THE COURT:  I'm gonna (sic) order that you pay
15    escrow to the Court in the amount of $5,000.00.  I'm not
16    gonna (sic) do a proration back to the original.  You'll
17    start that March 1st.  It needs to be paid within 7 days of
18    the date of my order and then needs to be paid each month
19    while this matter is pending.
20                Do you understand that?
21                MS. SADEGHI-STAFFELD:  Yes, your Honor.
22                THE COURT:  Please --
23                MS. SADEGHI-STAFFELD:  Thank you, your Honor.
24                THE COURT:  -- prepare an order to that effect.
25                I will adjourn this --
```

```
 1                    MR. MAMMINA:  So, February rent on March 5th?
 2                    THE COURT:  I can only have March rent.
 3                    MR. MAMMINA:  Oh.  March rent.
 4                    THE COURT:  I can prorate a day of February, but I
 5       -- I'm not --
 6                    MR. MAMMINA:  That's not necessary, we'll -- we'll
 7       accept the --
 8                    THE COURT:  March 14, 2025, at?
 9                    MS. HARTWICK:  [Indiscernible].
10                    THE COURT:  One p.m.?  I feel a cold coming on.
11                    One p.m.
12                    MR. MAMMINA:  Thank you, your Honor.
13                    Have a nice weekend, Judge.
14                    THE COURT:  Yeah.  I will now.
15                    All right.
16                    (At 3:37 p.m., proceedings concluded)
```

13

I certify that this transcript, consisting of 14 pages is a complete, true, and correct transcript of the Termination of Tenancy Hearing and testimony taken in the case of the *R & J Group Holdings vs Azar Sadeghi-Staffeld and Ghazal Staffeld*, file number 251C0573 LT on Friday, February 28, 2025.

Date: April 23, 2025         *Emily L. L. Hartwick*
                             Emily Hartwick, CER 9448
                             Certified Electronic Recorder
                             14A-1 District Court
                             4133 Washtenaw Avenue
                             Ann Arbor, Michigan  48108
                             (734) 973-4516

**\*\*\*\* THIS COPY IS NOT CERTIFIED WITHOUT**
    **A LIVE SIGNATURE FROM THE TRANSCRIBING**
    **C.E.R LISTED ABOVE \*\*\*\***

14