UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KARL STAFFELD and
AZAR STAFFELD,

                Plaintiffs,         Civil Action No. 24-12811

v.                                      Shalina D. Kumar
                                       United States District Judge

WELLS FARGO BANK and             David R. Grand
R & J HOLDINGS LLC,               United States Magistrate Judge

                Defendants.
_____/

## ORDER TO SHOW CAUSE

On October 24, 2024, plaintiffs Karl Staffeld and Azar Staffeld ("Plaintiffs") filed their complaint in this case against defendants Wells Fargo Bank, N.A. and R & J Holdings LLC. (ECF No. 1). Pursuant to 28 U.S.C. § 636(b), all pretrial matters have been referred to the undersigned. (ECF No. 8).

On March 25, 2025, defendant R & J Holdings LLC ("Defendant") filed a Motion to Dismiss. (ECF No. 22). On April 1, 2025, the Court issued an Order requiring Plaintiffs to file a response to Defendant's motion or before April 25, 2025. (ECF No. 24). To date, although Plaintiffs have filed several documents (as recently as April 24, 2025) – including correspondence with Wells Fargo, a death certificate, a quit claim deed, a covenant deed, a property transfer affidavit, and documents pertaining to a bench trial held and a judgment entered in a state court landlord-tenant action (ECF Nos. 26, 27, 28, 29, 31, 32) – Plaintiffs have not filed a substantive response to Defendant's motion, nor have they moved for an

extension of time within which to do so.

For the foregoing reasons, Plaintiffs are **ORDERED TO SHOW CAUSE**, in writing, on or before **June 9, 2025**, why this Court should not recommend that Defendant's motion be granted. Alternatively, Plaintiffs may file a response to Defendant's motion by **June 9, 2025**. Such response should explain Plaintiffs' legal arguments, with citations to appropriate legal authority and relevant evidence. See Fed. R. Civ. P. 56. **Failure to timely and adequately respond in writing to this Order to Show Cause, or to timely file a substantive response to Defendant's motion, may result in a recommendation that Defendant's motion be granted and/or that Plaintiff's claims against it be dismissed under Fed. R. Civ. P. 41(b).**

IT IS SO ORDERED.

Dated: May 23, 2025  
Ann Arbor, Michigan

s/David R. Grand  
DAVID R. GRAND  
United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 23, 2025.

s/L. Hosking on behalf of  
EDDREY O. BUTTS  
Case Manager