# EXHIBIT L

**R & J GROUP HOLDINGS LLC**
**429 Delaford Ct.**
**Canton, MI 48188**

**734-502-5555**

**randjgroupholdings@gmail.com**

| Property Address: | 341 Corrie Rd. Ann Arbor, MI 48105 |
|---|---|
| Client Name: | Azar & Carl Staffeld |

| | |
|---|---|
| **Loan amount:** | **$1,050,000** |
| **Closing Date:** | **December 1, 2023** |
| **Loan Term:** | **1 Yr.** |
| **Int. Rate:** | **10.00%** |
| **Monthly pmt.** | **$5,000** |

**Security Deposit**

| Dec 1, 2023 | $10,000.00 | cashiers check 899259 |
|---|---|---|

**Monthly Payments Received:**

| DATE | PAYMENT | Late Fee | pymnt method | FOR | BALANCE | INTEREST |
|---|---|---|---|---|---|---|
| | | | | | $1,050,000.00 | |
| December 1, 2023 | $5,000.00 | | check | December, 2023 | $1,053,750.00 | $8,750.00 |
| January 5, 2024 | $5,000.00 | | check | January, 2024 | $1,057,531.25 | $8,781.25 |
| February 5, 2024 | $5,000.00 | | check | February, 2024 | $1,061,344.01 | $8,812.76 |
| March 7, 2024 | $5,000.00 | | check | March, 2024 | $1,065,188.54 | $8,844.53 |
| April 2, 2024 | $5,000.00 | | check | April, 2024 | $1,069,065.12 | $8,876.57 |
| May 6, 2024 | $5,000.00 | | check | May, 2024 | $1,072,973.99 | $8,908.88 |
| June 1, 2024 | $3,000.00 | | check | June, 2024 | $1,078,915.44 | $8,941.45 |
| June 12, 2024 | $2,050.00 | $50.00 | check | June, 2024 | $1,076,915.44 | |
| July 8, 2024 | $2,500.00 | | check | July, 2024 | $1,083,389.74 | $8,974.30 |
| July 11, 2024 | $2,550.00 | $50.00 | check | July, 2024 | $1,080,889.74 | |
| August 5, 2024 | $5,000.00 | | check | August, 2024 | $1,084,897.15 | $9,007.41 |
| September 8, 2024 | $5,000.00 | | check | September, 2024 | $1,088,937.96 | $9,040.81 |
| | | | | | | |
| | | | | **BALANCE** | **$1,088,937.96** | |

# EXPENSES

| Date | Category | Payee | Notes | Amount |
|---|---|---|---|---|
| Sep 1, 2024 | legal | Anthony Mammina | all legal fees | $6,214.75 |
| Jul 10, 2024 | insurance | Foremost Ins. Group | insurance, 341 Payeur | $5,608.00 |
| Aug 26, 2024 | Tax | Barton Hills Village | village summer tax | $5,926.36 |
| Aug 26, 2024 | Tax | Ann Arbor Township | 2024 Summer Tax | $14,892.92 |
| Sep 24, 2024 | fees | R & J GROUP | Consulting Fees | $2,500.00 |
| Jul 10, 2024 | fees | Kem-Tec | Survey | $540.00 |
| Sep 24, 2024 | Tax | Washtenaw County | 2023 Summer Tax Past Due | $5,354.73 |
| Oct 27, 2023 | insurance | Berkshire Hathaway | insurance, 341 Corrie | $3,607.00 |
| | | | | |
| | | Total EXPENSES | | **$44,643.76** |
| | | | | |
| **Payoff amount is good until and including September 30, 2024** | | | | **$1,133,581.72** |

# EXHIBIT M



# TIMELINE FOR
## 341 CORRIE ROAD
## ANN ARBOR, MI 48105

2017

NOV, 2017 — HOUSE PURCHASED BY
DOROTHEA V. STAFFELD

2018

AUG, 2018 — QUIT CLAIM DEED
FROM DOROTHEA STAFFELD
TO KARL AND AZAR STAFFELD

NOV 1, 2018 — DOROTHEA STAFFELD PASSED AWAY
STAFFELDS CONTINUE MAKING PAYMENTS

2019

2020

MAR, 2020 — BEGINNING OF PANDEMIC

2 YEARS

JAN, 2022 — STOPPED MAKING PAYMENTS
TO WELLS FARGO DUE TO PANDEMIC
TO MAY 2023

2022

DEC, 2022 — STARTED NEGOTIATING WITH
WELLS FARGO FOR REFINANCING
AND LOAN MODIFICATION

2023

MAY, 2023 — END OF PANDEMIC

JUN 1, 2023 — SHERIFF'S SALE OF FIRST PROPERTY

NOV 1, 2023 — LEASE AGREEMENT

2024

MAY 24, 2024 — ROOF DAMAGE DUE TO HAIL

OCT 5, 2024 — LAST PAYMENT TO
R & J GROUP HOLDINGS (12 MONTHS)

NOV 17, 2024 — PURCHASE AGREEMENT WITH
R & J GROUP HOLDINGS

DEC 1, 2024 — FEDERAL COMPLAINT

JAN 31, 2025 — PURCHASE AGREEMENT EXPIRES

FEB 7, 2025 — R & J COMPLAINT FOR POSSESSION

FEB 25, 2025 — AMENDED FEDERAL COMPLAINT

2025

MAR 19, 2025 — CROSS COMPLAINT

APR 8, 2025 — LOWER COURT GRANTED POSSESSION

APR 17, 2025 — DEMAND OF APPEAL BY STAFFELDS

MAY 9, 2025 — R & J MOTION TO DISMISS APPEAL

MAY 23, 2025 — CIRCUIT COURT GRANTED
R & J MOTION TO DISMISS

MAY 24, 2025 — MOTION FOR RECONSIDERATION

JUN 2, 2025 — ANSWER TO MOTION TO DISMISS
IN CIRCUIT COURT

JUN 9, 2025 — ANSWER TO MOTION TO DISMISS
FEDERAL COURT

2026

# EXHIBIT N

Marci L. Walker

# Uniform Residential Appraisal Report

File # 18000-090668

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | |
|---|---|
| Property Address 341 Corrie Rd | City Ann Arbor | State MI | Zip Code 48105-1032 |
| Borrower Jerry Watha | Owner of Public Record Karl Statfield | County Washtenaw |

Legal Description See attached addenda.

Assessor's Parcel # IB-09-08-380-005  Tax Year 2023  R.E. Taxes $ 19,775

Neighborhood Name Supervisors Barton Hills  Map Reference 11460  Census Tract 4060.00

Occupant ☒ Owner ☐ Tenant ☐ Vacant  Special Assessments $ 0  ☐ PUD  HOA $ 1,185 ☒ per year ☐ per month

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☐ Other (describe) Collateral Valuation

Lender/Client Oxford Bank - Cline  Address 64 S Washington St, Oxford, MI 48371

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No

Report data source(s) used, offering price(s), and date(s). AAAMLS indicates the subject has not been listed in the last 12 months.

I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $  Date of Contract  Is the property seller the owner of public record? ☐ Yes ☐ No Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No

If Yes, report the total dollar amount and describe the items to be paid.

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | One-Unit Housing Trends | One-Unit Housing | Present Land Use % |
|---|---|---|---|
| Location ☒ Urban ☐ Suburban ☐ Rural | Property Values ☐ Increasing ☒ Stable ☐ Declining | PRICE $(000) AGE (yrs) | One-Unit 90 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | 1000 Low 21 | 2-4 Unit 0 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | Marketing Time ☒ Under 3 mths ☐ 3-6 mths ☐ Over 6 mths | 670 Low 21 | Multi-Family 0 % |
| | | 4,300 High 100 | Commercial 0 % |
| | | 700 Pred. 58 | Other 10 % |

Neighborhood Boundaries Stein Rd to the north, Whitmore Lake Rd to the east, Huron River Dr to the south and west.

Neighborhood Description The neighborhood consists primarily of single family dwellings and open space. This area is conveniently located to highways, schools, recreation, shopping and employments centers. The other ten percent is open space.

Market Conditions (including support for the above conclusions) There is a significant shortage of correctly priced listings which results in fewer sales. Winter months typically have fewer sales due to weather conditions. Interest rates are considered to be low and financing readily available. Sellers are sometimes unable to find suitable housing in a timely manner without obtaining temporary housing.

| | | | | |
|---|---|---|---|---|
| Dimensions 130x185 | Area 1.88 ac | Shape Rectangular | View B;Res;Wtr |

Specific Zoning Classification RH  Zoning Description Residential

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Water | ☒ | ☐ | Street Asphalt | ☒ | ☐ |
| Gas | ☒ | ☐ | Sanitary Sewer | ☐ | ☒ Septic,typical for area | Alley None | ☐ | ☐ |

FEMA Special Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X  FEMA Map # 26181C0234E  FEMA Map Date 04/03/2012

Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe Sewer not available at this time. There are fees paid for road maintenance. The appraiser was unable to ascertain if these fees are part of the village of Barton Hills taxes or in addition to the village taxes. The amount of village tax is excluded from this report as it could not be verified in a timely manner. This does not impact the value.

| General Description | | Foundation | | Exterior Description materials/condition | | Interior materials/condition | |
|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | ☐ Concrete Slab ☐ Crawl Space | | Foundation Walls Conc/Good | | Floors Marble/LVP/Lam/G | |
| # of Stories 2 | ☒ Full Basement ☒ Partial Basement | | Exterior Walls Wood/Good | | Walls Plaster/Drywall/Gd | |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | Basement Area 2,104 sq.ft. | | Roof Surface Rubber/Average | | Trim/Finish Wood/Good | |
| ☒ Existing ☐ Proposed ☐ Under Const. | Basement Finish 67 % | | Gutters & Downspouts Alum/Avg | | Bath Floor Marble/Good | |
| Design (Style) Split | ☒ Outside Entry/Exit ☐ Sump Pump | | Window Type Wood/Good | | Bath Wainscot Tile/Good | |
| Year Built 1950 | Evidence of ☐ Infestation | | Storm Sash/Insulated None/Yes | | Car Storage ☐ None | |
| Effective Age 30 | ☐ Dampness ☐ Settlement | | Screens Yes/Avg | | ☒ Driveway # of Cars 6 | |
| Attic ☐ None | Heating ☒ FWA ☐ HWBB ☐ Radiant | Amenities | ☐ Woodstove(s) # 0 | | Driveway Surface Asp/Gvl/Avg | |
| ☐ Drop Stair ☐ Stairs | ☐ Other Fuel Nat Gas | ☒ Fireplace(s) # 2 ☐ Fence None | | ☒ Garage # of Cars 2 | |
| ☐ Floor ☐ Scuttle | Cooling ☒ Central Air Conditioning | ☒ Patio/Deck Paver ☒ Porch Cov/Good | | ☐ Carport # of Cars 0 | |
| ☐ Finished ☐ Heated | ☐ Individual ☐ Other | ☐ Pool None ☐ Other None | | ☐ Att. ☒ Det. ☐ Built-In | |

Appliances ☒ Refrigerator ☒ Range/Oven ☒ Dishwasher ☒ Disposal ☒ Microwave ☐ Washer/Dryer ☐ Other (describe)

Finished area above grade contains: 8 Rooms 5 Bedrooms 3.0 Bath(s) 2,587 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.). Mid-Century modern split level with five bedrooms, four bathrooms, two kitchen, three living areas plus a den and work room. Marble flooring throughout all but one bedroom. Large walls of windows with private setting with winter river views. Whole house generator.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). C3;Kitchen-remodeled-one to five years ago;Bathrooms-not updated;See attached addenda.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No If Yes, describe The missing porch railing could pose a safety concern.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No If No, describe

---

# Uniform Residential Appraisal Report

File # 18000-090668

There are **2** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 2,920,000 to $ 4,295,000.

There are **10** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 670,000 to $ 2,000,000.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | +(-) $ Adjustment | COMPARABLE SALE # 2 | +(-) $ Adjustment | COMPARABLE SALE # 3 | +(-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Address | 341 Corrie Rd Ann Arbor, MI 48105-1032 | 281 Corrie Rd Ann Arbor, MI 48105-1032 | | 250 Barton Shore Dr Ann Arbor, MI 48105-1024 | | 3443 Daleview Dr Ann Arbor, MI 48105-9686 | |
| Proximity to Subject | | 0.12 miles E | | 0.69 miles SE | | 1.70 miles W | |
| Sale Price | $ | $ 1,475,000 | | $ 985,000 | | $ 979,465 | |
| Sale Price/Gross Liv. Area | $ 218.75 sq.ft. | $ 331.91 sq.ft. | | $ 228.59 sq.ft. | | $ 286.14 sq.ft. | |
| Data Source(s) | | MLS#3294162;DOM 75 | | MLS#3291304;DOM 99 | | MLS#3292680;DOM 5 | |
| Verification Source(s) | | Public Records/Ext Insp | | Public Records/Ext Insp | | Public Records/Ext Insp | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | ArmLth Cc..y;0 | | ArmLth Conv;27900 | | ArmLth Cash;0 | |
| Date of Sale/Time | | s08/23;c08/23 | | s12/22;c12/22 | +49,250 | s04/23;c04/23 | +29,400 |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 1.88 ac | 2.57 ac | -100,000 | 1.86 ac | | 1.70 ac | 0 |
| View | B;Res;Wtr | B;Res;Wtr | | N;Res;; | +160,000 | B;Res;Wtr | 0 |
| Design (Style) | DT2;Split | DT2;Contempora | 0 | DT1;Ranch | +98,500 | DT2;Contempora | 0 |
| Quality of Construction | Q3 | Q3 | 0 | Q3 | 0 | Q6 | 0 |
| Actual Age | 73 | 67 | | 30 | | 4 | |
| Condition | C3 | C3 | -147,500 | C3 | -100,000 | C4 | +97,946 |
| Above Grade | Total / Bdrms. / Baths | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | |
| Room Count | 8 / 5 / 3.0 | 8 / 4 / 5.0 | -30,000 | 9 / 3 / 3.1 | -5,000 | 6 / 3 / 2.0 | +15,000 |
| Gross Living Area | 2,587 sq.ft. | 4,444 sq.ft. | -92,900 | 4,309 sq.ft. | -86,100 | 3,423 sq.ft. | -41,800 |
| Basement & Finished Rooms Below Grade | 2104sf1400sfwo 1rr0br1.0ba2o | 536sf500sfwo 1rr0br0.0ba0o | +39,200 | 4289sf1430sfwu 1rr0br0.0ba0o | -21,850 | 1621sf1500sfwo 1rr1br2.0ba0o | +9,700 0 |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA CAC | FWA CAC | | FWA CAC | | FWA CAC | |
| Energy Efficient Items | Typical | Typical | | Typical | | Typical | |
| Garage/Carport | 2gd6dw | 3ga4dw | -15,000 | 3ga6dw | -15,000 | 2ga4dw | 0 |
| Porch/Patio/Deck | Prch/Lrg Patios | Patio,Deck | 0 | Pch/3 Decks | 0 | Patio | +10,000 |
| Other | Generator | None | +5,000 | None | +5,000 | Indoor Pool | +5,000 |
| Incomplete Items | Exterior | None | -25,000 | None | -25,000 | None | -25,000 |
| Barton Hills Village Taxes | Yes | Yes | | Yes | | No | 0 |
| Net Adjustment (Total) | | ☐+ ☒- $ | -366,200 | ☒+ ☐- $ | 59,800 | ☒+ ☐- $ | 100,246 |
| Adjusted Sale Price of Comparables | | Net Adj. 24.8 % Gross Adj. 30.8 % | $ 1,108,800 | Net Adj. 6.1 % Gross Adj. 57.4 % | $ 1,044,800 | Net Adj. 10.2 % Gross Adj. 23.9 % | $ 1,079,711 |

☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☒ did ☐ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)   MLS and Public records
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)   MLS and Public records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 06/01/2023 | | | |
| Price of Prior Sale/Transfer | $552,200 | | | |
| Data Source(s) | Corelogic Public Records | CoreLogic Public Records | CoreLogic Public Records | CoreLogic Public Records |
| Effective Date of Data Source(s) | 10/06/2023 | 10/06/2023 | 10/06/2023 | 10/06/2023 |

Analysis of prior sale or transfer history of the subject property and comparable sales   Corelogic public records indicate the subject's most recent transfer occurred on 6/1/2023 (sheriff's deed - doc #5523-344 recorded on 6/9/2023).  The subject property is in foreclosure which is not technically a sale.  The comparables did not sell twice in a 12-month period.

Summary of Sales Comparison Approach   See attached addenda.

Indicated Value by Sales Comparison Approach $ 1,050,000

Indicated Value by: Sales Comparison Approach $ 1,050,000   Cost Approach (if developed) $ 0   Income Approach (if developed) $ 0

The market approach was given the most weight in determining market value, as it reflects the typical market reactions and trends.  The cost approach was not given weight due to the age of the dwelling.  The income approach was considered but not developed due to the lack of reliable income and expense data and the prevalence of owner occupied properties.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 1,050,000 , as of 10/06/2023 , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 70 March 2005          UAD Version 9/2011   Page 2 of 6          Fannie Mae Form 1004 March 2005

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE          Serial# 8A83852C   esign.alamode.com/verify

# Uniform Residential Appraisal Report
File # 18000-090668

See addendum.

**COST APPROACH TO VALUE (not required by Fannie Mae)**

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)   Site value was obtained from sales data.

| | | |
|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE ............................ =$ | 400,000 |
| Source of cost data | DWELLING        Sq.Ft. @ $ | =$ |
| Quality rating from cost service        Effective date of cost data | Sq.Ft. @ $ | =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | =$ |
| The age/life method was used for depreciation. | Garage/Carport        Sq.Ft. @ $ | =$ |
| | Total Estimate of Cost-New | =$ |
| | Less    Physical    Functional    External | |
| | Depreciation | =$( ) |
| | Depreciated Cost of Improvements | =$ |
| | "As-is" Value of Site Improvements | =$ |
| Estimated Remaining Economic Life (HUD and VA only)        40 Years | INDICATED VALUE BY COST APPROACH | =$   0 |

**INCOME APPROACH TO VALUE (not required by Fannie Mae)**

| Estimated Monthly Market Rent $        X Gross Rent Multiplier        = $ | Indicated Value by Income Approach |
|---|---|

Summary of Income Approach (including support for market rent and GRM)

**PROJECT INFORMATION FOR PUDs (if applicable)**

Is the developer/builder in control of the Homeowners' Association (HOA)?   ☐ Yes ☐ No   Unit type(s) ☐ Detached ☐ Attached
Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.
Legal Name of Project
Total number of phases        Total number of units        Total number of units sold
Total number of units rented        Total number of units for sale        Data source(s)
Was the project created by the conversion of existing building(s) into a PUD?   ☐ Yes   ☐ No  If Yes, date of conversion.
Does the project contain any multi-dwelling units?   ☐ Yes ☐ No  Data Source
Are the units, common elements, and recreation facilities complete?   ☐ Yes   ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?   ☐ Yes   ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

## Uniform Residential Appraisal Report

File # 18000-090666

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK:  The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE:  The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER:  The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE:  The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:    The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Freddie Mac Form 70 March 2005               UAD Version 9/2011    Page 4 of 6                                                   1 1004 March 2005

Serial# 8AB9852C
esign.alamode.com/verify

Form 1004UAD – "TOTAL" appraisal software by a la mode, inc. – 1-800-ALAMODE

## Uniform Residential Appraisal Report
File # 18000-090668

**APPRAISER'S CERTIFICATION:**    The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

## Uniform Residential Appraisal Report

File # 18000-090668

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION:   The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

esign.alamode.com/verify     Serial:8A89852C

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name   Marci Walker | Name |
| Company Name   Dart Appraisal, Inc | Company Name |
| Company Address   2600 W Big Beaver Road | Company Address |
| Troy, MI 48084 | |
| Telephone Number   888-327-8123 | Telephone Number |
| Email Address   Info@DartAppraisal.com | Email Address |
| Date of Signature and Report   10/10/2023 | Date of Signature |
| Effective Date of Appraisal   10/06/2023 | State Certification # |
| State Certification #   1205005448 | or State License # |
| or State License # | State |
| or Other (describe)              State # | Expiration Date of Certification or License |
| State   MI | |
| Expiration Date of Certification or License   07/31/2025 | SUBJECT PROPERTY |

ADDRESS OF PROPERTY APPRAISED

341 Corrie Rd

Ann Arbor, MI 48105-1032

APPRAISED VALUE OF SUBJECT PROPERTY S          1,050,000

LENDER/CLIENT

Name   Dart Appraisal, Inc.

Company Name   Oxford Bank - Cline

Company Address   64 S Washington St, Oxford, MI 48371

Email Address   bally@dartappraisal.com

### SUBJECT PROPERTY

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
   Date of Inspection
☐ Did inspect interior and exterior of subject property
   Date of Inspection

### COMPARABLE SALES

☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
   Date of Inspection

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Serial# 8A89852C
esign.alamode.com/verify

# Uniform Residential Appraisal Report

File # 18000-090668

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 341 Corrie Rd Ann Arbor, MI 48105-1032 | 3423 Riverbend Dr Ann Arbor, MI 48105-9648 | | | | | |
| Proximity to Subject | | 1.54 miles W | | | | | |
| Sale Price | $ | $ | 713,700 | $ | | $ | |
| Sale Price/Gross Liv. Area | $ 218.75 sq.ft. | $ 465.47 sq.ft. | | sq.ft. | | sq.ft. | |
| Data Source(s) | | MLS#3293137;DOM 4 | | | | | |
| Verification Source(s) | | Public Records/Ext Insp | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | ArmLth Cash;0 | | | | | |
| Date of Sale/Time | | s04/23;c04/23 | +21,400 | | | | |
| Location | N;Res; | N;Res; | | | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | | | | |
| Site | 1.88 ac | 1.60 ac | 0 | | | | |
| View | B;Res;Wtr | N;Res;; | +160,000 | | | | |
| Design (Style) | DT2;Split | DT1;Contempora | | | | | |
| Quality of Construction | Q3 | Q3 | | | | | |
| Actual Age | 73 | 43 | 0 | | | | |
| Condition | C3 | C3 | | | | | |
| Above Grade | Total / Bdrms. / Baths | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | |
| Room Count | 8 / 5 / 3.0 | 4 / 1 / 1.1 | +22,500 | | | | |
| Gross Living Area | 2,587 sq.ft. | 1,530 sq.ft. | +52,900 | sq.ft. | | sq.ft. | |
| Basement & Finished | 2104sff1400sfwo | 1194sff1100sfwo | +18,200 | | | | |
| Rooms Below Grade | 1rr0br1.0ba2o | 1rr2br1.0ba1o | 0 | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | FWA CAC | GHW Mini Spl | +10,000 | | | | |
| Energy Efficient Items | Typical | Typical | | | | | |
| Garage/Carport | 2gd6dw | 2qa4dw | 0 | | | | |
| Porch/Patio/Deck | Prch/Lrg Patios | Porch,Decks | 0 | | | | |
| Other | Generator | None | +5,000 | | | | |
| Incomplete Items | None | Exterior | -25,000 | | | | |
| Barton Hills Village Taxes | Yes | No | 0 | | | | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 265,000 | ☐ + ☐ - | $ | ☐ + ☐ - | $ |
| Adjusted Sale Price of Comparables | | Net Adj. 37.1 % Gross Adj. 44.1 % | $ 978,700 | Net Adj. % Gross Adj. % | $ | Net Adj. % Gross Adj. % | $ |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 05/01/2023 | | | |
| Price of Prior Sale/Transfer | $552,200 | | | |
| Data Source(s) | CoreLogic Public Records | CoreLogic Public Records | | |
| Effective Date of Data Source(s) | 10/06/2023 | 10/06/2023 | | |

Analysis of prior sale or transfer history of the subject property and comparable sales

Analysis/Comments

Serial# 8AR9852C
esign.alamode.com/verify

Form 1004UAD.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

File No.   18000-090666

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

## Condition Ratings and Definitions

### C1
The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).

### C2
The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.

### C3
The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.

### C4
The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.

### C5
The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.

### C6
The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.

## Quality Ratings and Definitions

### Q1
Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

### Q2
Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
### (Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

**Quality Ratings and Definitions (continued)**

**Q3**
Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4**
Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentatic and interio. finements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

**Q5**
Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6**
Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

**Definitions of Not Updated, Updated, and Remodeled**

**Not Updated**
Little or no updating or modernization. This description includes, but is not limited to, new homes. Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

**Updated**
The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.
An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

**Remodeled**
Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.
A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

**Explanation of Bathroom Count**

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example:
3.2 indicates three full baths and two half baths.

UAD Version 9/2011 (Updated 1/2014)

Form UADDEFINE1A – "TOTAL" appraisal software by a la mode, inc. – 1-800-ALAMODE

Serial# 8A89852C
eslgn.alamode.com/verify

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

**Abbreviations Used in Data Standardization Text**

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-In Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| In | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
| | | |
| | | |
| | | |
| | | |

## Market Conditions Addendum to the Appraisal Report

File No. 18000-090668

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 341 Corrie Rd | City | Ann Arbor | State | MI | ZIP Code | 48105-1032 |
|---|---|---|---|---|---|---|---|

Borrower  Jerry Watha

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | | Overall Trend | | |
|---|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 4 | 4 | 2 | Increasing | ☒ Stable | Declining |
| Absorption Rate (Total Sales/Months) | 0.67 | 1.33 | 0.67 | Increasing | ☒ Stable | Declining |
| Total # of Comparable Active Listings | 6 | 6 | 4 | Declining | ☒ Stable | Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 9.0 | 4.5 | 6.0 | Declining | ☒ Stable | Increasing |
| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | | Overall Trend | |
| Median Comparable Sale Price | 843,750 | 846,583 | 1,737,500 | Increasing | ☒ Stable | Declining |
| Median Comparable Sales Days on Market | 39 | 6 | 43 | Declining | ☒ Stable | Increasing |
| Median Comparable List Price | 824,250 | 1,620,000 | 3,607,500 | Increasing | ☒ Stable | Declining |
| Median Comparable Listings Days on Market | 20 | 15 | 61 | Declining | ☒ Stable | Increasing |
| Median Sale Price as % of List Price | 97.46 | 108.65 | 90.26 | Increasing | ☒ Stable | Declining |

Seller-(developer, builder, etc.)paid financial assistance prevalent?  ☐ Yes  ☒ No

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).  There were a total of 10 sales in the subject's neighborhood in the past twelve months.  Of those sales, two had seller concessions.  Seller concessions are normally in the range of 1-3% of the sales price and are typically used to cover purchaser's closing costs and pre-paid expenses.

Are foreclosure sales (REO sales) a factor in the market?  ☐ Yes  ☒ No   If yes, explain (including the trends in listings and sales of foreclosed properties).

Cite data sources for above information.  Ann Arbor MLS which includes data shared from other MLS groups with properties in this neighborhood.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.  This analysis is based on the area described in the neighborhood section on page 1 as is required.  However, a buyer considering this neighborhood would likely look for properties in the Ann Arbor school and Huron River area.  This is a snapshot of the subject property's immediate area which has very similar age, style and designs.  There were very few sales in the last 12 months due to sellers being unable to find suitable housing and therefore do not list/sell.  The data above includes active listings, contingent and pending listings and closed sales for the last 12 months.  The data was obtained from MLS exclusively and does not include private sales.  The sales and listings directly compete with the subject property.  The parameters utilized for the search was mapping the neighborhood boundaries and gross living area and age.

| If the subject is a unit in a condominium or cooperative project , complete the following: | | | Project Name: | | | | |
|---|---|---|---|---|---|---|---|
| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | | Overall Trend | |
| Total # of Comparable Sales (Settled) | | | | Increasing | Stable | Declining |
| Absorption Rate (Total Sales/Months) | | | | Increasing | Stable | Declining |
| Total # of Active Comparable Listings | | | | Declining | Stable | Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | Declining | Stable | Increasing |

Are foreclosure sales (REO sales) a factor in the project?  ☐ Yes  ☐ No   If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| Signature | | Signature | |
|---|---|---|---|
| Appraiser Name | Marci Walker | Supervisory Appraiser Name | |
| Company Name | Dart Appraisal, Inc | Company Name | |
| Company Address | 2600 W Big Beaver Road, Troy, MI 48084 | Company Address | |
| State License/Certification # | 1205005448 | State | MI | State License/Certification # | State |
| Email Address | Info@DartAppraisal.com | Email Address | |

Freddie Mac Form 71   March 2009                         Page 1 of 1                         Fannie Mae ___ ___ March 2009

Form 1004MC2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

esign.alamode.com/verify   Serial:8A89852C

## Subject Photo Page

| Borrower | Jerry Watha | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Property Address | 341 Corrie Rd | | | | | | | |
| City | Ann Arbor | | County | Washtenaw | | State MI | Zip Code | 48105-1032 |
| Lender/Client | Oxford Bank - Cline | | | | | | | |



### Subject Front

341 Corrie Rd
Sales Price
Gross Living Area    2,587
Total Rooms          8
Total Bedrooms       5
Total Bathrooms      3.0
Location             N;Res;
View                 B;Res;Wtr
Site                 1.88 ac
Quality              Q3
Age                  73



### Subject Rear



### Subject Street

Private road

Form PIC3X5.SR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Serial# 8A89852C
esign.alamode.com/verify

**Interior Photos**

| Borrower | Jerry Watha | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 341 Corrie Rd | | | | | | |
| City | Ann Arbor | County | Washtenaw | State | MI | Zip Code | 48105-1032 |
| Lender/Client | Oxford Bank - Cline | | | | | | |



garage front and left side



driveway



patio between house front and garage



west side patio with obstructed lake view -
will be more prominent when leaves are
gone



kitchen

kitchen



Serial# 8A99852C
esign.alamode.com/verify

**Interior Photos**

| Borrower | Jerry Watha | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 341 Corrie Rd | | | | | | |
| City | Ann Arbor | County | Washtenaw | State | MI | Zip Code | 48105-1032 |
| Lender/Client | Oxford Bank - Cline | | | | | | |



kitchen



living room and foyer



living room



family room with eating area



family room



en suite bathroom to bedroom 1

## Interior Photos

| Borrower | Jerry Watha | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 341 Corrie Rd | | | | | | |
| City | Ann Arbor | County | Washtenaw | State | MI | Zip Code | 46105-1032 |
| Lender/Client | Oxford Bank - Cline | | | | | | |



en suite bathroom to bedroom 1 added after
2017



bedroom 1



bedroom 2



main bathroom – not updated



main bathroom



primary bedroom 3

**Interior Photos**

| Borrower | Jerry Watha | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Property Address | 341 Corrie Rd | | | | | | | |
| City | Ann Arbor | | County | Washtenaw | | State | MI | Zip Code 48105-1032 |
| Lender/Client | Oxford Bank - Cline | | | | | | | |



primary bathroom – not updated



primary bathroom not updated



bedroom 4 used as a den



staircase near bedrooms toward foyer



basement bathroom



basement bathroom

**Interior Photos**

| Borrower | Jerry Watha | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Property Address | 341 Corrie Rd | | | | | | | |
| City | Ann Arbor | | County | Washtenaw | | State | MI | Zip Code | 48105-1032 |
| Lender/Client | Oxford Bank - Cline | | | | | | | |



den used as a bedroom - no window



recreation room



basement kitchen in recreation room



recreation room



staircase from basement



laundry/mechanical room

### Interior Photos

| Borrower | Jerry Watha | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 341 Corrie Rd | | | | | |
| City | Ann Arbor | County | Washtenaw | State | MI | Zip Code 48105-1032 |
| Lender/Client | Oxford Bank - Cline | | | | | |



**two furnaces**



**laundry**



**whole house generator and updated electric**



**work room**



**walk up door from work room**



**right side**

## Interior Photos

| Borrower | Jerry Watha | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 341 Corrie Rd | | | | | | |
| City | Ann Arbor | County | Washtenaw | State | MI | Zip Code | 48105-1032 |
| Lender/Client | Oxford Bank - Cline | | | | | | |





right side and patio

patio





rear

work in progress on rear





rear
no value to sauna = personal property

rear-
no value to hot tub = personal property



**Interior Photos**

| Borrower | Jerry Watha | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 341 Corrie Rd | | | | | |
| City | Ann Arbor | County | Washtenaw | State | MI | Zip Code 48105-1032 |
| Lender/Client | Oxford Bank - Cline | | | | | |



rear



rear



left side



left side and garage



front



gazebo

**Interior Photos**

| Borrower | Jerry Watha | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Property Address | 341 Corrie Rd | | | | | | | |
| City | Ann Arbor | | County | Washtenaw | | State | MI | Zip Code | 48105-1032 |
| Lender/Client | Oxford Bank - Cline | | | | | | | |



gazebo interior



front from gazebo



garage front



front entry



garage interior



new circle driveway

## Comparable Photo Page

| Borrower | Jerry Watha | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 341 Corrie Rd | | | | | |
| City | Ann Arbor | County | Washtenaw | State MI | Zip Code | 48105-1032 |
| Lender/Client | Oxford Bank - Cline | | | | | |



### Comparable 1

281 Corrie Rd
| | |
|---|---|
| Prox. to Subject | 0.12 miles E |
| Sale Price | 1,475,000 |
| Gross Living Area | 4,444 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 5.0 |
| Location | N;Res; |
| View | B;Res;Wtr |
| Site | 2.57 ac |
| Quality | Q3 |
| Age | 67 |



### Comparable 2

250 Barton Shore Dr
| | |
|---|---|
| Prox. to Subject | 0.69 miles SE |
| Sale Price | 985,000 |
| Gross Living Area | 4,309 |
| Total Rooms | 9 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.1 |
| Location | N;Res; |
| View | N;Res;; |
| Site | 1.86 ac |
| Quality | Q3 |
| Age | 30 |



### Comparable 3

3443 Daleview Dr
| | |
|---|---|
| Prox. to Subject | 1.70 miles W |
| Sale Price | 979,465 |
| Gross Living Area | 3,423 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | B;Res;Wtr |
| Site | 1.70 ac |
| Quality | Q3 |
| Age | 56 |

Serial# 8A99852C
esign.alamode.com/verify

## Comparable Photo Page

| Borrower | Jerry Watha | | | | |
|---|---|---|---|---|---|
| Property Address | 341 Corrie Rd | | | | |
| City | Ann Arbor | County  Washtenaw | State  MI | Zip Code  48105-1032 |
| Lender/Client | Oxford Bank - Cline | | | | |



**Comparable 4**

3423 Riverbend Dr

| | |
|---|---|
| Prox. to Subject | 1.54 miles W |
| Sale Price | 713,700 |
| Gross Living Area | 1,530 |
| Total Rooms | 4 |
| Total Bedrooms | 1 |
| Total Bathrooms | 1.1 |
| Location | N;Res; |
| View | N;Res:; |
| Site | 1.60 ac |
| Quality | Q3 |
| Age | 43 |

**Comparable 5**

| | |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

**Comparable 6**

| | |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

Serial# 8A9852C
esign.alamode.com/verify

## Supplemental Addendum

File No. 18000-090568

| Borrower | Jerry Watha | | | | |
|---|---|---|---|---|---|
| Property Address | 341 Corrie Rd | | | | |
| City | Ann Arbor | County Washtenaw | | State MI | Zip Code 48105-1032 |
| Lender/Client | Oxford Bank – Cline | | | | |

**USE OF THIS REPORT & INTENDED USER(S)**
This appraisal report has been prepared for the exclusive benefit of my clients and/or its assigns. It may not be used or relied upon by any other party. The intended user of this appraisal report is the Lender/Client. The intended use is to provide necessary and relevant data to the intended user for the purpose of assisting the client in lending decisions.

**DIGITAL SIGNATURES**
The signature(s) included with this report are digitally generated and should be considered legally binding and have the same effect as original ink signatures.

**DIGITAL IMAGES**
Some digital images in this report may be from MLS image and/or appraiser's personal library. The subject was inspected and photographed on the date indicated. The comparable sales were also inspected but only from the road unless otherwise indicated. The use of professional photography in MLS data can be deceiving as to room size, lighting, and overall quality and condition. The appraiser relies on experience, commentary and discussions with parties to the transaction to determine quality and condition. Aerial photography of the subject's location is intended to reveal positive and negative influences that could affect the subject in a positive or negative way such as proximity to a park or an airport.

**UTILITIES**
The subject's utilities were on and in working order at the time of the inspection. The utilities are typical for the area.

**INSPECTION**
The appraiser is not a home inspector and this appraisal is not a home inspection. The appraiser did perform a visual observation of the accessible areas and did not move any personal property or furniture. The appraiser has noted all readily observable conditions. This report cannot be relied upon to disclose all defects in the property which may or may not exist. The mechanicals and appliances appeared functional based on the extent of the inspection of such items. The appraiser is not qualified to perform structural inspections, or complete and thorough inspections of mechanical systems and appliances. Air conditioning units cannot be tested during cold weather. Qualified professional services should be obtained to complete thorough testing of mechanicals and appliances, if warranted.

**PREDOMINANT VALUE**
The value of the subject property may be higher or lower than the predominant value for the subject's market area but is well within the range of values. The subject's value and/or marketability will not be adversely affected by this.

**ZONING COMPLIANCE**
Zoning classification is reported as found in public records but should not be relied upon by any third party. The appraiser recommends the lender, or any third party, verify information regarding zoning and permitted uses of the subject property for such things as set back requirements, minimum and maximum sizes for allowable uses, allowable existing uses etc. directly with the local zoning municipality prior to making any decision that may be affected by zoning regulations. The appraiser is not responsible for any errors or changes regarding zoning matters.

**LEGAL CONFORMING**
The improvements on the property do conform to current zoning regulations.

**HIGHEST AND BEST USE**
The four criteria necessary in meeting the highest and best use are 1) physically possible; 2) financially feasible; 3) legally permissible; 4) maximally productive.

Highest and Best Use of the subject property "as vacant" and "as improved" are that of the subject's present use as a single-family dwelling.

**SITE VALUE & ADJUSTMENTS**
A site adjustment is not exclusively based on size. It is common for a smaller, private, landscaped or wooded lot to have a higher value than a larger open, steep, or low-lying site.

**SITE CONDOMINIUM VS CONDOMINIUM**
If the subject is a site condominium, statements clarifying this will be stated throughout the report where deemed applicable by this appraiser.

The difference between a site condominium and a condominium is significant. In the instance of a traditional condominium, the owner typically does not own the land individually (land is owned in common) but rather exclusively owns the inside walls of the dwelling which may be attached or detached dwellings. In the instance of a site condominium in Michigan, this is a technique used to expedite the initial development of the project. The owner then owns the land and its structures contained on the parcel like that of non-condominium (typical) land ownership. Site condominiums are detached dwellings and can/should be compared to non-condominium ownership.

## Supplemental Addendum

File No. 18000-090668

| Borrower | Jerry Watha | | | | |
|---|---|---|---|---|---|
| Property Address | 341 Corrie Rd | | | | |
| City | Ann Arbor | County Washtenaw | State MI | Zip Code 48105-1032 | |
| Lender/Client | Oxford Bank – Cline | | | | |

**COST APPROACH**
If completed, the subject land value was derived from data from the subject community and market area which includes comparable sales and listings of vacant or improved properties (extraction method). The cost of construction was based on published data and adjusted for market conditions, property features, quality and condition.

**HAZARDOUS SUBSTANCES**
The value estimated in this report is based on the assumption that the property is not negatively affected by the existence of hazardous substances or detrimental environmental conditions. This appraiser is not an expert in the identification of hazardous substances or detrimental environmental conditions. The inspection of the subject property did not indicate any apparent hazardous substances or detrimental environmental conditions which would affect the property negatively.

**TITLE ISSUES**
The appraiser is not typically provided with a copy of the title report and may not be qualified to discern its meaning. The appraiser has relied upon the information made available in the MLS and public records to confirm the owner of the property. The appraiser is not a title examiner.

**QUALITY OF CONSTRUCTION, STYLE AND DESIGN**
The lack of similar quality, style and/or design makes is necessary to use comparable sales and listings of slightly different properties. These comparable sales and listings are, in the appraiser's opinion, the best indicators of the subject's market value available as of the effective date of this report. There may be additional sales and listings which were intentional omitted from the report which duplicate the subject's features and would be redundant. In an attempt to include sales which bracket all of the subject's features, adjustment for dissimilar features is necessary.

**SUBJECT GROSS LIVING AREA**
The square footage of gross living area (GLA) was calculated using actual measurements taken by the appraiser and may not be precisely the gross living area reported on tax records. The gross living area reported in the tax record may be derived from plans or field estimates (and exterior only inspection).

**AGE ADJUSTMENTS**
Despite differences in actual age, adjustment is not always necessary or consistent. Renovations, updating and replaced items can change the subject's or comparable sales or listing's effective age. No adjustment may be warranted based on market data available.

**COMPARABLE SALES OVER 1 MILE IN DISTANCE OR 6 MONTHS PRIOR**
Every effort is made to secure 3 comparable sales within a 1-mile radius of the subject property and within the preceding 6 months. If 3 relevant sales were not available within a mile and/or within 6 months, it is necessary to expand the market search beyond this limitation to locate the most relevant comparable sales available. A typical purchaser would also consider sales which are over a mile in distance from the subject property. In a stable market, or a market with too few of sales to precisely measure time, no adjustment may be warranted for sales occurring over 6 months ago.

**LARGE ADJUSTMENTS WHICH EXCEED THE GUIDELINES**
Comparable sales and listings will at times exceed the guidelines suggested. This is unavoidable. Every attempt is made to include the best available sales and listings which contain adjustments are few and minimal.

**MARKET CONDITIONS ADDENDUM TO 1004-MC**
The Market Conditions Addendum (1004-MC) demonstrates the market trends and conditions in the subject's neighborhood. The properties included are not exclusively comparable properties and the data consists of properties within the subject's neighborhood not necessarily competing with the subject property.

**EXPOSURE TIME**
The subject's exposure time was determined to be less than 90 days.

**TIME ADJUSTMENTS**
Time adjustments are made when necessary to compensate for declining or increasing market conditions. It is typical in this market for sale prices to increase or decrease throughout the year due to the bulk of the sales happening in the summer months and drastically slowing during the winter months. This is seasonal and cyclical and difficult to measure when sales are not in abundance.

### Supplemental Addendum

File No. 18000-090668

| Borrower | Jerry Watha | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 341 Corrie Rd | | | | | | |
| City | Ann Arbor | County | Washtenaw | | State | MI | Zip Code | 48105-1032 |
| Lender/Client | Oxford Bank - Cline | | | | | | |

IDENTICAL RATINGS
A comparable sale or listing with the same Rating or Description does not necessarily mean that they are identical and without adjustment. It means the overall quality, condition, location, view, etc. of that property falls within the definition of the rating range and still may require adjustment according to the market's reaction to the variances between the two properties. Adjustments were made for differences, when warranted.

HYPOTHETICAL CONDITIONS
As defined by USPAP, "that which is contrary to what exists but is supposed for the purpose of analysis."

EXTRAORDINARY ASSUMPTIONS
As defined by USPAP, "all assumption, directly related to a specific assignment, which, if found to be false, could alter the appraiser's opinion or conclusions.

MLS DATA VARIANCE
Comparable sales and listings were given significant consideration based on listing detail, listing comments, photographs, and public record data. Public records are typically (not always) deemed a superior source of information. The appraiser relies on experience and all other factors when determining items such as condition and quality. Basement finish data for sales and listings is often estimated as it is not always included in public record, listing and sales data.

RECONCILIATION
The market data contained in the sales comparison approach to value has been calculated by this appraiser to an opinion of market value for the subject property as of the date of this appraisal assignment. Each sale was given some consideration with the most weight given to those sales which required the least and fewest adjustments for differences.

APPRAISER LICENSURE
Appraiser's are required to be licensed. In the state of Michigan, the Department of Licensing and Regulatory Affairs governs appraisers. This appraisal assignment is in compliance with state & federal laws and with FIRREA (which is Federal Institution Reform, Recovery and Enforcement Act of 1989).

USPAP COMPLIANCE
This appraiser has completed an Appraisal Report, which is not a restricted or limited appraisal, in accordance with Standard 1 of USPAP and has communicated the results of the appraisal pursuant to Standard Rules 2-2(B) and 2-3.

CERTIFICATION
I certify that I have performed no other services, as an appraiser, or in any other capacity, regarding the subject property of this appraisal within a three-year period immediately preceding acceptance of this assignment. As of the effective date, I also have no current or prospective interest in the subject property.

Serial# 8A83852C
esign.alamode.com/verify

## Supplemental Addendum

File No. 18000-090668

| Borrower | Jerry Watha | | | | |
|---|---|---|---|---|---|
| Property Address | 341 Corrie Rd | | | | |
| City | Ann Arbor | County | Washtenaw | State MI | Zip Code 48105-1032 |
| Lender/Client | Oxford Bank – Cline | | | | |

**• URAR: Legal Description**
*OLD SID - IB 09-540-029-00 BHV 2-29 COM AT SW COR OF LOT 4, BLK 3, TH N 20 DEG 12' E 268.84 FT FOR PL OF BEG, TH N 20 DEG 12' E 351.50 FT, TH N 35DEG 01' E 94.97 FT, TH NELY 39.10 FT IN ARC OF A CURVE RIGHT OF 44.99 FT RADIUS THRU A CENT ANGLE OF 48 DEG 42' 30", THE CHORD BEARS N 59 DEG 22' 30" E 37.92 FT, TH NORTH 83 DEG 49' E 120 FT, TH S 6 DEG W 250 FT, TH S 28 DEG 11' 30" W 227.14 FT TH N 87-02-40 W 193.4 FT, TO POB, BEINGPART OF LOT 4, BLOCK 3, SUPERVISOR'S PLAT BARTON HILLS

**• URAR: Subject - Overall Condition of the Property**
The subject was observed to be in average to good overall condition. Recently renovated with extensive fill brought in, very large paver patios added, new enlarged kitchen, marble flooring throughout, two bathrooms added, painted the exterior, two new air conditioning units, and moved laundry to lower level. Some of the paver patio edges are incomplete and vary in materials. On-going projects underway. No railing off covered porch is a safety concern. The intention is to enclose that area as living area. Rubber roof showed no indication of leaking. Some new wiring completed.

**• URAR: Sales Comparison Analysis - Summary of Sales Comparison Approach**
This is an independent appraisal and may not match the peer appraiser's data at all times.

The GLA for the subject was determined by the calculation of direct physical measurements taken on the inspection date per ANSI Z765 2021. The GLA for the subject provided in this report is based on actual field measurements by the appraiser at the time of inspection. These field measurements may differ from MLS and public record data since these other sources may include areas below grade, garage, porches, etc, and may be estimates. Adjustments are market based. The GLA (gross living area) calculations for the comparable sales and listings are taken from the assessor records which are deemed more reliable than the MLS or peer data.

At times, the adjustment for Porch/Patio/Deck to comparables appear inconsistent with the Porch/Patio/Deck description. However, no two are identical and the different amounts are due to quality, condition and size differences.

At the present time, the Ann Arbor MLS system is attempting to restore photographs after a major cyber-attack. Realtor.com was used to view interior photos of the comparables sales.

The assessor's gross living area calculations were utilized where conflicts existed as it was deemed more reliable.

Sales occurring over three months ago were adjusted at the rate of six percent per year.

The subject property is a 73-year-old, mid-century modern style dwelling with a split-level floor plan. Most of the finished area is above grade except for the lower-level den, bathroom, laundry/mechanical area, and work room.

Since the purchase in 2017, there has been extensive remodeling, including opening the new kitchen to the main living areas and adding two full bathrooms. The remaining two bathrooms are dated. Most of the floor coverings have been replaced with white, 24 inch marble tiles. Most of the windows are floor to ceiling and appeared to be in average to good condition. There was no sign of leaking from the rubber roof. The exterior was recently re-painted, with the exception of a small area where future enclosure is anticipated. There are safety concerns with the lack of railing on the southern covered porch. There is extensive paving stone in front, rear and on the west side of the house which also pose a safety concern without railings. The southeast paver patio is of a different material and is also newly installed. In order to accomplish these large patio area, portions of the crawlspace was excavated to create the work room. This created fill along with the ground removed to create the new driveway area was utilized to expand the patio/usable yard. The edges of the new patio on the southern side are unfinished. The remodel has been completed in a workmanlike manner.

There are no sales of similar dwellings with mid-century modern architecture and marble flooring which is a combination of styles. Also, the primary bedroom is inferior to that of any sales in this neighborhood.

Sale one is a recent and proximate sale of a significantly larger dwelling with a three-car garage. It has slightly more land, a similar view, a pond/water feature, remodel bathrooms, and is overall superior to the subject property. Its lot has a similar slope and similar views. Sale two four is an older sale of a larger dwelling with similar utility. Its condition is superior to that of the subject property. This property is considered to be similar overall to the subject property. Sale 3 is an older sale with a similar water view. It has a similar amount of finished living area. Its condition is inferior to that of the subject property with no recent updating. It has it indoor pool which was given no value contribution due to its limited appeal in this market. The assessor GLA calculations were used for above and below grade calculations. Overall, this property is inferior a subject property. Sale four is an older sale of a similar designed property with significantly less finished living area. It has similar utility with fewer living areas. Its condition was considered similar and overall, this property is inferior to the subject property. Its style is significantly different and may not appeal to the same buyer.

All sales were given some consideration. The middle of the indicated range of value was selected based on the above considerations of sale 1 being superior, sale 2 considered to be similar and sales 3 and 4 considered to be inferior to the subject property as well as the two dated bathrooms and mixture of styles of mid-century modern with marble flooring.

There is no personal property included in the value opinion.

The #1,185 HOA fees are for road maintenance.

The property taxes are levied by Ann Arbor Township and the Village of Barton Hills.

Serial# 8A59852C
esign.alamode.com/verify

| Borrower | Jerry Watha | | | | File No. 18000-090668 |
| Property Address | 341 Corrie Rd | | | | |
| City | Ann Arbor | County | Washtenaw | State MI | Zip Code 48105-1032 |
| Lender/Client | Oxford Bank - Cline | | | | |

## APPRAISAL AND REPORT IDENTIFICATION

This Report is one of the following types:

☒ Appraisal Report (A written report prepared under Standards Rule 2-2(a), pursuant to the Scope of Work, as disclosed elsewhere in this report.)

☐ Restricted Appraisal Report (A written report prepared under Standards Rule 2-2(b), pursuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use by the specified client or intended user.)

### Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

### Reasonable Exposure Time
(USPAP defines Exposure Time as the estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.)
My Opinion of Reasonable Exposure Time for the subject property at the market value stated in this report is:  Less than 90 days.

### Comments on Appraisal and Report Identification
Note any USPAP-related issues requiring disclosure and any state mandated requirements:

| APPRAISER: | SUPERVISORY or CO-APPRAISER (if applicable): |
|---|---|
| Signature: *Marci Walker* | Signature: |
| Name: Marci Walker | Name: |
| State Certification #: 1205005448 | State Certification #: |
| or State License #: | or State License #: |
| State: MI   Expiration Date of Certification or License: 07/31/2025 | State:   Expiration Date of Certification or License: |
| Date of Signature and Report: 10/10/2023 | Date of Signature: |
| Effective Date of Appraisal: 10/06/2023 | |
| Inspection of Subject: ☐ None ☒ Interior and Exterior ☐ Exterior-Only | Inspection of Subject: ☐ None ☐ Inter... ☐ Exterior-Only |
| Date of Inspection (if applicable): 10/06/2023 | Date of Inspection (if applicable): |

esign.alamode.com/verify   Serial 8A89852C

Serial# 8A89852C
esign.alamode.com/verify

Form ID14E - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

**Location Map**

| Borrower | Jerry Watha | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 341 Corrie Rd | | | | | | |
| City | Ann Arbor | County | Washtenaw | State | MI | Zip Code | 48105-1032 |
| Lender/Client | Oxford Bank - Cline | | | | | | |



**Location Map**

| Borrower | Jerry Watha | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 341 Corrie Rd | | | | | |
| City | Ann Arbor | County | Washtenaw | State | MI | Zip Code 48105-1032 |
| Lender/Client | Oxford Bank - Cline | | | | | |



Serial# 8A89652C
esign.alamode.com/verify

**Building Sketch (Page - 1)**

| Borrower | Jerry Watha | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 341 Corrie Rd | | | | | | |
| City | Ann Arbor | | County | Washtenaw | State | MI | Zip Code | 48105-1032 |
| Lender/Client | Oxford Bank - Cline | | | | | | |



## Building Sketch (Page - 2)

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | Jerry Watha | | | | | |
| Property Address | 341 Corrie Rd | | | | | |
| City | Ann Arbor | | County Washtenaw | State MI | Zip Code 48105-1032 | |
| Lender/Client | Oxford Bank – Cline | | | | | |

TOTAL Sketch by a la mode

**Area Calculations Summary**

| Living Area | | Calculation Details | |
|---|---|---|---|
| First Floor | 2506.5 Sq ft | 9 × 7.5 | = 67.5 |
| | | 36.5 × 27.5 | = 1003.75 |
| | | 13.5 × 18 | = 243 |
| | | 21 × 16 | = 336 |
| | | 10 × 4.5 | = 45 |
| | | 23 × 38 | = 874 |
| | | 1.5 × 11.5 | = 17.25 |
| **Total Living Area (Rounded):** | **2587 Sq ft** | | |
| Non-living Area | | | |
| 2 Car Detached | 551.25 Sq ft | 22.5 × 24.5 | = 551.25 |
| Concrete Patio | 417.01 Sq ft | 19.87 × 20.99 | = 417.01 |
| Open Porch | 408 Sq ft | 12 × 34 | = 408 |
| Concrete Patio | 3569.56 Sq ft | 23 × 27.5 | = 632.5 |
| | | 10 × 13 | = 130 |
| | | 5.5 × 10 | = 55 |
| | | 69 × 21 | = 1449 |
| | | 34 × 15 | = 510 |
| | | 18 × 20 | = 360 |
| | | 10.5 × 9 | = 94.5 |
| | | 13 × 18 | = 234 |
| | | 4.13 × 12.5 | = 51.66 |
| | | 3 × 17.63 | = 52.9 |
| Basement | 2104 Sq ft | 36.5 × 27.5 | = 1003.75 |
| | | 55 × 16.5 | = 907.5 |
| | | 16 × 1.5 | = 24 |
| | | 4.5 × 37.5 | = 168.75 |

Serial# 8A93852C
esign.alamode.com/verify

License

STATE OF MICHIGAN
DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS
BUREAU OF PROFESSIONAL LICENSING
CERTIFIED GENERAL REAL ESTATE APPRAISER LICENSE

MARCI LYNN WALKER

| LICENSE NO. | EXPIRATION DATE | |
|---|---|---|
| 1205005448 | 07/31/2025 | 23129080518 |