INDEX OF AUTHORITIES

## Cases

29 C.F.R. § 1614.109(g); *see also Murphy v. Dep't of the Army*, EEOC Appeal

No. 01A04099 (July 11, 2003)                                                2

*Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 248 (1986)                 2

*Anderson*, 477 U.S. at 250                                                 3

*Celotex Corp. v. Catrett*, 477 U.S. 317, 324 (1986)                        3

*Anderson*, 477 U.S. at 248-49                                              3

Rule 8 *General Rules of Civil Procedure*                                   3

*Fed. R. Civ. P. 8(a)(1) – (a)(3)*                                          *3*

*Fed. R. Civ. P. 8(d)(1) – (d)(3)*                                          *4*

Rule 8(e) *Fed. R. Civ. P. 8(e)*                                           *4*

*Ohio Public Employees Retirement System v. Federal Home Loan Mortgage Corp*,

830 F. 3rd 376 (6th Cir. 2016)                                              4

*Abel v. Eli Lilly & Co*, 418 Mich 311, 343 N.W.2d 164, *cert denied,*

469 U.S. 833 (1984)                                                         4

*Maurer v. McManus*, 161 Mich App 38, 409 N.W.2d 747 (1987)                 4

Fair debt Collection Practices Act (FDCPA)                                  4

28 U.S. Code § 2409a                                                        5

28 U.S. Code § 2409d                                                        5

15 U.S.C. § 1692k(a)                                                        9

18 U.S. Code § 1001                                                        10

*United States v. Ford*, 64 F. App'x 976, 983 (6th Cir. 2003)             11

*Restatement (Third) of Restitution & Unjust Enrichment*                  *11*

28 U.S.C. § 1367(a)                                                          12

United States Constitution                                                  14

*Shoshone Mining Co v. Rutter*, 177 U.S. 505 (1900)                         16

Fair Debt Collection Practices Act Implication                              17

15 U.S.C. 1692(F)                                                           18

Real Estate Settlement Procedures Act (RESPA)                               18

Truth In Lending Act (TILA)                                                 21

15 U.S.C. Section 1601 et seq.                                              21

U.S.C. 15 Section 1662(b)                                                   22

Home Ownership and Equity Protection Act (HOEPA)                            22

Statutes On Loan Sharking 18 U.S. Code §§ 891-896                           23

Racketeer Influenced and Corrupt Organizations Act                         25