## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2025, I served the foregoing *Memorandum of Law in Opposition of R & J Group Holdings' Motion for Summary Judgment and Dismissal,* via USPS first-class mail to the attorneys of record for the parties to this matter and upon:

Mark D. Kundmueller, Esq. (P66306)
TROUTMAN PEPPER LOCKE LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virgina 23462
(757) 687-7564
mark.kundmueller@troutman.com


Respectfully submitted,

By /s/: _____
Karl Staffeld
Plaintiff, *Pro Se*

Dated: June 9, 2025

Proof of Service
06/09/2025    KWS
4:24-cv-12811
To: Kundmueller
Sobel






USPS Receipt — Green Road, 3000 Green Rd, Ann Arbor, MI 48105-9998, 06/09/2025 05:32 PM. Tracking Numbers: 9589 0710 5270 2934 1611 82; 9589 0710 5270 2934 1611 37. First-Class Mail Large Envelope, Virginia Beach, VA 23462, Weight 0 lb 6.30 oz, $3.15. UFN: 250282-0113. Receipt #: 840-54810007-3-7303549-2. Clerk: 3.

Certified Mail Receipt (9589 0710 5270 2934 1611 82) — Sent To: Kundmueller, 222 Central Park Ave, Ste 2000, Virginia Beach, VA 23462. Postmark Ann Arbor, MI 48105, 06/09/2025.

Certified Mail Receipt (9589 0710 5270 2934 1611 37) — Sent To: Sobel, 31800 Northwestern Hwy #350, Farmington Hills, MI 48334. Postmark Ann Arbor, MI 48105, 06/09/2025.