## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2025, I served the foregoing *Memorandum of Law in Opposition of R & J Group Holdings' Motion for Summary Judgment and Dismissal,* via USPS first-class mail to the attorneys of record for the parties to this matter and upon:

David Sobel (P49662)
George Blackmore (P76942)
SOBLE PLC
31800 Northwestern Hwy #350
Farmington Hills, MI 48224
(888) 789-1715
dsoble@provenresource.com


Respectfully submitted,

By /s/: _Karl Staffeld_
Karl Staffeld
Plaintiff, *Pro Se*


Dated: June 9, 2025

Proof of Service
06/09/2025        KWS
4:24-CV-12811
To: KUNDMUELLER
SOBEL



## UNITED STATES POSTAL SERVICE.

GREEN ROAD
3000 GREEN RD
ANN ARBOR, MI 48105-9998
www.usps.com

06/09/2025                    05:32 PM

TRACKING NUMBERS
9589 0710 5270 2934 1611 82
9589 0710 5270 2934 1611 37

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® | 1 | | $3.15 |

Large Envelope
Virginia Beach, VA 23462
Weight: 0 lb 6.30 oz
Estimated Delivery Date
or scan this code with your mobile device,



or call 1-800-410-7420.

UFN: 250282-0113
Receipt #: 840-54810007-3-7303549-2
Clerk: 3



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
Virginia Beach, VA 23462
Certified Mail Fee $4.85
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $
Postage $3.15
Total Postage and Fees
$
Sent To KUNDMUELLER
Street and Apt. No., or PO Box No. 222 CENTRAL PARK AVE, STE 2000
City, State, ZIP+4® VIRGINIA BEACH, VA 23462
PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
Certified Mail Fee $4.85
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $0.00
☐ Return Receipt (electronic)    $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required       $0.00
☐ Adult Signature Restricted Delivery $
Postage $3.15
Total Postage and Fees
$
Sent To SOBEL
Street and Apt. No., or PO Box No. 31800 NORTHWESTERN HWY #350
City, State, ZIP+4® FARMINGTON HILLS, MI 48224
PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions