# EXHIBIT A

Approved, Michigan Court of Appeals

| LOWER COURT | Electronically Filed | CASE NO. |
|---|---|---|
| **Washtenaw Circuit Court** | **BRIEF COVER PAGE** | Lower Court __25617-AV__ <br> Court of Appeals _____ |

(Short title of case)

Case Name: **Application for Leave to Appeal** _____

---

1. Brief Type (select one):　☑ APPELLANT(S)　　☐ APPELLEE(S)　　☐ REPLY
   ☐ CROSS-APPELLANT(S)　☐ CROSS-APPELLEE(S)　☐ AMICUS
   ☐ OTHER [identify]: _____

2. This brief is filed by or on behalf of [insert party name(s)]: _____

3. ☑ This brief is in response to a brief filed on __06/13/2025__ by **Azar Sadeghi-Staffeld, Ghazal Staffeld** .

4. ORAL ARGUMENT:　☑ REQUESTED　　☐ NOT REQUESTED

5. ☐ THE APPEAL INVOLVES A RULING THAT A PROVISION OF THE CONSTITUTION, A STATUTE, RULE OR REGULATION, OR OTHER STATE GOVERNMENTAL ACTION IS INVALID.
   [See MCR 7.212(C)(1) to determine if this applies.]

6. As required by MCR 7.212(C), this brief contains, in the following order: [check applicable boxes to verify]

   ☑ Table of Contents [MCR 7.212(C)(2)]
   ☑ Index of Authorities [MCR 7.212(C)(3)]
   ☑ Jurisdictional Statement [MCR 7.212(C)(4)]
   ☑ Statement of Questions [MCR 7.212(C)(5)]
   ☑ Statement of Facts (with citation to the record) [MCR 7.212(C)(6)]
   ☑ Arguments (with applicable standard of review) [MCR 7.212(C)(7)]
   ☑ Relief Requested [MCR 7.212(C)(9)]
   ☑ Signature [MCR 7.212(C)(9)]
   ☑ A separately filed appendix [MCR 7.212(C)(10) and MCR 7.212(J)]

7. This brief is signed by [type name]: /s/ **Azar Sadeghi-Staffeld, Pro Se** _____

   Signing Attorney's Bar No. [if any]: _____

# EXHIBIT B

## COURT OF APPEALS, STATE OF MICHIGAN
### MOTION FOR TEMPORARY RESTRAINING ORDER
### AND INJUNCTIVE RELIEF

COA Case Name: **Application for Leave to Appeal**_____

COA Case No.:_____    Lower Court Case No.: **25617-AV**_____

1.  I/we_____ request that the time to file ☐ appellant(s) ☐ appellee(s) ☐
    cross-appellant(s) ☐ cross-appellee(s) ☐ reply brief that is now due on__ be extended to_____ .

2.  Briefly state the reason(s) for this motion: [*attach additional sheet if necessary*]
    Appellee has used all legal tactics for illegal purposes of evicting the rightful owners of the property;
    Appellants. Therefore, Appellants pray to the court for issuance and grant of Temporary Restraining
    Order to prevent Appellee from obtaining the writ of eviction and request the injunctive relief to be
    granted to Appellants until this court adjudicates the issues on their merits. But for grant of this motion,
    Appellants will suffer immediate, severe, and irreparable harm of losing their primary residence.

3.  ☑ This filing includes the original and 4 copies of the motion as required by MCR 7.211(A)(1).

4.  I/we have satisfied the $100 motion fee requirement of MCR 7.211(A)(2) by:[*check one*]
    ☐ check no. _____ in the amount of $100 made payable to the "State of Michigan."
    ☐ paying $100 in cash.
    ☐ fee paid through inter-agency transfer from another State agency.
    ☑ I am not required to pay fees in this appeal.

I declare that the statements above are true to the best of my information, knowledge, and belief.

Name **Azar Sadeghi-Staffeld**_____    Signature _Azar Staffeld_

Attorney Bar No. [*if any*]_____    Date **June 13, 2025**_____

**Proof of Service:** I certify that a copy of this document and all attachments was served on the following attorneys of record or pro per parties by ☑ regular mail or ☐ personal service at the addresses shown below.
*To ensure proper service of the motion, the parties of record in the case may be verified through the Case Search option on the Court's web site at http://courts.mi.gov/opinions_orders/case_search/pages/default.aspx*

Date of Service **June 13, 2025**_____

Type Name **Azar Sadeghi-Staffeld**_____    Signature _Azar Staffeld_

**Anthony G Mammina**
**Mammina & Ajlouny, P.C.**
**370 E. Maple Road, Suite 230**
**Birmingham, MI 48009**

[*Attach additional pages as needed to complete proof of service.*]

# EXHIBIT C

## COURT OF APPEALS, STATE OF MICHIGAN

### MOTION TO CANCEL THE $5,000 A MONTH ESCROW BOND
### AND RETURN THE BALANCE WITH ESCROW BOND TO STAFFELDS

COA Case Name: **Application for Leave to Appeal**

COA Case No.:_____  Lower Court Case No.: **25617-AV**_____

1. I/we _____ request that the time to file ☐ appellant(s) ☐ appellee(s) ☐
   cross-appellant(s) ☐ cross-appellee(s) ☐ reply brief that is now due on___ be extended to_____ .

2. Briefly state the reason(s) for this motion: [*attach additional sheet if necessary*]
   The District Court errored by treating the Appellee as Landlords while they have two contracts; 1. Lease Agreement with option to buy. 2. Purchase Agreement, with Appellants. Appellee breached both of them, waited out their expirations (first breach rule), and petitioned for $5,000 a month escrow bond. Appellants are praying the court to cancel that bond for the benefit of Appellants and revert the funds back to Appellants.

3. ☑ This filing includes the original and 4 copies of the motion as required by MCR 7.211(A)(1).

4. I/we have satisfied the $100 motion fee requirement of MCR 7.211(A)(2) by:[*check one*]
   ☐ check no. _____ in the amount of $100 made payable to the "State of Michigan."
   ☐ paying $100 in cash.
   ☐ fee paid through inter-agency transfer from another State agency.
   ☑ I am not required to pay fees in this appeal.

I declare that the statements above are true to the best of my information, knowledge, and belief.

Name **Azar Sadeghi-Staffeld**_____  Signature _____

Attorney Bar No. [*if any*]_____  Date **June 13, 2025**_____

**Proof of Service:** I certify that a copy of this document and all attachments was served on the following attorneys of record or pro per parties by ☑ regular mail or ☐ personal service at the addresses shown below.
*To ensure proper service of the motion, the parties of record in the case may be verified through the Case Search option on the Court's web site at http://courts.mi.gov/opinions_orders/case_search/pages/default.aspx*

Date of Service **June 13, 2025**_____

Type Name **Azar Sadeghi-Staffeld**  Signature _____

| | | |
|---|---|---|
| **Anthony G Mammina**<br>**Mammina & Ajlouny, P.C.**<br>**370 E. Maple Road, Suite 230**<br>**Birmingham, MI 48009** | | |

[*Attach additional pages as needed to complete proof of service.*]

# EXHIBIT D

## COURT OF APPEALS, STATE OF MICHIGAN

### MOTION FOR PROCEEDS OF REFINANCE OF SECOND PROPERTY
### UP TO $250,000 TO BE DEPOSITED IN ESCROW WITH THE COURT

COA Case Name: **Application for Leave to Appeal**

COA Case No.:_____   Lower Court Case No.: **25617-AV**

1. I/we _____ request that the time to file ☐ appellant(s) ☐ appellee(s) ☐ cross-appellant(s) ☐ cross-appellee(s) ☐ reply brief that is now due on ___ be extended to_____ .

2. Briefly state the reason(s) for this motion: [*attach additional sheet if necessary*]

   Appellee illegally mortgaged Appellants second property and used the proceeds to pay for its property taxes and homeowners' insurance in violations of predatory lending act. Appellants are contemplating to refinance the property. Appellants pray before this court to grant their motion for the proceeds of the refinance to be placed in the court's escrow account. Otherwise, Appellee is being rewarded for their illegal actions.

3. ☑ This filing includes the original and 4 copies of the motion as required by MCR 7.211(A)(1).

4. I/we have satisfied the $100 motion fee requirement of MCR 7.211(A)(2) by:[*check one*]
   ☐ check no. _____ in the amount of $100 made payable to the "State of Michigan."
   ☐ paying $100 in cash.
   ☐ fee paid through inter-agency transfer from another State agency.
   ☑ I am not required to pay fees in this appeal.

I declare that the statements above are true to the best of my information, knowledge, and belief.

Name **Azar Sadeghi-Staffeld**   Signature *Azar Staffeld*

Attorney Bar No. [*if any*] _____   Date **June 13, 2025**

**Proof of Service:** I certify that a copy of this document and all attachments was served on the following attorneys of record or pro per parties by ☑ regular mail or ☐ personal service at the addresses shown below.

*To ensure proper service of the motion, the parties of record in the case may be verified through the Case Search option on the Court's web site at http://courts.mi.gov/opinions_orders/case_search/pages/default.aspx*

Date of Service **June 13, 2025**

Type Name **Azar Sadeghi-Staffeld**   Signature *Azar Staffeld*

**Anthony G Mammina**
**Mammina & Ajlouny, P.C.**
**370 E. Maple Road, Suite 230**
**Birmingham, MI 48009**

[*Attach additional pages as needed to complete proof of service.*]

# EXHIBIT E

## COURT OF APPEALS, STATE OF MICHIGAN

### MOTION FOR R&J GROUP HOLDINGS, LLC TO POST A $250,000 ESCROW BOND WITH THE COURT

COA Case Name: **Application for Leave to Appeal**

COA Case No.:_____   Lower Court Case No.: **25617-AV**

1. I/we _____ request that the time to file ☐ appellant(s) ☐ appellee(s) ☐
cross-appellant(s) ☐ cross-appellee(s) ☐ reply brief that is now due on__ be extended to____ .

2. Briefly state the reason(s) for this motion: [*attach additional sheet if necessary*]
In order to protect Appellants' constitutional and financial rights; Appellants are praying to this court to grant their motion to compel Appellee to deposit $250,000 escrow bond with Court to protect Appellants rights and be able to refinance the property. Otherwise, Appellants' ownership rights will be severely impeded.

3. ☑ This filing includes the original and 4 copies of the motion as required by MCR 7.211(A)(1).

4. I/we have satisfied the $100 motion fee requirement of MCR 7.211(A)(2) by:[*check one*]
☐ check no. _____ in the amount of $100 made payable to the "State of Michigan."
☐ paying $100 in cash.
☐ fee paid through inter-agency transfer from another State agency.
☑ I am not required to pay fees in this appeal.

I declare that the statements above are true to the best of my information, knowledge, and belief.

Name **Azar Sadeghi-Staffeld**_____   Signature _____

Attorney Bar No. [*if any*]_____   Date  **June 13, 2025**

**Proof of Service:** I certify that a copy of this document and all attachments was served on the following attorneys of record or pro per parties by ☑ regular mail or ☐ personal service at the addresses shown below.
*To ensure proper service of the motion, the parties of record in the case may be verified through the Case Search option on the Court's web site at http://courts.mi.gov/opinions_orders/case_search/pages/default.aspx*

Date of Service **June 13, 2025**

Type Name **Azar Sadeghi-Staffeld**   Signature _____

**Anthony G Mammina**
**Mammina & Ajlouny, P.C.**
**370 E. Maple Road, Suite 230**
**Birmingham, MI 48009**

[*Attach additional pages as needed to complete proof of service.*]

# EXHIBIT F

Approved, SCAO

| | | |
|---|---|---|
| | Original - Court file<br>1st copy - Assignment clerk/Extra<br>2nd copy - Friend of the court/Extra | 3rd copy - Opposing party<br>4th copy - Moving party |

| STATE OF MICHIGAN<br>JUDICIAL CIRCUIT<br>JUDICIAL DISTRICT<br>Michigan Court of Appeals  COUNTY | EMERGENCY MOTION TO PROSECUTE FOR<br>CRIMINAL ENTERPRISE, RACKETEERING,<br>EMBEZZLEMENT, AND FRAUD | CASE NO.<br>TEMP-3SZKCNJ4 |
|---|---|---|

**Court address**                                                                 **Court telephone no.**
350 Ottawa Avenue N.W., Grand Rapids, MI 49503
                                                   616-456-1167

| Plaintiff name(s)<br>Azar Sadeghi-Staffeld, Ghazal Staffeld, Ariel Jones (Minor)<br>Plaintiff's attorney, bar no., address, and telephone no.<br>Azar Sadeghi-Staffeld, Pro Se<br><br>341 Corrie Road<br>Ann Arbor, MI 48105<br>(734) 929-6969 | v | Defendant name(s)<br>R&J Group Holdings, LLC<br>Defendant's attorney, bar no., address, and telephone no.<br><br><br>9930 Whittier Street<br>Detroit, MI 48224 |
|---|---|---|

### NOTICE OF HEARING

1. Motion title: Emergency Motion to Prosecute for Criminal Enterprise, Racketeering, Embezzlement, and Fraud

2. Moving party: Azar Sadeghi-Staffeld (Grandmother),Ghazal Staffeld a/k/a Ghazal Jones (Mother), Ariel Jones (Grandaughter,Minor)

3. This matter has been placed on the motion calendar for:

| Judge | Bar no. | Date | Time |
|---|---|---|---|
| Hearing location<br>☐ Court address above  ☐ | | | |

4. If you require special accommodations to use the court because of disabilities, please contact the court immediately to make arrangements.

### MOTION

1. In violation of Michigan racketeering and criminal enterprise statute; Michigan's Racketeering (MCL 750.159i), U.S.C.§ 1341 (Mail Fraud), and U.S.C. § 225 (Continuing Financial Crimes Enterprise) Defendants are running a criminal enterprise (Chaldean Mafia) in real estate transactions.

2. In violation of Michigan penal code MCL 750.174 Defendants are committing embezzlement by their agents (Jerry Watha and Rana Matar) in real estate transactions.

3. The Defendants are committing malicious threats to extort money against Michigan law MCL 750.213 in real estate transactions.

4. The Defendants are committing intentional misleading with intent to defraud in violation Chapter XLII of the Michigan Penal Code (MCL 750.271 through 750.300a) in real estate transactions.

6/14/2025
_____
Date

/s/ _Azar Staffeld_
_____
Signature

### CERTIFICATE OF MAILING

I certify that on this date I served a copy of this notice of hearing and motion on the parties or their attorneys by first-class mail addressed to their last-known addresses as defined by MCR 2.107(C)(3).

6/14/2025
_____
Date

/s/ _Azar Staffeld_
_____
Signature

MC 326  (3/10)  **NOTICE OF HEARING AND MOTION**

# EXHIBIT G

Approved, SCAO

| | | Original - Court file<br>1st copy - Assignment clerk/Extra<br>2nd copy - Friend of the court/Extra | 3rd copy - Opposing party<br>4th copy - Moving party |
|---|---|---|---|

| STATE OF MICHIGAN<br>**JUDICIAL CIRCUIT**<br>**JUDICIAL DISTRICT**<br>Michigan Court of Appeals **COUNTY** | EMERGENCY MOTION TO PROSECUTE<br>CHILD ENDANGERMENT AND<br>INSURANCE FRAUD | **CASE NO.**<br>TEMP-3SZKCNJ4 |
|---|---|---|

| Court address | Court telephone no. |
|---|---|
| 350 Ottawa Avenue N.W., Grand Rapids, MI 49503 | 616-456-1167 |

| Plaintiff name(s)<br>Azar Sadeghi-Staffeld, Ghazal Staffeld, Ariel Jones (Minor) | | Defendant name(s)<br>Jerry Watha |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no.<br>Azar Sadeghi-Staffeld, Pro Se<br><br>341 Corrie Road<br>Ann Arbor, MI 48105<br>(734) 929-6969 | v | Defendant's attorney, bar no., address, and telephone no.<br><br><br>33168 N. River Road<br>Harrison Township, MI 48045 |

### NOTICE OF HEARING

1. Motion title: _Emergency Motion to Prosecute Child Endangerment and Insurance Fraud_

2. Moving party: _Azar Sadeghi-Staffeld (Grandmother),Ghazal Staffeld a/k/a Ghazal Jones (Mother), Ariel Jones (Grandaughter,Minor)_

3. This matter has been placed on the motion calendar for:

| Judge | Bar no. | Date | Time |
|---|---|---|---|
| | | | |
| Hearing location | | | |
| ☐ Court address above   ☐ | | | |

4. If you require special accommodations to use the court because of disabilities, please contact the court immediately to make arrangements.

### MOTION

1. In violation of MCL 750.136b, A FELONY, the Defendant intentionally, maliciously, and deliberately created a situation and is responsible for the minor child's endangerment and almost killed and permanently traumatized the minor.
2. The Defendant and his company (R&J Group Holdings, LLC) is the title owner of 341 Corrie Road, Ann Arbor, MI 48105 where the minor child lived and lives.
3. On May 24, 2024, a hailstorm damaged the roof of property where the Plaintiffs lived and lives. The Plaintiffs immediately notified the Defendant.
4. On May 26, 2024, while the minor child was taking a shower, the bathroom ceiling fell on her and almost killed her. The Defendant refused and still refuses to make an insurance claim presumptively receiving a kickback for not filing.
5. Instead of Defendant remediating the damages, he retaliated against Plaintiffs and is trying to evict them while the establishment of the right of ownership is a matter of dispute in Federal Court.
6. The Defendant is the beneficiary of the homeowner insurance policy.
7. The Defendant actions and inactions is against Chapter 45 of the Insurance Code of 1956 (MCL 500.4501 − 500.4511); and insurance fraud; A FELONY.

6/14/2025
_____
Date

/s/ _Azar Staffeld_
Signature

### CERTIFICATE OF MAILING

I certify that on this date I served a copy of this notice of hearing and motion on the parties or their attorneys by first-class mail addressed to their last-known addresses as defined by MCR 2.107(C)(3).

6/14/2025
_____
Date

/s/ _Azar Staffeld_
Signature

**MC 326** (3/10) **NOTICE OF HEARING AND MOTION**

# EXHIBIT H

Approved, SCAO

| | | |
|---|---|---|
| | Original - Court file | |
| | 1st copy – Assignment clerk/Extra | 3rd copy - Opposing party |
| | 2nd copy – Friend of the court/Extra | 4th copy - Moving party |

| STATE OF MICHIGAN | EMERGENCY MOTION TO PROSECUTE | CASE NO. |
|---|---|---|
| **JUDICIAL CIRCUIT** | **CHILD ENDANGERMENT AND** | TEMP-3SZKCNJ4 |
| **JUDICIAL DISTRICT** | **INSURANCE FRAUD** | |
| Michigan Court of Appeals   **COUNTY** | | |

Court address                                                                                   Court telephone no.
350 Ottawa Avenue N.W., Grand Rapids, MI 49503
                                                                     616-456-1167

| Plaintiff name(s) | | Defendant name(s) |
|---|---|---|
| Azar Sadeghi-Staffeld, Ghazal Staffeld, Ariel Jones (Minor) | | Rana Matar |
| Plaintiff's attorney, bar no., address, and telephone no. | | Defendant's attorney, bar no., address, and telephone no. |
| Azar Sadeghi-Staffeld, Pro Se | **v** | |
| 341 Corrie Road | | 429 Delaford Ct. |
| Ann Arbor, MI 48105 | | Canton Township, MI 48188 |
| (734) 929-6969 | | |

## NOTICE OF HEARING

1. Motion title: ___Emergency Motion to Prosecute Child Endangerment and Insurance Fraud___

2. Moving party: ___Azar Sadeghi-Staffeld (Grandmother),Ghazal Staffeld a/k/a Ghazal Jones (Mother), Ariel Jones (Grandaughter,Minor)___

3. This matter has been placed on the motion calendar for:

| Judge | | Bar no. | Date | Time |
|---|---|---|---|---|
| Hearing location | | | | |
| ☐ Court address above   ☐ | | | | |

4. If you require special accommodations to use the court because of disabilities, please contact the court immediately to make arrangements.

## MOTION

1. In violation of MCL 750.136b, A FELONY, the Defendant intentionally, maliciously, and deliberately created a situation and is responsible for the minor child's endangerment and almost killed and permanently traumatized the minor.
2. The Defendant and her company (R&J Group Holdings, LLC) is the title owner of 341 Corrie Road, Ann Arbor, MI 48105 where the minor child lived and lives.
3. On May 24, 2024, a hailstorm damaged the roof of property where the Plaintiffs lived and lives. The Plaintiffs immediately notified the Defendant.
4. On May 26, 2024, while the minor child was taking a shower, the bathroom ceiling fell on her and almost killed her. The Defendant refused and still refuses to make an insurance claim presumptively receiving a kickback for not filing.
5. Instead of Defendant remediating the damages, She retaliated against Plaintiffs and is trying to evict them while the establishment of the right of ownership is a matter of dispute in Federal Court.
6. The Defendant is the beneficiary of the homeowner insurance policy.
7. The Defendant actions and inactions is against Chapter 45 of the Insurance Code of 1956 (MCL 500.4501 − 500.4511); and insurance fraud; A FELONY.

6/14/2025                                                       /s/ _Azar Staffeld_
Date                                                                  Signature

## CERTIFICATE OF MAILING

I certify that on this date I served a copy of this notice of hearing and motion on the parties or their attorneys by first-class mail addressed to their last-known addresses as defined by MCR 2.107(C)(3).

6/14/2025                                                       /s/ _Azar Staffeld_
Date                                                                  Signature

**MC 326   (3/10)   NOTICE OF HEARING AND MOTION**

# EXHIBIT I

Approved, SCAO

| | |
|---|---|
| Original - Court file | |
| 1st copy - Assignment clerk/Extra | 3rd copy - Opposing party |
| 2nd copy - Friend of the court/Extra | 4th copy - Moving party |

| STATE OF MICHIGAN<br>JUDICIAL CIRCUIT<br>JUDICIAL DISTRICT<br>Michigan Court of Appeals COUNTY | THREAT OF IMMEDIATE BODILY HARM TO PLAINTIFFS AND RESIDENTS REQUESTING IMMEDIATE STATUTORY PROTECTION | CASE NO.<br>TEMP-3SZKCNJ4 |
|---|---|---|

**Court address**
350 Ottawa Avenue N.W., Grand Rapids, MI 49503

Court telephone no.

616-456-1167

| Plaintiff name(s)<br>Azar Sadeghi-Staffeld, Ghazal Staffeld, Ariel Jones (Minor) | | Defendant name(s)<br>Jerry Watha |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no.<br>Azar Sadeghi-Staffeld, Pro Se<br><br>341 Corrie Road<br>Ann Arbor, MI 48105<br>(734) 929-6969 | v | Defendant's attorney, bar no., address, and telephone no.<br><br><br>33168 N. River Road<br>Harrison Township, MI 48045 |

### NOTICE OF HEARING

1. Motion title: Threat of Immediate Bodily Harm to Plaintiffs and Requesting Immediate Statutory Protection

2. Moving party: Azar Sadeghi-Staffeld (Grandmother),Ghazal Staffeld a/k/a Ghazal Jones (Mother), Ariel Jones (Grandaughter,Minor)

3. This matter has been placed on the motion calendar for:

| Judge | | Bar no. | Date | Time |
|---|---|---|---|---|
| Hearing location<br>☐ Court address above ☐ | | | | |

4. If you require special accommodations to use the court because of disabilities, please contact the court immediately to make arrangements.

### MOTION

Defendant have threatened to burn down the house (The address of record is 341 Corrie, Ann arbor, MI 48105).

6/14/2025
_____
Date

/s/ *Ann Staffeld* (signature)
_____
Signature

### CERTIFICATE OF MAILING

I certify that on this date I served a copy of this notice of hearing and motion on the parties or their attorneys by first-class mail addressed to their last-known addresses as defined by MCR 2.107(C)(3).

6/14/2025
_____
Date

/s/ *Ann Staffeld* (signature)
_____
Signature

**MC 326 (3/10) NOTICE OF HEARING AND MOTION**

# EXHIBIT J

# Case Details

Additional Resources ▾

**Case ID**
2025-251C0573-LT

**Court Location**
14A District Court - Ann Arbor

**Case Entitlement**
R & J GROUP HOLDINGS V SADEGHI-STAFFELD

**Judge of Record**
SIMPSON,J. CEDRIC,

**Date Filed**
02/07/2025

**Case Status**
CLOSED

**Balance**

## Parties (7)

**Party Name**

**Party Type/Number**
PLAINTIFF - 1

**Attorney Name**
ANTHONY G. MAMMINA

**Alternate Name(s)**

**Answer Date**

**Service Date**

**Disposition**

**Disposition Date**

**Party Name**

**Party Type/Number**
DEFENDANT - 1

**Attorney Name**

**Alternate Name(s)**

**Answer Date**

**Service Date**
02/15/2025

**Disposition**
JUDGMENT ENTERED BY JUDGE/MAGISTRATE

**Disposition Date**
04/08/2025

**Party Name**
STAFFELD/GHAZAL/

**Party Type/Number**
DEFENDANT - 2

**Attorney Name**

**Alternate Name(s)**
AKA GHAZAL JONES

**Answer Date**

**Service Date**
02/15/2025

**Disposition**
JUDGMENT ENTERED BY JUDGE/MAGISTRATE

**Disposition Date**
04/08/2025

**Party Name**
SADEGHI-STAFFELD/AZAR/

**Party Type/Number**
CROSS PARTY PLAINTIFF - 1

**Attorney Name**

**Alternate Name(s)**

**Answer Date**

**Service Date**

**Disposition**
JUDGMENT ENTERED BY JUDGE/MAGISTRATE

**Disposition Date**
04/08/2025

**Party Name**
STAFFELD/GHAZAL/

**Party Type/Number**
CROSS PARTY PLAINTIFF - 2

**Attorney Name**

**Alternate Name(s)**
  AKA GHAZAL JONES

**Answer Date**

**Service Date**

**Disposition**
  JUDGMENT ENTERED BY JUDGE/MAGISTRATE

**Disposition Date**
  04/08/2025

---

| **Party Name** | **Party Type/Number** |
| --- | --- |
| **R & J GROUP HOLDINGS//** | CROSS PARTY DEFENDANT - 1 |

**Attorney Name**
  ANTHONY G. MAMMINA

**Alternate Name(s)**

**Answer Date**

**Service Date**

**Disposition**
  DISMISSAL ENTERED

**Disposition Date**
  04/08/2025

---

| **Party Name** | **Party Type/Number** |
| --- | --- |
| **WELLS FARGO BANK N.A//** | CROSS PARTY DEFENDANT - 2 |

**Attorney Name**
  MARK D. KUNDMUELLER

**Alternate Name(s)**

**Answer Date**

**Service Date**

**Disposition**
  DISMISSAL ENTERED

**Disposition Date**
  04/08/2025

## Bonds (0)

## Hearings (1)

**Hearing Type**
  HEARING

**Hearing Date**
  05/20/2025 9:00 AM

**Hearing Officer**
  SIMPSON, J. CEDRIC

## Events (38)



**Event Date**
  06/10/2025

**Description**
  MOTION FILED

**Party/Count**
  P1

**Clerk**
  KCA

**Description**
  WRIT FILED FOR EVICTION

**Party/Count**
  P1

**Clerk**
  KCA

**Event Date**

05/15/2025

**Description**
MOTION FILED

**Party/Count**
P1

**Clerk**
KCA

---

**Event Date**
04/08/2025

**Description**
JUDGMENT ENTERED BY JUDGE/MAGISTRATE

**Party/Count**
D1

| Receipt No./Date/Judge | Clerk |
|---|---|
| POSSESS | KCA |

**Description**
HEARING HELD CER9448-EMILY HARTWICK

**Party/Count**
ALL

**Clerk**
KCA

**Description**
JUDGMENT ENTERED BY JUDGE/MAGISTRATE

**Party/Count**
D2

| Receipt No./Date/Judge | Clerk |
|---|---|
| POSSESS | KCA |

**Description**
HEARING SCHEDULED

**Party/Count**
ALL

| Receipt No./Date/Judge | Clerk |
|---|---|
| ESCROW | KCA |

**Attorney**

SIMPSON,J. CEDRIC,

**Description**
 NOTICE ISSUED TO APPEAR

**Party/Count**
 ALL

**Clerk**
 KCA

**Description**
 JUDGMENT MAILED

**Party/Count**
 ALL

**Clerk**
 KCA

**Description**
 JUDGMENT ENTERED BY JUDGE/MAGISTRATE

**Party/Count**
 Q1

**Clerk**
 KCA

**Description**
 JUDGMENT ENTERED BY JUDGE/MAGISTRATE

**Party/Count**
 Q2

**Clerk**
 KCA

**Description**
 DISMISSAL ENTERED

**Party/Count**
 E1

**Clerk**
 KCA

**Description**
 DISMISSAL ENTERED

**Party/Count**
  E2

**Clerk**
  KCA

---

**Event Date**
  03/19/2025

**Description**
  HEARING ADJOURNED TERMINATION OF TENANCY

**Party/Count**
  ALL

**Clerk**
  KCA

**Attorney**
  SIMPSON,J. CEDRIC,

**Description**
  BENCH TRIAL SCHEDULED

**Party/Count**
  ALL

**Clerk**
  KCA

**Attorney**
  SIMPSON,J. CEDRIC,

**Description**
  NOTICE ISSUED TO APPEAR

**Party/Count**
  ALL

**Clerk**
  KCA

---

**Event Date**
  03/14/2025

**Description**
  DISMISSAL FILED WITH PREJUDICE

**Party/Count**

P1

**Clerk**
AAD

---

**Description**
HEARING SCHEDULED TERMINATION OF TENANCY

**Party/Count**
ALL

**Clerk**
KCA

**Attorney**
SIMPSON,J. CEDRIC,

---

**Description**
HEARING HELD CER9448-EMILY HARTWICK

**Party/Count**
ALL

**Clerk**
KCA

---

**Description**
NOTICE ISSUED TO APPEAR

**Party/Count**
ALL

**Clerk**
KCA

---

**Description**
PROOF FILED

**Party/Count**
P1

**Clerk**
SJT

---

**Event Date**
03/07/2025

---

**Description**
MOTION FILED

**Party/Count**

P1

**Clerk**
KCA

**Description**
ORDER ENTERED FOR ESCROW

**Party/Count**
P1

**Clerk**
KCA

**Event Date**
03/03/2025

**Description**
NOTICE ISSUED TO APPEAR

**Party/Count**
ALL

**Clerk**
KCA

**Event Date**
02/28/2025

**Description**
HEARING SCHEDULED TERMINATION OF TENANCY

**Party/Count**
ALL

**Clerk**
KCA

**Attorney**
SIMPSON,J. CEDRIC,

**Description**
HEARING HELD CER9448-EMILY HARTWICK

**Party/Count**
ALL

**Clerk**
KCA

**Event Date**
  02/21/2025

**Description**
  HEARING SCHEDULED TERMINATION OF TENANCY

**Party/Count**
  ALL

**Clerk**
  ARB

**Attorney**
  SIMPSON,J. CEDRIC,

**Description**
  HEARING HELD CER9448-EMILY HARTWICK

**Party/Count**
  ALL

**Clerk**
  ARB

**Description**
  NOTICE ISSUED TO APPEAR

**Party/Count**
  ALL

**Clerk**
  ARB

**Event Date**
  02/15/2025

**Description**
  SUMM & COMP SERVED POSTED -

| **Party/Count** | **Amount** |
| --- | --- |
| D1 | $49.10 |

**Clerk**
  KCA

**Description**
  SUMM & COMP SERVED POSTED -

**Party/Count**
D2

**Amount**
$49.10

**Clerk**
KCA

---

**Event Date**
02/10/2025

**Description**
SUMM & COMP ISSUED

**Party/Count**
D1

**Receipt No./Date/Judge**
WCSD

**Clerk**
KCA

**Description**
SUMM & COMP ISSUED

**Party/Count**
D2

**Receipt No./Date/Judge**
WCSD

**Clerk**
KCA

**Description**
2ND MAILING REQUESTED

**Party/Count**
P1

**Amount**
$26.00

**Clerk**
KCA

**Description**
2ND MAILING MAILED

**Party/Count**
D1

**Clerk**
KCA

**Description**
2ND MAILING MAILED

**Party/Count**
D2

**Clerk**

KCA

**Description**

HEARING SCHEDULED TERMINATION OF TENANCY

**Party/Count**

ALL

**Clerk**

KCA

**Attorney**

SIMPSON,J. CEDRIC,

**Event Date**

02/07/2025

**Description**

SUMM & COMP FILED TERMINATION OF TENANCY

| Party/Count | Amount |
| --- | --- |
| P1 | $55.00 |

**Clerk**

KCA

**Attorney**

MAMMINA,ANTHONY G.,

## Garnishments (0)

# EXHIBIT K

Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search  Back          Location : 22nd Circuit Court   Search Help

# REGISTER OF ACTIONS
## CASE NO. 25-000617-AV

| | | | |
|---|---|---|---|
| R&J Group Holdings, LLC vs Sadeghi-Staffeld, Azar et al | § § § § § § § | Case Type: | **Appeals - Civil (AV)** |
| | | Date Filed: | **04/25/2025** |
| | | Location: | **Appeals** |
| | | Judicial Officer: | **Owdziej, Julia B.** |
| | | District Court Case Number: | **251C0573** |

---

### PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| **Defendant** | **All Other Occupants** | |
| **Defendant** | **Sadeghi-Staffeld, Azar** | |
| **Defendant** | **Staffeld, Ghazal** *Also Known As* **Jones, Ghazal** | |
| **Plaintiff** | **R&J Group Holdings, LLC** | **Anthony G. Mammina** *Retained* (248) 642-1330(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 04/25/2025 | **Claim of Appeal (new filing)** |
| 04/28/2025 | **Fee Waiver Request - Granted** |
| 05/09/2025 | **Motion** |
| | *to Dismiss Appeal* |
| 05/09/2025 | **Brief** |
| | *Brief in Support of R & J Group Holdings, LLC's Motion to Dismiss Appeal* |
| 05/09/2025 | **Proof of Service** |
| 05/09/2025 | **Appearance** |
| 05/09/2025 | **Proof of Service** |
| 05/21/2025 | **Notice of Motion Hearing** |
| | *scheduled* |
| 05/27/2025 | **Order** |
| | *Granting Plaintiff's Motion to Dismiss Appeal (sgd 5/23/25)* |
| 05/27/2025 | **Brief** |
| | *on Appeal* |
| 05/28/2025 | **Notice of Hearing and Motion** |
| | *for Reconsideration of Order Eneterd on May 23,2025* |
| 05/28/2025 | **Proof of Service** |
| 05/28/2025 | **Fee Waiver Request - Granted** |
| 06/02/2025 | **Proof of Service** |
| 06/04/2025 | *CANCELED*  **Motion Hearing**  (9:00 AM) (Judicial Officer Owdziej, Julia B.) |
| | *Cancel* |
| | *Pltf/ Motion to Dismiss Appeal* |
| 06/06/2025 | **Order** |
| | *Denying Defendant/Appelants' Motion for Reconsideration (sgd 6/4/25) with Proof of Service* |

---

### FINANCIAL INFORMATION

| | | |
|---|---|---|
| **Plaintiff R&J Group Holdings, LLC** | | |
| **Total Financial Assessment** | | 170.00 |
| **Total Payments and Credits** | | 170.00 |
| **Balance Due as of 06/12/2025** | | 0.00 |
| 04/25/2025 | Transaction Assessment | 150.00 |
| 04/28/2025 | Waiver | (150.00) |
| 05/09/2025 | Transaction Assessment | 20.00 |
| 05/09/2025 | Payment Over the Counter   Receipt # CC-2025-2746   R&J Group Holdings, LLC | (20.00) |