**UNITED STATES**
**EASTERN DISTRICT COURT**

Theodore Levin U. S. Courthouse

231 W. Lafayette Blvd.

Detroit, MI 48226, 313-234-5000

## Case No.: 4:24-CV-12811

06/30/2025

Attn: Court Clerk

We are hereby informing you of our change of address from:

Karl Staffeld and Azar Staffeld

341 Corrie Road

Ann Arbor, MI 48105

To our new address:

Karl Staffeld and Azar Staffeld

341 Payeur Road

Ann Arbor, MI 48108

If there are any questions please contact us,

Karl Staffeld and Azar Staffeld

734-929-6969

Azarstaffeld@gmail.com