# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| KARL STAFFELD and AZAR STAFFELD, | |
| Plaintiffs, | Case No. 4:24-cv-12811 |
| v. | Hon. Shalina D. Kumar<br>Hon. David R. Grand |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

## NOTICE OF APPEARANCE

TO:   CLERK OF THE COURT
      ALL COUNSEL OF RECORD

Please enter my appearance on behalf of Defendant Wells Fargo Bank, N.A.

Respectfully submitted,

*/s/ Miranda M. Boulahanis*
MIRANDA M. BOULAHANIS (P86222)
TROUTMAN PEPPER LOCKE LLP
4000 Town Center, Suite 1800
Southfield, Michigan 48075
(248) 469-4749
miranda.boulahanis@troutman.com
*Counsel for Defendant Wells Fargo Bank, N.A.*

DATED:  July 14, 2025

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| KARL STAFFELD and AZAR STAFFELD, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A., <br><br> Defendant. | Case No. 4:24-cv-12811 <br><br> Hon. Shalina D. Kumar <br> Hon. David R. Grand |

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of July, 2025, a copy of the foregoing Notice of Appearance and this Certificate of Service, were filed electronically with the U.S. District Court, Eastern District of Michigan, and notice will be sent by operation of the Court's electronic filing system to all ECF participants. I further certify that a copy will be sent via Federal Express to the following address:

> Mr. and Ms. Karl and Azar Staffeld
> 341 Payeur Road
> Ann Arbor, Michigan 48108
> Plaintiffs, Pro Se

/s/ Miranda M. Boulahanis
MIRANDA M. BOULAHANIS (P86222)

317332488v1 219524.000899