IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KARL STAFFELD and AZAR STAFFELD,<br><br>      Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>      Defendant. | Case No. 4:24-cv-12811<br><br> Hon. Shalina D. Kumar<br> Hon. David R. Grand |

## **INDEX OF EXHIBITS**

  A.  All Discovery Requests to Plaintiffs

  B.  04/28/25 Deficiency Letter

  C.  06/03/25 Deficiency Letter

317324885v1 219524.000899