UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KARL STAFFELD and
AZAR STAFFELD,

                Plaintiffs,              Civil Action No. 24-12811

v.                                                Shalina D. Kumar
                                                    United States District Judge

WELLS FARGO BANK and                        David R. Grand
R & J HOLDINGS LLC,                             United States Magistrate Judge

                Defendants.
_____/

## ORDER VACATING ORDER TO SHOW CAUSE (ECF No. 33)

On October 24, 2024, plaintiffs Karl Staffeld and Azar Staffeld (collectively, "Plaintiffs") filed their complaint in this case against Wells Fargo Bank, N.A. (ECF No. 1). On February 28, 2025, Plaintiffs filed an amended complaint, adding claims against R & J Holdings, LLC ("R & J"). (ECF No. 19). Pursuant to 28 U.S.C. § 636(b), all pretrial matters have been referred to the undersigned. (ECF No. 8).

On March 25, 2025, R & J filed a Motion to Dismiss. (ECF No. 22). On April 1, 2025, the Court issued an Order requiring Plaintiffs to file a response to R & J's motion on or before April 25, 2025. (ECF No. 24). When no substantive response[1] was filed by May 23, 2025, the Court issued an Order to Show Cause requiring Plaintiffs to show cause, in

---

[1] After R & J filed its motion to dismiss, Plaintiffs did file several documents, including correspondence with Wells Fargo, a death certificate, a quit claim deed, a covenant deed, a property transfer affidavit, and documents pertaining to a bench trial held and a judgment entered in a state court landlord-tenant action. (ECF Nos. 26, 27, 28, 29, 31, 32). However, they did not substantively respond to the legal arguments set forth in R & J's dispositive motion.

writing, on or before June 9, 2025, why this Court should not recommend that R & J's motion be granted. (ECF No. 33). Alternatively, Plaintiffs were permitted to file a response to R & J's motion by June 9, 2025.

On June 9, 2025, Plaintiffs filed a "Memorandum of Law in Opposition to R & J Group Holdings' Motion for Summary Judgment and Dismissal." (ECF No. 35). Accordingly, the Court hereby **VACATES** its Order to Show Cause **(ECF No. 33)**. R & J has since filed a reply brief in support of its dispositive motion. (ECF No. 39).

The Court has scheduled a hearing on R & J's Motion to Dismiss for **August 4, 2025, at 10:00 a.m.** at the United States District Court, Federal Building, **200 East Liberty Street, Ann Arbor, Michigan**. (ECF No. 45).

IT IS SO ORDERED.

Dated: July 21, 2025  
Ann Arbor, Michigan

s/David R. Grand  
DAVID R. GRAND  
United States Magistrate Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 21, 2025.

s/Eddrey O. Butts  
EDDREY O. BUTTS  
Case Manager