UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

K ARL S TAFFELD AND
A ZAR S ADEGHI -S TAFFELD,                      Case No: 4:24-cv-12811
                                                Hon. Shalina D. Kumar
     Plaintiffs,

     -v-

WELLS FARGO BANK, N.A., a subsidiary
of WELLS FARGO & COMPANY, and
R & J Group Holdings, LLC, a Michigan
limited liability Company,

     Defendants.
_____/

| Karl Staffeld and Azar Staffeld | Mark D. Kundmueller, Esq. (P66306) |
| Plaintiffs, *Pro Se* | T ROUTMAN P EPPER L OCKE LLP |
| 341 Corrie Road Ann Arbor, MI 48105 | 222 Central Park Avenue, Suite 2000 |
| (734) 929-6969 | Virginia Beach, Virginia 23462 |
| karlstaffeld@gmail.com | (757) 687-7564 |
| | mark.kundmueller@troutman.com |
| | |
| | David Sobel (P49662) |
| | George Blackmore (P76942) |
| | S OBLE PLC |
| | 31800 Northwestern Hwy #350 |
| | Farmington Hills, MI 48224 |
| | (888) 789-1715 |
| | dsoble@provenresource.com |

_____/

**PLAINTIFFS' MOTION FOR PROTECTIVE ORDER**

N OW C OMES plaintiffs, KARL and AZAR STAFFELD, asking this Honorable Court to shield the

Plaintiffs from harassment, embarrassment, oppression or excessive burden or cost during

discovery by the Defendants Discovery and Interrogatory according Fed. R. Civ. P. 26(c).

## BACKGROUND AND ANALYSIS

The Plaintiffs pray before this Honorable Court that they meet the requirements for Protective Order. The necessity of this order lies based on the FACTS that Plaintiffs are self-representing without the council and both Defendants' aggressive and combative strategies are posing specific risks to Plaintiffs' personal safety, privacy violations, and threats to the integrity of the trial. Plaintiffs have already answered all the Wells Fargo's' Discovery, Interrogatories, and questions to the best of their abilities. The source of almost ALL the information is in full control of the Defendant. Therefore, Plaintiffs pray before this Honorable Court to Grant their Motion for Protective Order, based on good cause of being Pro Se litigants and according to Fed. R. Civ. P. 26(c).

The Plaintiffs are praying before this Honorable Court to save Staffelds from embarrassment, undue burden of expenses, and providing confidential and personal; particularly medical documentation relating to their disabilities and personnel files.

## CONCLUSION

The Plaintiffs Staffelds have enclosed two affidavits attached to this Motion for Protective Order to safeguard them against Defendants' malicious and personal attacks due to Plaintiffs' medical and disability information. The sensitivity of information during the discovery process ought to relieve the Plaintiffs from answering any other questions and entertaining further Deficiency Letters and Motions filed by Defendants.

        Respectfully submitted,

        By: /s/ *Karl Staffeld*

        Karl Staffeld

        Plaintiff, Pro Se

        By: /s/*Azar Staffeld*

        Azar Staffeld

        Plaintiff, Pro Se

Dated: July 31, 2025

## CERTIFICATE OF SERVICE

Plaintiffs hereby certify that on July 31, 2025, they caused a copy of the foregoing Response and Cross-Motion to Defendant Wells Fargo Bank's Motion to Compel Discovery, to Deem the Requests for Admission to Plaintiffs Admitted, and for an Award of Expenses, to be electronically filed with the United States District Court for the Eastern District of Michigan, and notice will be sent by operation of the Court's electronic filing system to all ECF participants. Plaintiffs further certify that a copy has also been sent via U.S. Mail to the following addresses:

TROUTMAN PEPPER LOCKE LLP
Miranda M. Boulahanis (P86222)
4000 Town Center, Suite 1800
Southfield, MI 48075

TROUTMAN PEPPER LOCKE LLP
Mark D. Kundmueller (P66306)
222 Central Park Avenue, Ste 2000
Virginia Beach, Virginia 23462

SOBLE PLC
David Soble (P49662)
31800 Northwestern Hwy #350
Farmington Hills, MI 48334

Plaintiffs further certify that on July 31, 2025, a courtesy copy was sent via U.S. Mail to Magistrate David R. Grand, 200 E. Liberty Street, Suite 400, Ann Arbor, MI 48104.

Respectfully submitted,

By: /s/ *Karl Staffeld*
Karl Staffeld
Plaintiff, Pro Se

By: /s/*Azar Staffeld*
Azar Staffeld
Plaintiff, Pro Se