# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 16. Circuit Rule 27-3 Certificate for Emergency Motion

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form16instructions.pdf

**9th Cir. Case Number(s)** | 4:24-cv-12811

**Case Name** | Emergency Motion for Expedited Hearing

I certify the following:

The relief I request in the emergency motion that accompanies this certificate is:

1. Stop foreclosure sale of Plaintiffs' Second Property by Defendants and their Attorneys. 2) Stop the sale of the Plaintiffs' First Property by the Defendants. 3) Pierce the Defendants Corporate Veil because it is foreseeable in the near future Defendants will attempt dissolution, bankruptcy, or cancellation of corporation to yet defraud Plaintiffs AGAIN from recovering damages.

Relief is needed no later than *(date)*: 08/20/2025

The following will happen if relief is not granted within the requested time:

1) The Plaintiffs Second Property will be wrongfully and illegally foreclosed and extremely difficult to undo.

2) The Plaintiffs First Property will be illegally and wrongfully sold by Defendants.

3) It is foreseeable, in the future, the Defendants, R&J Group Holdings, LLC, and their Attorneys would dissolve and/or bankrupt the Corporation and defraud the Plaintiffs AGAIN.

I could not have filed this motion earlier because:

1) Plaintiffs were not notified in writing as required by law and the mortgage contract on time and lost possession of the foreclosure intent by Defendants and its Attorneys; the previous Motion.
2) Plaintiffs filed the first Motion but was not heard in time and they lost the possession.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 16 | 1 | Rev. 11/21/2019

I requested this relief in the district court or other lower court:  ◉ Yes  ○ No

    If not, why not:

> As soon as Plaintiffs were aware of Defendants wrongdoings.

I notified 9th Circuit court staff via voicemail or email about the filing of this motion: ◉ Yes  ○ No

    If not, why not:

> Because the case is pending in the United States District Court Eastern District of Michigan.

I have notified all counsel and any unrepresented party of the filing of this motion:

On *(date)*: 08/10/2025

By *(method)*: Certified mail and e-serve PACER system.

Position of other parties: Defendants

Name and best contact information for each counsel/party notified:

> David Soble (P49662)
> George Blackmore (P76942)
> SOBLE PLC
> 31800 Northwestern Hwy #350
> Farmington Hills, MI 48224
> 888-789-1715
> dsoble@provenresource.com
>
> R&J Group Holdings, LLC
> 9930 Whittier Street
> Detroit, MI 48228
> 313-886-7000

I declare under penalty of perjury that the foregoing is true.

**Signature** /s/Karl Staffeld, /s/Azar Staffeld   **Date** 08/12/2025

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 16　　　　　　　　　　　　　　　2　　　　　　　　　　　　　　Rev. 11/21/2019