# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

KARL STAFFELD AND
AZAR SADEGHI-STAFFELD,

  Plaintiffs,

   -v-

WELLS FARGO BANK, N.A., a subsidiary
of WELLS FARGO & COMPANY, and
R & J Group Holdings, LLC, a Michigan
limited liability Company,

  Defendants.

Case No: 4:24-cv-12811
Hon. Shalina D. Kumar

_____/

Karl Staffeld and Azar Staffeld
Plaintiffs, *Pro Se*
341 Corrie Road Ann Arbor, MI 48105
(734) 929-6969
karlstaffeld@gmail.com

Mark D. Kundmueller, Esq. (P66306)
TROUTMAN PEPPER LOCKE LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virgina 23462
(757) 687-7564
mark.kundmueller@troutman.com

Miranda M. Boulahanis (P86222)
TROUTMAN PEPPER LOCKE LLP
4000 Town Center, Suite 1800
Southfield, MI 48075

David Sobel (P49662)
George Blackmore (P76942)
SOBLE PLC
31800 Northwestern Hwy #350
Farmington Hills, MI 48224
(888) 789-1715
dsoble@provenresource.com

_____/

**PLAINTIFFS WITHDRAW**
**EMERGENCY MOTION FOR EXPEDITED HEARING**
**FILED 08/12/2025**

Plaintiffs, Staffelds, and R&J Group Holdings, LLC's Attorney agreed to negotiate within a month the conditions to withdraw the Sheriffs Sale of the Second Property. R&J agreed to postpone the Sheriffs Sale for 30 days. Plaintiffs agreed to go to mediation with R&J within 30 days. Plaintiffs will inform the Court of the result of the negotiation and mediators' findings.

Respectfully submitted,

By: /s/ *Karl Staffeld*
Karl Staffeld
Plaintiff, Pro Se

By: /s/Azar *Staffeld*
Azar Staffeld
Plaintiff, Pro Se

Dated: August 18, 2025