UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KARL STAFFELD AND
AZAR STAFFELD,

        Plaintiff(s),        Civil Action No. 24-12811

v.        Shalina D. Kumar
        United States District Judge

WELLS FARGO BANK AND
R & J HOLDINGS LLC.,

        David R. Grand
        United States Magistrate Judge

        Defendant(s).
_____/

## ORDER REQUIRING RESPONSE

IT IS HEREBY ORDERED that the plaintiff, Karl Staffeld and Azar Staffeld, shall file a response to Defendant's Motion Judgment (ECF No. 59) on or before **December 20, 2025**. The response shall be filed in accordance with E.D. Mich. L.R. 7.1. **Failure to file a timely response may result in a recommendation that Defendant's motion be granted and/or that Plaintiff's case be dismissed.**

IT IS FURTHER ORDERED that a reply, if any, shall be filed on or before **January 6, 2026**.

IT IS SO ORDERED.

Dated: November 26, 2025        s/David R. Grand
        DAVID R. GRAND
        UNITED STATES MAGISTRATE JUDGE

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 26, 2025.

s/Eddrey O. Butts
EDDREY O. BUTTS
Case Manager
