# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| KARL STAFFELD and AZAR STAFFELD, | |
| Plaintiffs, | Case No. 4:24-cv-12811 |
| v. | Hon. Shalina D. Kumar<br>Hon. David R. Grand |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

## NOTICE OF CHANGE OF ADDRESS

TO: CLERK OF THE COURT
ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that, effective as of September 29, 2025, Troutman Pepper Locke LLP, counsel for Wells Fargo Bank, N.A., has moved to the following new address:

> Troutman Pepper Locke LLP
> 500 Woodward Avenue, Suite 2800
> Detroit, Michigan 48226

Our email addresses and telephone numbers remain unchanged. Please update your records accordingly.

                                Respectfully submitted,

                                */s/ Miranda M. Boulahanis*
                                MIRANDA M. BOULAHANIS (P86222)
                                TROUTMAN PEPPER LOCKE LLP
                                500 Woodward Avenue, Suite 2800
                                Detroit, MI 48226
                                (248) 469-4749
                                miranda.boulahanis@troutman.com
                                *Counsel for Defendant Wells Fargo Bank,*
DATED: December 23, 2025       *N.A.*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| KARL STAFFELD and AZAR STAFFELD, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A., <br><br> Defendant. | Case No. 4:24-cv-12811 <br><br> Hon. Shalina D. Kumar <br> Hon. David R. Grand |

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of December, 2025, a copy of the foregoing Notice of Change of Address and this Certificate of Service, were filed electronically with the U.S. District Court, Eastern District of Michigan, and notice will be sent by operation of the Court's electronic filing system to all ECF participants. I further certify that a copy will be sent via Federal Express to the following address:

>Mr. and Ms. Karl and Azar Staffeld
>341 Payeur Road
>Ann Arbor, Michigan 48108
>Plaintiffs, Pro Se

/s/ Miranda M. Boulahanis
MIRANDA M. BOULAHANIS (P86222)

323429322v1 219524.000899