UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KARL STAFFELD
and AZAR STAFFELD,

Civil Action No. 24-12811

　　　　　　　　　Plaintiffs,

Shalina D. Kumar
United States District Judge

v.

WELLS FARGO BANK, N.A.
and R & J HOLDINGS LLC,

David R. Grand
United States Magistrate Judge

　　　　　　　　　Defendants.
_____/

### ORDER STRIKING PLAINTIFFS' JANUARY 13, 2026 RESPONSE IN OPPOSITION TO WELLS FARGO'S MOTION FOR JUDGMENT ON THE PLEADINGS (ECF No. 72)

The Court has reviewed the Response in Opposition to Defendant Wells Fargo Bank, N.A.'s ("Defendant") Motion for Judgment on the Pleadings recently filed by Plaintiffs Karl Staffeld and Azar Staffeld (collectively, "Plaintiffs"). (ECF No. 72). The Court **STRIKES** this document for the following reason(s):

☐ Missing statement of concurrence. *See* Local Rule ("LR") 7.1(a).

☐ Missing required information (e.g., table of contents, concise statement of issues, controlling or most appropriate authority, index of authorities, index of exhibits, etc.). *See* LR 7.1(d)(2).

☐ Wrong font size or improperly formatted (e.g., single-spaced, improper margins, missing page numbers, etc.). *See* LR 5.1(a)(2), (3).

☐ Does not comply with Rule 19(b) of the Electronic Filing Policies and Procedures, regarding filing exhibits electronically. *See* LR 5.1.1(a).

☐ Does not comply with Local Rule 5.3, regarding filing an item under seal in a civil case.

1

☐  Over-length.  *See* LR 7.1(d)(3).

☐  Motion to dismiss/response to motion to dismiss relies primarily on summary judgment cases.

☒  Other: <u>On February 28, 2025, Plaintiffs filed an amended complaint in this case. (ECF No. 19).  On November 24, 2025, Defendant filed a Motion for Judgment on the Pleadings, seeking dismissal of Plaintiffs' amended complaint.  (ECF No. 59). On December 4, 2025, and December 16, 2025, Plaintiffs filed responses to Defendant's dispositive motion. (ECF Nos. 63, 64).  Although these responses were duplicative, given Plaintiffs' *pro se* status, the Court permitted their filing.  On January 2, 2026, Defendant filed a reply brief in support of its motion for judgment on the pleadings (ECF No. 68), and briefing on that motion was closed.  On January 13, 2026, however, Plaintiffs filed an additional "response" to Defendant's motion, the substance of which appears to be exactly the same as that contained in their two prior responses.  (ECF No. 72).  Thus, this filing will be stricken as duplicative.</u>[1]

Because Plaintiffs' (Third) Response in Opposition to Defendant's Motion for Judgment on the Pleadings (ECF No. 72) is duplicative of prior filings, and was filed in violation of the applicable court rules and case law, it is hereby **STRICKEN** and is not part of the record.

    **IT IS SO ORDERED**.

Dated: January 15, 2026                     s/ David R. Grand
                                                   DAVID R. GRAND
                                                   UNITED STATES MAGISTRATE JUDGE

## **NOTICE TO THE PARTIES REGARDING OBJECTIONS**

---

[1] To the extent this most recent filing contains exhibits that were not attached to Plaintiffs' prior responses – all of which are already contained elsewhere in the record – the Court notes that the Local Rules do not permit parties to amend prior filings without leave of court.  *See O'Mara v. Comm. Mental Health of Washtenaw Cty.,* No. 21-12278, 2022 WL 6581110, at *1, n.1 (E.D. Mich. Aug. 8, 2022) (court will not consider amended response filed without leave of court).

The parties' attention is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U.S. C. § 636(b)(1).

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 15, 2026.

s/Eddrey O. Butts  
EDDREY O. BUTTS  
Case Manager