UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KARL STAFFELD and
AZAR STAFFELD,

|  |  |
|---|---|
| Plaintiffs, | Civil Action No. 24-12811 |
| v. | Shalina D. Kumar<br>United States District Judge |
| WELLS FARGO BANK and<br>R & J HOLDINGS LLC, | David R. Grand<br>United States Magistrate Judge |
| Defendants. | |

_____/

### ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION TO COMPEL (ECF No. 43) AND PLAINTIFFS' MOTION FOR PROTECTIVE ORDER (ECF No. 48)

On October 24, 2024, plaintiffs Karl Staffeld and Azar Staffeld (collectively, "Plaintiffs") filed their complaint in this case against Wells Fargo Bank, N.A. ("Defendant").[1]  (ECF No. 1).  Pursuant to 28 U.S.C. § 636(b), all pretrial matters have been referred to the undersigned.  (ECF No. 8).

On July 14, 2025, Defendant filed a Motion to Compel Discovery, to Deem the Requests for Admission to Plaintiffs Admitted, and for an Award of Expenses.  (ECF No. 43).  In its motion, Defendant sought to compel responses to certain discovery requests served on Plaintiffs on March 17, 2025.  On August 4, 2025, Plaintiff filed a Motion for

---

[1] On February 28, 2025, Plaintiffs filed an amended complaint, adding claims against R & J Holdings, LLC.  (ECF No. 19).  On November 26, 2025, this Court issued a Report and Recommendation to Grant Plaintiffs' and R & J Holdings, LLC's Joint Motion to Dismiss.  (ECF No. 62).  R&J has since been dismissed from this action.

Protective Order, asking the Court to "relieve the Plaintiffs" from responding to certain discovery requests served by Defendant.  (ECF No. 48).  On August 18, 2025, Defendant filed a response in opposition to Plaintiffs' motion.  (ECF No. 54).

Subsequently, however, on November 24, 2025, Defendant filed a Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(c).  (ECF No. 59).  Plaintiffs filed responses to this motion (ECF Nos. 63, 64), and Defendant filed a reply (ECF No. 68).  The Court is scheduling oral argument on Defendant's motion.

Because Defendant's Motion for Judgment on the Pleadings seeks dismissal of Plaintiffs' claims in their entirety, it is appropriate to deny the parties' competing discovery motions without prejudice at this juncture, as they are immaterial to the resolution of Defendant's dispositive motion and would become entirely moot if the Court were to grant that motion.  In the event some or all of Plaintiffs' claims survive Defendant's motion, the parties may file renewed discovery motions at that time.

Thus, for the foregoing reasons, Defendant's Motion to Compel Discovery, to Deem the Requests for Admission to Plaintiffs Admitted, and for an Award of Expenses **(ECF No. 43)** and Plaintiffs' Motion for Protective Order **(ECF No. 48)** are **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated: January 15, 2026
Ann Arbor, Michigan

s/David R. Grand
DAVID R. GRAND
United States Magistrate Judge

**<u>NOTICE TO THE PARTIES REGARDING OBJECTIONS</u>**

The parties' attention is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U. S. C. § 636(b)(1).

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 15, 2026.

s/Eddrey O. Butts
EDDREY O. BUTTS
Case Manager
