UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Karl Staffeld, et al.,

                Plaintiff(s),

v.                                              Case No. 4:24−cv−12811−SDK−DRG
                                                  Hon. Shalina D. Kumar

Wells Fargo Bank, N.A., et al.,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before Magistrate Judge David R. Grand at the United States District Court, Federal Building, 200 East Liberty Street, Ann Arbor, Michigan. The following motion(s) are scheduled for hearing:

        Motion – #59

- MOTION HEARING:  April 14, 2026 at 10:00 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: s/E. Butts
                                                     Case Manager

Dated:   January 15, 2026