UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KARL STAFFELD et al.,<br>Plaintiffs,<br>v.<br>WELLS FARGO BANK, N.A. et al.,<br>Defendants. | Case No. 24-12811<br>Honorable Shalina D. Kumar<br>Magistrate Judge David R. Grand |

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 62)**

Before the Court is the magistrate judge's Report and Recommendation ("R&R") recommending the Court grant the Staffelds' and defendant R&J Holdings, LLC's ("R&J") joint motion to dismiss (ECF No. 60). ECF No. 62.

Neither party filed an objection to the R&R and the time to do so has expired. *See* Fed. R. Civ. P. 72(b)(2). The failure to file a timely objection to an R&R constitutes a waiver of the right for further judicial review. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusion, under a de novo or any other standard, when neither

party objects to those findings"); *Smith v. Detroit Fed'n of Teachers*, 829 F.2d 1370, 1373–74 (6th Cir. 1987) (failure to file objection to R&R "waived subsequent review of the matter"); *Lardie v. Birkett*, 221 F. Supp. 2d 806, 807 (E.D. Mich. 2002) ("As to the part of the report and recommendation to which no party has objected, the Court need not conduct a review by any standard."). However, there is some authority that a district court is required to review the R&R for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee Note Subdivision (b) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Accordingly, the Court has reviewed the R&R for clear error and finds none.

The Court therefore **ADOPTS** the R&R (ECF No. 62) and the joint motion to dismiss (ECF No. 60) is **GRANTED.**

**IT IS SO ORDERED.**

Dated: January 15, 2026

s/ Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge