# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KARL STAFFELD and AZAR STAFFELD,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

Case No. 4:24-cv-12811

Hon. Shalina D. Kumar
Hon. David R. Grand

## AFFIDAVIT OF MIRANDA M. BOULAHANIS

STATE OF MICHIGAN )
                    )ss.
COUNTY OF WAYNE )

I, Miranda M. Boulahanis, being first duly sworn, state as follows:

1. I am an attorney licensed to practice law in the State of Michigan.

2. I am counsel of record for Defendant Wells Fargo Bank, N.A. ("Wells Fargo") in the above-captioned matter.

3. I make this affidavit based upon my personal knowledge, and if called as a witness, I could and would competently testify to the facts stated herein.

4. I have represented Wells Fargo in this action since on or about July 14, 2025.

1

324943075v1

5. In that capacity, I have attended hearings, participated in conferences with the Court, and communicated with Plaintiffs Karl and Azar Staffeld regarding matters pertinent to this litigation.

6. Plaintiffs have alleged that I verbally agreed to allow them to file a Second Amended Complaint in this action.

7. That assertion is false.

8. At no time have I agreed—verbally, in writing, or otherwise—to allow Plaintiffs to file any amendment to their complaint.

9. More specifically, I have never given Plaintiffs:

   a. Written consent for Plaintiffs to file a Second Amended Complaint; or

   b. Verbal consent that I intended or represented as equivalent to written consent under Federal Rule of Civil Procedure 15(a)(2).

10. I make this affidavit to correct the record and to refute any suggestion that I, on behalf of Wells Fargo, agreed to permit Plaintiffs to amend their complaint as they have claimed.

11. The statements in this affidavit are true and correct to the best of my knowledge, information, and belief.

*/s/ Miranda M. Boulahanis*
Miranda M. Boulahanis

STATE OF MICHIGAN )
                  ) ss.
COUNTY OF WAYNE   )

Subscribed and sworn to before me on this 2nd day of February 2026.

Signature: _Marion Dickinson Krease_ (seal)

My Commission Expires: _7-20-2032_

MARION DICKINSON KREASE
Notary Public, State of Michigan
County of Wayne
My Commission Expires 07-20-2032
Acting in the County of _Wayne_

3