UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KARL STAFFELD and
AZAR STAFFELD,

      Plaintiffs,    Civil Action No. 24-12811

v.             Shalina D. Kumar
             United States District Judge

WELLS FARGO BANK and    David R. Grand
R & J HOLDINGS LLC,      United States Magistrate Judge

      Defendants.
_____/

**ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S
MOTION TO COMPEL (ECF No. 43) AND PLAINTIFFS'
MOTION FOR PROTECTIVE ORDER (ECF No. 48)**

On October 24, 2024, plaintiffs Karl Staffeld and Azar Staffeld (collectively,

"Plaintiffs") filed their complaint in this case against Wells Fargo Bank, N.A.



STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK
E LEVIN UNITED STATES COURTHOUSE
EST LAFAYETTE BLVD.-ROOM 564
ETROIT, MICHIGAN 48226

OFFICIAL BUSINESS

AZAR STAFFELD

341 CORRIE ROAD
ANN ARBOR, MI 48105