UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Karl Staffeld, et al.,

Plaintiff(s),

v.                                                                    Case No. 4:24−cv−12811−SDK−DRG
                                                                        Hon. Shalina D. Kumar

Wells Fargo Bank, N.A., et al.,

Defendant(s),

_____

**NOTICE OF DETERMINATION OF MOTION
WITHOUT ORAL ARGUMENT**

The following motion(s) have been filed:

Motion − #59
Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by Magistrate Judge David R. Grand **without** oral argument.

Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

Courtesy copies are not required.


**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/J. Owens_____
Case Manager

Dated:   April 7, 2026