24-12811



FILED

APR 2 4 2026

CLERK'S OFFICE
DETROIT

RECEIVED

APR 2 4 2026

CLERK'S OFFICE
DETROIT

US POSTAGE $ 002.17

FIRST-CLASS

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK
THEODORE LEVIN UNITED STATES COURTHOUSE
231 WEST LAFAYETTE BLVD.-ROOM 564
DETROIT, MICHIGAN 48226

OFFICIAL BUSINESS

AZAR STAFFELD
341 CORRIE ROAD
ANN ARBOR, MI 48105

NIXIE      482   C8  18CU      2204/21/26
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 48226271839

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KARL STAFFELD and AZAR
STAFFELD,

                         Plaintiffs,

v.

WELLS FARGO BANK, N.A.,

                         Defendant.

                                /

Civil Action No. 24-12811

Shalina D. Kumar
United States District Judge

David R. Grand
United States Magistrate Judge

## REPORT AND RECOMMENDATION TO GRANT DEFENDANT WELLS FARGO BANK, N.A.'S MOTION FOR JUDGMENT ON THE PLEADINGS (ECF No. 59)

*Pro se* plaintiffs Karl Staffeld and Azar Staffeld (collectively, the "Staffelds") commenced this action on October 24, 2024, against Wells Fargo Bank, N.A. ("Wells Fargo").[1] In short, the Staffelds claim to be the rightful owners of real property located at 341 Corrie Road, in Ann Arbor, Michigan (the "Property"), over which Wells Fargo held a mortgage on which it has since foreclosed.[2]

Now pending before the Court is Wells Fargo's Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(c), which was filed on November 24, 2025. (ECF No. 59). The Staffelds filed identical responses to Wells Fargo's motion on December 4, 2025 and December 16, 2025 (ECF Nos. 63, 64), and Wells Fargo filed a reply on January

---

[1] On February 28, 2025, the Staffelds filed an amended complaint that added R&J Holdings, LLC ("R&J") as a defendant. (ECF No. 19). However, the Staffelds' claims against R&J have been dismissed (ECF Nos. 62, 77), leaving Wells Fargo as the sole remaining defendant in this case.

[2] An Order of Reference was entered on December 6, 2024, referring all pretrial matters to the undersigned pursuant to 28 U.S.C. § 636(b). (ECF No. 8).