UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KARL STAFFELD et al.,<br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br>Defendant. | Case No. 24-12811<br>Honorable Shalina D. Kumar<br>Magistrate Judge David R. Grand |

# JUDGMENT

In accordance with the Court's Order entered on September 30th, 2026, **IT IS ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Defendant and against Plaintiffs.

Dated at Flint, Michigan, this 30th day of September, 2026.

KINIKIA ESSIX
CLERK OF THE COURT

s/Tammy Hallwood
Deputy Clerk

APPROVED BY:

s/Shalina D. Kumar
Shalina D. Kumar
United States District Judge