Case 4:24-cv-12811-SDK-DRG ECF No. 94, PageID.1888 Filed 09/30/26 Page 1 of 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
OCT 06 2026
CLERK'S OFFICE
DETROIT

| | |
|---|---|
| KARL STAFFELD et al., Plaintiffs, | Case No. 24-12811 |
| | Honorable Shalina D. Kumar |
| v. | Magistrate Judge David R. Grand |
| WELLS FARGO BANK, N.A., Defendant. | |

**JUDGMENT**

In accordance with the Court's Order entered on September 30th,

ATES DISTRICT COURT
TERN DISTRICT OF MICHIGAN
ICE OF THE CLERK
IN UNITED STATES COURTHOUSE
LAFAYETTE BLVD.-ROOM 564
OIT, MICHIGAN 48226

OFFICIAL BUSINESS

METROPLEX MI 480
1 OCT 2026 AM 14 L

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 48226 $ 000.78⁰
02 7W
0008037343 SEP. 30 2026

RECEIVED
OCT 06 2026
CLERK'S OFFICE
U.S. DISTRICT COURT

AZAR STAFFELD

341 CORRIE ROAD
ANN ARBOR, MI 48105

482 NFE 1 6251I0010/02/26
FORWARD TIME EXP RTN TO SEND
STAFFELD
341 PAYEUR RD
ANN ARBOR MI 48108-9720

RETURN TO SENDER

INT
48105-109211
48226>2718