FILED
OCT 14 2026
CLERK'S OFFICE
DETROIT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KARL STAFFELD et al.,<br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br>Defendant. | Case No. 24-12811<br>Honorable Shalina D. Kumar<br>Magistrate Judge David R. Grand |

**ORDER OVERRULING PLAINTIFFS' OBJECTIONS (ECF NO. 89), ADOPTING THE REPORT & RECOMMENDATION (ECF NO. 83), GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS (ECF NO. 59), DENYING PLAINTIFFS' MOTION FOR SANCTIONS (ECF NO. 84), AND DISMISSING PLAINTIFFS' COMPLAINT (ECF NO. 19)**

## I. Introduction

Plaintiffs Karl and Azar Staffeld ("Plaintiffs"), proceeding pro se, initiated this case against defendant Wells Fargo Bank, N.A. ("Wells Fargo") bringing claims of quiet title, breach of contract, violation of the Fair Debt Collection Practices Act ("FDCPA"), fraudulent misrepresentation, unjust enrichment, and negligent infliction of emotional distress arising out of the foreclosure of real property located at 341 Corrie Road, in Ann Arbor,

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK
THEODORE LEVIN UNITED STATES COURTHOUSE
231 WEST LAFAYETTE BLVD.-ROOM 564
DETROIT, MICHIGAN 48226

OFFICIAL BUSINESS

FIRST-CLASS

ZIP 48226 $ 002.27⁰
02 7W
0008037343 SEP 30 2026

KARL STAFFELD

341 CORRIE ROAD
ANN ARBOR, MI 48105

482 N7E 1BCU625C2210/09/26
FORWARD TIME EXP RTN TO SEND
STAFFELD
341 PAYEUR RD
ANN ARBOR MI 48103-9726

RETURN TO SENDER

U.S. MARSHALS

RECEIVED
OCT 14 2026
CLERK'S OFFICE
DETROIT

RECEIVED
OCT 14 2026
CLERK'S OFFICE
DETROIT