Case 4:24-cv-12811-SDK-DRG ECF No. 94, PageID.1888 Filed 09/30/26 Page 1 of 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
OCT 20 2026
CLERK'S OFFICE
DETROIT

KARL STAFFELD et al.,
Plaintiffs,

v.

WELLS FARGO BANK, N.A.,
Defendant.

Case No. 24-12811
Honorable Shalina D. Kumar
Magistrate Judge David R. Grand

**JUDGMENT**

In accordance with the Court's Order entered on September 30th 2026, **IT IS ORDERED AND ADJUDGED** that jud...

...by on...

...TES DISTRICT COURT
...RN DISTRICT OF MICHIGAN
...CE OF THE CLERK
...N UNITED STATES COURTHOUSE
...AFAYETTE BLVD.-ROOM 564
...T, MICHIGAN 48226

...FICIAL BUSINESS

METROPLEX MI 480
1 OCT 2026 AM 14 L

FIRST-CLASS

US POSTAGE
ZIP 48226 $ 000.78⁰
02 7W
0008037343 SEP. 30. 2026

RECEIVED
OCT 20 2026
CLERK'S OFFICE
U.S. DISTRICT COURT

U.S. MARSHALS

KARL STAFFELD

341 CORRIE ROAD
ANN ARBOR, MI 48105

482 NFE 1 625C0010/13/26
FORWARD TIME EXP RTN TO SEND
STAFFELD
341 PAYEUR RD
ANN ARBOR MI 48108-9720
RETURN TO SENDER

FWD
48105-1033
48226-2771