**UNITED STATES COURT OF APPEALS**

**FOR THE 6TH CIRCUIT**

U. S. Court of Appeals Case Number: ___________

District Court Case Number: 4:24-cv-12811

Case Name: KARL STAFFELD AND AZAR STAFFELD -v- WELLS FARGO BANK, N.A., et al.

Name: KARL STAFFELD AND AZAR STAFFELD

Address: 341 Payeur Road

City: Ann Arbor State: Michigan Zip Code: 48108

**PRO SE APPELLANTS BRIEF**
**COVER PAGE**

FILED
OCT 23 2026
CLERK'S OFFICE
DETROIT

***1. Did the District Court incorrectly decide the facts?*** ***Yes.***

***If so, what facts?***

Summary judgment District Court granted to Defendant is inappropriate when a "genuine dispute over material facts of the case exists." Disputed facts: 1) Foreclosure was done without any written notice, verbal notice, or without posting on the door informing Plaintiffs of the Sheriff's Sale per mandates of MCL 600.3208 and against Federal RESPA requirements. 2) The fact that per Section 10 of the mortgage contract; if the Mortgagor dies or is disabled within one year of closing, the mortgage insurance has to pay the balance of the mortgage, was totally ignored and never ruled on by District Court even though 1.75% of loan amount was taken to pay the premium for mortgage insurance. 3) FHA's mandates on mortgage refinance were violated by Defendant and DOJ penalized Defendant for it for $20 billion for not paying mortgage insurance

to mortgagors but the District Court refused to enforce it and ignored the facts of the case in totality. 4) The Presidential mandate for pandemic foreclosure prevention Order # 13945 was totally ignored by the Defendant and the District Court. 5) The District Court totally ignored Defendant's frivolous defenses, abusive litigation conduct, discovery disobedience, arguing a meritless defense, filing frivolous papers, and violating the Court orders and sided in every single issue in the complaint with the Defendant.

***2. Do you think the District Court applied the wrong law? Yes.***

***If so, what law do you want applied?***

1). The American legal system is common law that establishes legal precedents via judgements rendered by a Court to be followed as rules in future litigations. The precedent the District Court is constituting by granting the summary judgment to the Defendant is: "banks and financial institutions can foreclose on people's primary residence without any notice" against 14th Amendment constitution and "without posting a notice on the door of primary residence" as it is required by MCL 600.3208. 2) The Magistrate allowed the Plaintiffs to amend their complaint under FRCP Rule 15, but the Judge overruled the amendment made to complaint to reflect all the defendant's wrongdoings. 3) The District Court mandated the Plaintiffs to answer completely every single question Defendant asked completely in discoveries. However, the District Court allowed the Defendant to assert Attorney/Client privilege in answering EVERY SINGLE QUESTION against FRCP 26(b)(5) and allowed the Defendant to misuse the process to dodge all questions. The District Court did not apply the primary purpose test when the Plaintiffs requested documents in possession of the Defendant without requiring the Defendant to describe

the nature of withholding documents and communications without revealing the type of privilege. 4) The District Court, against Rule 502, exempted the Defendant from answering any and all the questions in discovery. 5) The District Court applied FRCP 15(a)(2) against the Plaintiff and granted every single request the Defendant made to their benefit posing procedural injustice to Plaintiffs. 6) The District Court did not have leniency for Pro Se Plaintiff and according to Rule 12(b)(6) every single motion by Plaintiff were denied, every single claim the Plaintiff raised: RESPA, HOEPA, TILA, lack of process for foreclosure service, constitutional violations, contractual violations, and all other claims were blanketly denied. 7) Not only Rule 11(c) and 11(c)(2) was not applied by the District Court, it showed FULL AND UNDISPUTED FAVORITISM TO THE DEFENDANT who clearly violated the contractual agreement with Plaintiffs and all the pertaining State and Federal laws to residential mortgage contracts, and mortgage insurances as habitual violator according to the DOJ.

***3. Do you feel that there are any other reasons why the District Court's judgment was wrong?*** ***Yes.***

***If so, what are they?***

We are petitioning the U.S. Court of Appeals to review the ruling and the case de novo because: 1) Presence of genuine disputes over material facts of the case exists: granting summary judgment is grossly inappropriate and erroneous calling for a jury to decide the case. 2) Failure of movant's burden: granting a motion where the moving party (Defendant) failed to provide admissible evidence or meet its burden under Federal Rules of Civil Procedure (FRCP) 56, even if the opposing party failed to respond. 3) Procedural violations: granting summary judgment *sua*

*sponte* (on the court's own initiative) or based on pre-motion letters without giving the losing party proper notice, an opportunity to present opposing evidence, or a fair chance to be heard is gross error by the District Court. 4) Incorrect substantive law: misapplying the governing legal standards and misinterpreting statutory or case law to the undisputed facts; While all facts of the case, if undisputed, is grounds for meritorious complaint and is admission by Defendant was applied to this case.

***4. What specific issues do you wish to raise on appeal?***

1) Structural and pure legal errors: misrepresentation of a federal statute, a mistake in applying the Federal Rules of Civil Procedure, and a misapplication of constitutional law 14th amendment Constitutional mandate for notice required while adverse actions taken. 2) improper inadmissibility of evidence: erroneously excluding critical evidence by the Plaintiffs. 3) The District Court did not evaluate the Plaintiffs' claims under 14th Amendment, State action doctrine, due process, and equal protection standards. 4) District Court claims that Plaintiffs failed to state a claim under Rule 12(b)(6) while the complaint showed sufficient factual claims and plausible violation of constitutional right. 5) The District Court denied every single emergency motion that caused the Plaintiffs and their family members the irreparable harm of losing their primary residence by denying the Plaintiffs' fundamental rights, not applying rational basis review, and despite Plaintiffs showing the urgent need for Federal District Court to intervene while the legitimate state interest was minimal, the District Court refused to do so. 6) Judgment was rendered erroneously as a matter of law (Rule 50) errors: where the trial Court failed to grant a direct verdict or judgment notwithstanding the verdict even though there was a complete absence of proof on a material element of the case in Defendant's defense. 7)

Constitution and voir dire errors: unconstitutional use of preemptory strikes during discovery and severe due process violations were committed by the District Court. 8) Plain error (unpreserved issues): even if a Pro Se Plaintiff failed to object, an issue can only be raised if it amounts to quote plain error; (obvious mistake that affected substantial rights and serious fairness of the judicial proceedings by the District Court).

***5. What action do you want the Court of Appeals to take in this case?***

Plaintiffs are requesting and petitioning before the Court of Appeals to: 1) Grant the motion for sanctions against the Defendant. 2) Reverse and remand the case to District Court, and 3) Allow the Plaintiff a jury trial of their peers as was requested in the original complaint that the District Court, unconstitutionally, illegally, and unduly took away that right from Plaintiffs.

I certify that a copy of this brief was sent to opposing consul via U.S. Mail on the 23 day of October, 2026.

Karl Staffeld

Karl Staffeld

Azar Staffeld

Azar Staffeld