UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Karl Staffeld, et al.,

Plaintiff(s),

v.

Case No. 4:24−cv−12811−SDK−DRG
Hon. Shalina D. Kumar

Wells Fargo Bank, N.A., et al.,

Defendant(s).

---

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

United States Court of Appeals for the Sixth Circuit
Potter Stewart U.S. Courthouse
100 East Fifth Street, Fifth Floor
Cincinnati, OH 45202−3988

and all interested parties, by electronic means or first class U.S. mail, on October 27, 2026.

KINIKIA D. ESSIX, CLERK OF COURT

By: s/ Nahin Ahmed
Deputy Clerk

Dated: October 27, 2026