Case 4:24-cv-12811-SDK-DRG ECF No. 99, PageID.1898 Filed 10/27/26 Page 1 of 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Karl Staffeld, et al.,

Plaintiff(s),

v.

Case No. 4:24-cv-12811-SDK-DRG
Hon. Shalina D. Kumar

Wells Fargo Bank, N.A., et al.,

Defendant(s).

FILED
NOV 05 2026
CLERK'S OFFICE
DETROIT

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

United States Court of Appeals for the Sixth Circuit
Potter Stewart U.S. Courthouse
100 East Fifth Street, Fifth Floor
Cincinnati, OH 45202-3988

and all interested parties, by electronic means or first class U.S. mail, on October 27, 2026.

KINIKIA D. ESSIX, CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK
THEODORE LEVIN UNITED STATES COURTHOUSE
231 WEST LAFAYETTE BLVD.-ROOM 564
DETROIT, MICHIGAN 48226

OFFICIAL BUSINESS

METROPLEX MI 480
30 OCT 2026 AM 14 L

FIRST-CLASS

US POSTAGE
ZIP 48226
02 7W
0008037343

RECEIVED
NOV 05 2026
CLERK'S OFFICE
U.S. DISTRICT COURT

AZAR STAFFELD

341 CORRIE ROAD
ANN ARBOR, MI 48105

482 NFE 1 625I0011/
FORWARD TIME EXP RTN TO SEND
STAFFELD
341 PAYEUR RD
ANN ARBOR MI 48108-9720

INT

RETURN TO SENDER