Case 4:24-cv-12811-SDK-DRG ECF No. 99, PageID.1898 Filed 10/27/26 Page 1 of 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

FILED
NOV 10 2026
CLERK'S OFFICE
DETROIT

Karl Staffeld, et al.,

Plaintiff(s),

v.

Case No. 4:24- cv- 12811- SDK- DRG
Hon. Shalina D. Kumar

Wells Fargo Bank, N.A., et al.,

Defendant(s).

---

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

United States Court of Appeals for the Sixth Circuit
Potter Stewart U.S. Courthouse
100 East Fifth Street, Fifth Floor
Cincinnati, OH 45202- 3988

and all interested parties, by electronic means or first class U.S. mail, on October 27, 2026.

KINIKIA D. ESSIX, CLERK OF COURT

D STATES DISTRICT COURT
E EASTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK
RE LEVIN UNITED STATES COURTHOUSE
WEST LAFAYETTE BLVD.-ROOM 564
DETROIT, MICHIGAN 48226

OFFICIAL BUSINESS

METROPLEX MI 480
30 OCT 2026AM 9 L

FIRST-CLASS

US POSTAGE PITNEY B
ZIP 48226 $ 000.7
02 7W
0008037343 OCT. 28 2

RECEIVED
NOV 10 2026
CLERK'S OFFICE
U.S. DISTRICT COURT

U.S. MARSHALS

KARL STAFFELD

341 CORRIE ROAD
ANN ARBOR, MI 48105
-. 9314000058917285

INT

482 NEE 1 6251221 1/02/26
FORWARD TIME EXP RTN TO SEND
STAFFELD
341 PAYEUR RD
ANN ARBOR MI 48103-9726

RETURN TO SENDER

48105-1032418